Exhibit 1 p1-1

Sandra W Vanier/RES/Raytheon/US
08/24/2005 04:13 PM

To Stephen T Sammartano/US/Raytheon@MAIL
cc Sandra W Vanier/RES/Raytheon/US@MAIL
bcc
Subject Mid Year Performance 2005

History: This message has been replied to.

Steve

I wanted to give you some feedback on your performance thus far for the year of 2005 ( as you asked ) Overall, I think you are doing well and there are just a few areas that you need to work on ( and remember

we all have areas that we need to work on )

---

Overall Performance

Overall performance has been o.k., Has completed his assignments on time.

Strengths
1) Strong C/C++ programming skills and he certainly puts whatever time is necessary to complete a task.

2) Often stays late (on his own time) to complete a task.
3) Dedicated and hard worker.
4) Conscientious and eager to deliver quality product

Teamwork
With respect to Teamwork, Steve has improved and is easier to work with and sometimes offers help to others if asked for it. But, also still holds his work very close. Needs to interact more with the team and realize that the team is working towards the same goal. His experiences and sharing of knowledge can help the entire team.

Areas that need Improvement
1) Needs improvement on comprehension of the bigger picture. An EO4 should understand the bigger picture (in this case TSCEI Common Design Patterns) of the project verses just coding little pieces.
2) Has some trouble prioritizing tasks and sometimes needs to be told exactly what to work on when. ( ie. An E04 should be able to work with minimal direction and should be able to be given a list of tasks to get done in some timeframe, instead of being told that you need to do task A in X days, task B in the next Y days and finally task C in Z days ).
3) Sometimes tasks take longer than expected to complete.

Regards
Sandi

Sandra W Vanier/RES/Raytheon/US