Exhibit 2 p1-2

For the year of 2005, Steve's performance as an E04 did not meet the expectations of his task lead and section manager, and there is serious concern that Steve's performance issues will continue. Steve needs to improve his performance in the following areas listed below. The impact of this unsatisfactory level of performance is not only that Steve's assignments will be negatively affected, but that the team progress will also suffer.

1 Ability to Prioritize Tasks & Complete Tasks

Steve needs to improve his skills of prioritizing tasks. He needs to understand when to ask questions of team leads and team members to ensure he has relevant knowledge to correctly prioritize his tasks. Example: Rater inputs "Steve has difficulty managing his time and prioritizing tasks. When given a specific task, he takes it and runs. Once more than one task is on his radar, he seems to have difficulty figuring out what to do next."

2. Communication

Steve needs to improve his communication skills with peers, leads, and other stakeholders. Steve needs to learn how to use e-mail and voice mail more selectively and avoid long ambiguous, repetitive messages. Steve also needs to learn that after a decision has been made to let things go, and not dwell on issues and allow it to affect his performance. See Examples below:

Performance Rater A inputs "Steve would occasionally have comments (voice mail and e-mail) that seemed to come completely from left field and left you wondering what he was talking about." "Tends to dwell on problems too long."

Performance Rater B inputs "Seems to ramble and overanalyze at times."

Performance Rater C inputs "Needs to learn to relax a little and don't overreact to situation."

March 10th 2005 - Section manager met with Steve to go over his 2004 Performance Review. It was about 4.5 hours. He left over 20 voice mails , in regards to his "Needs" section.

Section Manager also has various archive of 100's of e-mails from Steve and voice mail messages left regarding topics such as his 2004 raise, his 2004 Performance, who he wants as his raters, 2005 Performance goals, etc, etc.

3. Ability to follow Raytheon Common Processes

Steve needs to willingly conform to standard Raytheon and team process and procedures rather than performing tasks in his own way. Example: Rater A inputs: "Steve also had problems conforming to project/team processes & procedures and would often argue the value of process activities (i.e unit test) and once he finally was directed to do it he would still perform the task in his own way."

4. Teamwork

Steve needs to understand that he is part of a Software Team - not isolated Performance - does not "own" anything.

Example: Performance Rater A inputs: "Steve seems to have problems working in a team atmosphere, preferring to do his work hidden in his own area until it was complete or until he was directed to put it in the CDP clearcase area."

5. Knowledge of bigger Raytheon picture

As an E04 Steve needs to understand how his specific tasks are a part of the larger team goals/program goals as well as how his efforts and the team efforts fit into the Raytheon IDS goals. Example: Performance Rater A inputs: Needs improvement on comprehension of the bigger picture. An EO4 should understand the bigger picture (in this case TSCEI Common Design Patterns) of the project verses just coding little pieces. Discussed 5/11: Steve did not know the members of his immediate team and what they were working on. As a start, Steve should understand what everyone on his immediate team is doing and how that fits into the "BIG" picture.

6. Ownership/Accountability of issues

Steve fails to take ownership of identified performance issues by stating that management is trying to separate him from his technology and that he is not being provided the opportunities to perform because he is one of the first to be removed from programs. A number of Steve's leads and managers have attempted to identify specifically the areas that are not meeting expectations in an effort to resolve this issue; however, each time Steve states it is not his fault. Examples: Performance Rater A inputs : "Steve seems to think that management is not always on his side." Steve's 2005 Self Assessment indicates that Raytheon is responsible for Steve's performance.

The concerns mentioned in this PIP were addressed with Steve at his mid year review and on 11/8 with Human Resources and the Department Manager.

Exhibit 2 p 2-2

**Expectations of Standards To Be Met:**

The expectation of this Performance Improvement Plan is that Steve makes a serious dedicated effort to improve and sustain the improved level of performance in the following areas.

1 Ability to Prioritize Tasks & Complete Tasks

Steve will be given multiple tasks, supporting 2 different functional threads that are due on the same date and he will need to prioritize his time and figure out how he can get them both accomplished to meet the deadline. He should ask questions of team leads and team members to ensure that he is aware of priorities and due dates. Once he has received this relevant knowledge, Steve should independently decide the best way to accomplish the tasks. Expectation is that all assigned tasks will be completed in a timely manner and be of acceptable quality.

2. Communication/Knowledge of bigger Raytheon picture

Steve should show improved communication skills. It is strongly recommended that Steve join Toastmasters in an effort to improve communication skills. His voice mails and e-mails should be clear and concise. Steve should ask questions to ensure understanding of assigned tasks and team goals and should communicate clearly and in a timely manner with team leads, managers and team members. Steve should be able to explain the functional threads that he works on to his group lead and section manager, as well as how the thread plays a part of the BYG-1 program.

3. Ability to follow Raytheon Common Processes

This will be measured by Steve's ability to write and conduct unit test cases for the Periscope thread (item 6) as well as his perfomance on other assigned tasks. If it is necessary to perform tasks outside of common Raytheon processes, he must discuss this with his leads and managers prior to taking such action.

4. Teamwork

Steve will be expected to attend and actively participate in all team meetings/activities. As an E04, he will be expected to exhibit solid team behavior such as good communication, active listening, offering different viewpoints, and offering to assist/mentor other team members. It is expected that positive feedback will be received from team members and leads regarding Steve's team interactions.

5. Ownership/Accountability of issues

Steve will accept constructive criticism, developmental feedback, and discuss appropriate moving forward steps for him and the team. He will understand that he is a member of the larger team and that his actions and accountability impacts the team's success.

**Corrective Action Plan and Time Frame*:**

The following tasks and times have been agreed upon by section manager, group lead and the employee:

1) Get acclimated to new environment, obtain new user account, learn new Development environment (Rational APEX, compiling, linking), come up to speed in NSSN lab environment (1/23/06)

2) Work with Team Members to learn entire BYG-1 Periscope Thread and Integrate Periscope Client into Ship Set 3(2/06/06)

3) Support additional Stadimeter/Periscope implementation for VA Ship Set 5 (2/13/06)

4) Assign Steve STR on or before Feb 10th in a different functional thread to work on during the same time he is working the Periscope Interface (due 3/13/06)

5) Complete regression test of Periscope thread (due 2/27/06)

6) Write and conduct unit test cases for Periscope Thread (due 3/13/06)

Weekly status reports will be submitted to section manager and group lead. Weekly meetings will be held with section manager to discuss reports and progress to date on the PIP.

**Consequences if Level of Improvement Does Not Meet Expected Standards Within Time Frame*:**

It is critical that Steve makes significant improvements in the areas listed above. Failure to so will result in further action up to and including termination.