Exhibit 3 p 1-9

Stephen T Sammartano/US/Raytheon
01/16/2006 09:34 AM

To Heather_Lemmon@raytheon.com
cc
bcc
Subject Reponses

Hello Heather,

I read over the document which you presented to me Friday over the weekend. The document presents demands for improvement of skills for which there is no lack of in myself which is not also present to an equal or greater extent than in those who make the demands and are quoted in the document itself. If is a mask of equal opportunity in the form of not tasking me in a way which will require me to execute full lifecycle development using standard Raytheon and government documents. It ignores the following observations.

- On MCDP, I argueably had the most difficult module and I did it with little assistance from anyone. I began with a pre-spec generation of my own which became useful as a simulator to achieve specification validation - that to itemize how the spec would have to be changed to represent a working module. I achieved six sigma credit for the event dispatcher simulator.
- I certainly used more facets of C++ - thread, copy constructors, assignment operators, and signals and the fact that I am aware of this is in contrast to how the document delivered Friday depicts me.
- My unit test programs were more complex
- Beyond having a working product, I and I alone had a demonstrably low memory loss as of the due date. A week or two later the one person being identified as rater, rater A, rater B, and rater C had a leak of over a million bytes while my own was under 2k bytes. Apparrently infininite memory loss is granted an infinite threshold of credibility and no accountability.

This event is a grander scale of what happened to me while on MCDP, the project ot most note. I was assigned unit test of two modules over a two week period and Manny Goncal was telling me that he was being told to do the same thing by the acting lead. I called the lead and asked him if this was true and he denied it. I no sooner got off the phone when Manny Goncal was again reporting to me the same thing. Finally, the acting lead came into the Mission Center and admitted that he had said such things to Manny because he didn't believe that I could do the work. The work was very easy to me and I did the work on time and on schedule two days ahead of schedule at which time Dan claimed the was more work to be done as part of that two week deadline. I complained at the time that for the remaining work the deadline had not been a two week deadline, but a two day deadline. Note that I had been pushing all year and while other people had been taking their vacation time I had saved mine. I actually carried over forty hours to this year. I complained to the acting lead and Sandra Vanier that I did not feel responsible because he withheld the information too long and so I had no time to manage. I had been managing my time and working well withing my abilities while Dan was withholding information to make it appear like I had failed.

Let me furthermore point out that the document is a long and ambiguous document. It is intentionally beside the point to hide the fact that others are being given work and information which will allow them to execute full lifecycle development using standard Raytheon and government documents . The tasks which are outlined are encompassed by what I have already done - so I would stand to learn nothing from them as written, but in fact I am being told that at least the first part represents removing code which was never there to start. In summary, I am being dumbed down by being given un-involved tasks beneath my ability and not commensurate with my accomplishments or abilities purposely to repeat a subset of what I have already done to waste my time while other people are tasked to the extent of their ability and in a way in which they become informed and use standard Raytheon and government documents. The result will be that others will appear smarter while I will appear less smart and it will be because of the opportunity which I was not given and others were.

I have taken the time to address your document which to me is arbitrary and capricious. Here are my responses.

Exhibit 3 p2-9

1. For the year of 2005, Steve's performance as an E04 did not meet the expectations of his task lead and section manager, and there is a serious concern that Steve's performance issues will continue. Steve needs to improve his performance in the following areas listed below. The impact of this unsatisfactory level of performance is not only that Steve's assignments will be negatively affected, but that the team progress will also suffer.

1.1 I have a copy of my "mid-year review" emailed to me from Sandra Vanier. It is dated 8/24/2005. I will quote Sandra, "Overall I think you are doing well and there are just a few areas that you need to work on ( and remember we all have areas that we need to work on." The review continues in a similar tone noting overall performance in agreement with my quote of her here in this item and includes a Strengths, Teamwork, and Areas that Need Improvement Sections. Why is there such a marked difference between the behavior of management on 8/24 and the behavior of management which produced the document presented to me, Friday, 1/13/2006.

1.2 During the year in anticipation of such a circumstance and having experienced the first year of doing well and minimal raise, I brought the issues up to John Kelly as part of the skip-level meeting procedure.

1.3 I have a copy of emails between Sandra and I which include me mentioning my receipt of the above and asking her if it will be ok to respond. She first declines, at which point I accept her answer and ask her who to respond to in place of her to present my aside at which point she accepts. I asked her for permission to email her my responses presenting my opinion and facts relative to the review and she accepted. This was not the first time when I queried Sandra Vanier in regards to whether I issue too many emails to her regarding company business which involved me.

email.

2. Ability to Prioritize Tasks & Complete Tasks

Steve needs to improve his skills of prioritizing tasks. He needs to understand when to ask questions of team leads and team members to ensure he has relevant knowledge of to correctly prioritize his tasks. Example: Rater inputs "Steve has difficulty managing his time and prioritizing tasks. When given a specific task, he takes it and runs. Once more than one task is on his radar, he seems to have difficulty figuring out what to do next."

2.1 I did ask questions of my acting lead and team members to ensure that I had relevant knowledge to correctly prioritize my tasks within the limits of the situation. The acting lead at the time had a way of being abusive enough so that I began reporting incidents to Sandra Vanier in email as they came up. Sandra Vanier claims to have archives of my emails, so I would expect that she has passed on the relevant emails to human resources. At the time, I was under the belief that I was reporting these incidents to whom I was supposed to. I was acting upon Bill Swason's Rule #18 – Never direct a complaint to the top; a serious offense is to "cc" a person's boss on a copy of a complaint before the person has a chance to respond to that complaint. Now in truth, John Kelly became aware of the situation as well during meetings brought about in connection with his skip-level meetings. I recall relating one incident to him in which I asked the acting lead for a due date and the lead responded with, "Why do you want to know?". When I did ask questions doing so was characterized as "not letting things go after a decision had been made", "dwelling on issues too long, not being relaxed or overanalyzing the situation", "having problems conforming to the project/team processes & procedures", and "often arguing the value of process activities". The only part of the quotes which I agree with is that I did so "often" and what I did was ask questions as needed especially to prevent being called negligent, however in recognition of the fact that one cannot always be doing what one chooses and that I am a team player, I did not do so as much I would have otherwise..

2.2 I do tend to take a task and run per Bill Swanson's Unwritten Rule #10.

2.3 In an email to Claudia Dunn in regards to a position in Woburn which I interviewed for I explained to her situations of my circumstances. That email is here which revealed that indeed I was doing more than one thing at a time. See that email here

email – start

-----------------

Thank you for the interview yesterday. I hope I was clear in my answers. In reference to your question

Exhibit 3 p 3-9

regarding my involvement in design - I provided the technical answer, that is technically, no. However, when I first moved into a programming position in January of 2003, my eyes first set site on source on a Thursday as I was provided an initial assignment and I generated a deliverable and test program by the following day. I wrote a mult-class hash table as explained ( began with a 24 hour prototype ). I wrote a multi-threaded stress test as explained ( began with a 24 hour prototype). I was assigned checksum code on the same Thursday on which two other gentlemen were assigned serialization code hearing the announcement that after they were finished they would join me to help me, and I returned with a deliverable the following Monday before the other two men had began. I did attend the meetings here on the format of serialization and contributed, and when the gentleman with the most visibility assigned to that task went on jury duty, I wound up producing some deliverables. It is also true that I produced a pre-spec deliverable of the event dispacther which did dispatch events and which came to be used to test future contributions to the spec. Certainly all of these deliverables had to have someone to make them take shape. There was no one but me. I was not provided with a spec for these things and in many cases there was not even an official designation that I was THE MAN. However, there was no one else but me. You might say in a convenient sort of way, official design began where I stopped and/or whenever I was interrupted for official design to begin, lol. I have provided more detail on PubSub_MT below as well as the usage page displayed when the user types <PubSub_MT> without arguments. Note that some of the arguments are those of the underlying COTS product ( and are passed down into it ).
email end

Note that I am implying that I went through full life cyle development to create implementations for a software fixture to test exceptions and constants while concurrently working on pub-sub ( simply stated above as a deliverable and test program ), a hash table while concurrently working on pub-sub, a multi-threaded stress test for tscei which reduced the process and testing tscei and led to six sigma credit, 32 bit checksum while working on TSCEI-MCDP ( comparative testing was done to windows winzip and java in windows ) before delivery, Serialization code, and an event dispatcher simulator. I had no help from anyone, not because I insisted or prevented them from helping, they chose not to. Full life-cycle development consisted of proposing the idea to myself, accepting the spec as complete in my mind, designing the algorithms require to implement the functional spec, coding, review the code, testing the code, and finally using the code towards it's desired end. I went through the entire process in 8 hours for the exception testing software fixture, 24 hours for the hash-table while doing pub-sub concurrently, 24 hours for multi-threaded stress test, 12 hours for the checksum code, 15 hours for the serialization code, and about thirty days for an event dispatcher. This software all represents software which I own and for which I delivered a subscription to to Raytheon in the process of producing Raytheon deliverables for payment. Raytheon owns a subscription of my software of each of these things. I hope participant parties understand the difference. I used a subscription of Raytheon owned tscei pub-sub. I never owned it. I may be able to own part of a printout or a printout of a subscription of Raytheon owned tscei pub-sub to the extent that Raytheon allows. I don't own Raytheon BYG software. I may work on a subscription of Raytheon owned BYG software. I can buy an issue of Time magazine and own it, but I only own that issue. I don't and never will own Time based upon the purchase of that issue. I don't have that identity. I can take my issue and write my name on it and in so doing that does not make all versions of that subscription mine. The only version of the subscription which is mine is the one I purchased which I wrote my name on. Time magazine can decide there is something offensive in that issue and pull all other issues from the shelf for that month, but they can't take away the one I already purchased. Time can re-issue a subscription in place of the one which it pulled from the shelf and I can buy that one too and I would own two different subscriptions of the same issue. Raytheon never asked me to create a software testing fixture for exceptions or constants – it asked me to produce working exceptions and constants. Raytheon never asked me to create a hash table it requested a port of a subscription of Raytheon owned tscei pub-sub from java to c++, Raytheon never asked me to produce the multi-threaded stress test which I created it, I produced a subscription and delivered it to Raytheon, Raytheon never asked for or used my initial checksum program or serialization program or event dispatcher – all things which I own and produced subscriptions of to Raytheon for payment during the process of the achieving Raytheon requested and owned deliverables. If you order a pizza and the delivery man arrives with fifteen, you are only responsible for what you ordered – your agreed to part of the verbal contract. Raytheon owns what it orders which includes the subscriptions it orders and the products it produces whether it produces them from those subscriptions or otherwise. I am not the one to complain to about these issues, may I suggest

Exhibit 3 p 4-7

Congress.

To come back to the point, I have often done many things at a time.

2.4 Also when speaking with Claudia Dunn the issue came up of how I achieved such a low memory loss and one thing led to another and I had to explain how Rational Purify came into the picture a year and a half after I had been programming at Raytheon. I simply did not have the clout to make such a change happen. The last thing anyone wanted to hear was any suggestion from me. The day I brought up Rational Purify, Dan Courville expressed that he and Dick Amundson had just been speaking of hit over lunch. If anything I was accused of just learning C++ and the company made me prove I knew C++ every step of the way. Meanwhile other people were being assigned broader tasks in which they could take and use my code, in which their C++ skills were not in question, and which exposed them to the big picture.

3. Communication
Steve needs to improve his communication skills with peers, leads, and other stakeholders. Steve needs to learn how to use email and voice mail more selectively and avoid ambiguous, repetitive messages. Steve also needs to learn that after a decision has been made to let things go, and not dwell on issues and allow it to affect his performance. See Examples below:

3.1 I have to repeat in email, voice mail, and verbally often because I am not there to explain what I mean when people fail to understand what I am saying and find the meaning ambiguous as happened during our meeting when discussing Adam Dai.

4. Performance Rater A inputs "Steve would occosaionally have comments ( voice mail and e-email ) seemed to come from left field and left you wondering what he was talking about" "Tends to dwell on the problems too long."

Performance Rater B inputs "Seems to ramble and overanalyze

Performance Rater C inputs – "Needs to learn to relax a little and don't overreact to a situation"

4.1 An effort will be made to issue comments from right field, center field. Feel free to express fields of interest.

4.2 I suppose I ramble and overanalyze as much as the next person, yet I do not hide behind accusing others of rambling and overanalyzing. It is not the mainstay of my career. So as not to ramble, consider this a response from right field.

4.3 I highly suspect that these rater responses represent a corruption of the rating system. These responses do not sound like the responses of the raters which I chose. They do indeed sound like the responses of the one individual who was abusive to me for a long while. Coincidetally, he did become less abusive towards the end of the project and after I was coming off, but I digress. I am supposed to be able to choose my own raters. I did.
The above submissions do not appear to be from them. I propose that they represent a lie. Moreover, they represent a mockery of a program which I wrote on MCDP which had three main parts. In an effort to get the program, which I was having difficulty with getting working, working I broke the program up into programs A, B, and C and reported the results as such on my weekly activity reports. From then on I began to receive reponses from my section manager with uncanny mockery to A, B, and C.

5. March 10th 2005 – Section Manager met with Steve to go over his 2004 Performance Review. It was about 4.5 hours. He left over 20 voice mails in regards to his "Needs" section?

Section Manager also has various archive of 100's of e-mails from Steve and voice mail messages left regarding topics such as his 2004 raise, his 2004 Performance, who he wants as his raters, 2005 Performance goals, etc, etc.

Exhibit 3 p 5-9

5.1 Is this about 2004 or 2005? From here on, my comments will assume it is should be 2005.

5.2 On a few occasions I began to suspect that I was sending too many emails to Sandra Vanier and so explicitly sent her an email stating such. I never received reponses or notices pressing for a change in my ways. One particular occasion the response came back in multiple choice format asking if the reason was

1. because I didn't like her
2. I can't recall this item
3. or was it just that she was willing to hear me out. ( in her own words )

I responded that it was 3 and we seemed to moved on. On other occasions she did agree that my email was a lot, but never mentioned that I must change my ways. I did make a decision to intentionally reduce the number of emails which I sent to Sandra Vanier and on at least one occasion, and I actually think a few, she commented, in a joking manner mind you, on how happy she was at having not received so many emails from me recently. Still she never sent me back a response to an email explaining that it in particular was an example of an unnecessary email. I don't recall even one email explicitly having the tone that I must change my ways, and or that there was no way that I could continue sending her emails in the volume that I was. Nor do I recall any emails from her which were of the tone that this particular email represented the n-th time which she had informed me of some discontent on her part in connection with my issueance of email to her. Perhaps I didn't receive them? She never took the time to tell me in person.

5.3 mis-characterization life sentence see 5.8

5.4 There were a number of long meetings with Sandra Vanier as my section manger. I actually began to wonder if she liked me and asked her if that was the reason for the long meetings, but it took me about a micro-second to realize that she was digging. She spent hours with me attempting to characterize things in ways which they were not, attempting to substitute vulgarities for words which were not vulgar. It reached the point where I sent her at least one email stating that what I said and did would never be anything other than what it was. The meetings thinned out greatly. We have not had a long meeting in a long time.

5.5 By the time of my 2005 mid-year review ( aka 8/24/2005 ), I had on my own chosen to reduce the number of emails I was sending to Sandra Vanier. I read the review and decided that I disagreed. I had combined feelings that I did not want to send too many emails and that I needed to speak with someone else, but I did not want to violate Bill Swanson's rule number 18, don't go over a person's head without giving them a chance to respond. I have copies of emails to Sandra Vanier and in which I specifically ask her if she expects responses. She replies that she does not. I ask her who I should speak to if she is not the person to respond to. At this point she sent another email accepting responses.

5.6 In an effort to build my effective communication perhaps we can view emails of others which represent effective communication. I am willing to believe that Sandra Vanier does not have anything against me, so I assume that she is saving emails from other people as well. Of course, I imagine that she must have far fewer from others as the volume which I send is being reported as being so much higher than the norm. Still twenty percent of a hundred is only twenty. I would like to see how my emails stand up against those of my peers or if I merely being placed under the spotlight to make scene in disregard for the quality of my emails and or in absence of the lack of quality of the emails of others.

5.7 Even if the volume of emails which I send is higher than the norm, people are immortalized for their idiosyncrasies. As a child I initially did not stutter and my father called me the motor-mouth - I talked a lot and added to the language words of my own making. Teen-age girls are touted as always being on the phone, etc. These are not issues of termination, but issues of uniqueness, comedy, and simple mathematics – somebody has to have the highest volume of email sent. Is Sandra Vanier simply refusing to grant me another credit which I so dearly deserve – aka The King Of Email ?

5.8 Sandra Vanier does not seem to know I am a human being. She issues reviews which characterize the last 730 days of my life and is surprised at the flurry of emails created. She only wonders what angel

Exhibit 3 p6-9

from heaven or hell has brought to her such a deliverance.
Reviews constitute a characterization of the last 365 or 730 days of a person's life. Inaccurate characterizations or unfair characterizations rob one not only of one's past, but also of one's future and in so doing create a life sentence for the victim. One percent of 730 days is 7.3 days. I am sure I took less than one percent of the time under consideration in discussing the characterization of it.

6.0 Ability To Follow Common Raytheon Processes
Steve needs to willingly conform to standard Raytheon and team processes and procedures rather than performing tasks in his own way. Example: Rater A inputs: "Steve also had problems conforming to project/team processes and procedures and would often argue the value of process activities ( i.e. unit test ) and once he finally was directed to do it he would still perform the task in his own way.

6.1 See section 2.1, 2.4

6.2 Not having the opportunity to participate in and learn Raytheon processes and standards has been an ongoing complaint on my part.

6.3 Of the little Raytheon process which I was informed of, I was never informed of any discrepancy with how I was doing things and Raytheon processes in connection with unit test or anything else

6.4 My leadership input was and is that CxxTest is worthless tool which gains the developer absolutely nothing at best and generally winds up taking away from the production of a quality product. Lazy people like it because it means nothing, does nothing. It just gives someone a box to check as a test having been done. Benefits from CxxTest arise as a circumstance. Use of the tool was chosen for political reasons and Mr McCann made a reference to all singing the same song to the Navy. It was an intentional way to satisify the contractual testing requirement without doing anything at all, and McCann implied such.

7.0 Teamwork
Steve needs to understand that he is part of a Software Team – not isolated Peformance - does not "own" anything.
7.1 Raytheon has neglected to recognize that I am part of a team. During the pre-spec version of the event dispatcher there was no we and there was no team. I wrote the code. We did not write the code. Acting lead, Dan Courville kept the details of the spec close and since I was busy writing code he used the time to do whatever ever he did and to analyze my code and I wrote for him implementations of his ideas. He did not write code, there was no we. I wish there had been. In the same way at the start of MCDP there was a conspicuous looking time during which I accumulated deliverables produced solely and exclusively by myself on the M-drive for the review of who ever had access. There was no we who produced these deliverables – no team. I did. In a convenient sort of way, the design effort began where I stopped – I was informed so little that I didn't even know what questions to ask to be further involved and it was a period characterized by Dan Courville being abusive. It didn't make sense to me to be requesting more of him. He would request more of me so that I would have no time to share in the team effort. If there was a team, I was not part of it. In support of this point, Mr McCann was somewhat at a loss when I chose him as a rater, and I held him responsible to that position. I understand he has left the company. I mentioned these issues to Sandra Vanier in various ways during the year. It appears that the company tortures me and in hindsight attempts to justify it as some probationary period. In a previous email to Sandra Vanier I did report that company officials with any influence over me have held both the company's products and other people's work very close, while insisting that my work be placed for the review of others in the vobs or on the M drive at times during periods noted by the absence of contribution from other members. I propose that during these times when I was working alone that others had ample opportunity to improve their understanding of * the big picture *. Even Sandra Vanier herself has admitted that Dennis Sagamang instructs his people to hold their work close.

7.2 What I own is a legal issue – not an issue which has anything to do with me, Raytheon, or our beliefs. Legal issues don't belong in performance reports about me. For the sake of conversation, see sec 2.3.

7.3 If there was a team perhaps one can show me the contributions of the other members and illustrate

Exhibit 3 p 7-9

how may work was inferior.

8.0 Example: Peformance Rater A inputs: "Steve seems to have problems working in a team atmosphere, preferring to do his work hidden in his own area until it was complete or until he was directed to put it in the CDP area""

8.1 I have no problem working in a team atmosphere

8.2 If I accept what is being implied, why does the Rater refer to the work as "his work"? I thought the point was that there was a team somewhere. Note that I know what this is referring to and at the time there had already been multiple deliverables on the M-drive from me in absence of others for months. I was one of the few who had submissions in the vobs. Taken out of context this can be read as if everyone else's code was public and mine was not. Fact is I had stuff everywhere – the M-drive, public, and private. Some " team members " had code no where.

8.3 The statement is untrue and the untruth is demonstrable based upon historical fact. The untruth is not an issue of discussion but is an item which can be demonstrated as historical fact and current fact.

8.4 The issue of hidden or not is a circumstance. DDX has available scripts which are distributed by John Black which explicitly remove one's history on a per window basis. I could say that the reason is so that people like Dan Courville cannot snoop through one's history files, but that would be a presumption. Everyone on DDX knows about these scripts. I believe I recall seeing the same script in BYG, so really even Sandra Vanier should know about this script. The view of the rater is a presumption. My acts do not differ from those of others. I have a presumption that Sandra Vanier's position is just an act to make a scene. I am at a loss to understood what force is motivating this action of Sandra Vanier.

9.0 Knowledge Of Raytheon Bigger
As an E4, Steve needs to understand how is specific tasks are a part of the larger team goals/program goals as well as how his efforts and the team efforts fit into the Raytheon IDS goals. Example: Performance Rater A inputs: Needs improvement on comprehension of the bigger picture. An E4 should understand the bigger picture ( in this case TSCEI Common Design Patterns ) of the project verses just coding little pieces. Discussed 5/11: Steve did not know the members of his immediate team and what they were working on. As a start, Steve should understand what everyone on his immediate team is doing and know how that fits into the "BIG" picture.

9.1 HELLOOOOOOOOOO
HOW MANY TIMES DO I HAVE TO REPEAT – THE PERSON ACTING AS A LEAD WAS ABUSIVE. THERE WAS NO TEAM. THERE WAS HIS HIGHNESS COURVILLE AND THE DUTCHESS VANIER. Now base upon what they've said it seems that doing right by people with years of service was a motivating factor. As I stated to Mr McCann, not only don't you have to wrong me to do right by these people, doing so would be incorrect, the consequences of doing any party wrong are undefined. Take note that I must repeat things many times for them to be heard.

9.2 Complaints in regards to me being an E4 and not being employed as such have been mentioned to Sandra Vanier and John Kelly have not been forthcoming. I have the emails.

9.2 Please note the differing thresholds of credibility. When someone can be paid to say that I did not know who my team members were, someone is being given too much creditability. Figure out who. One thing is for sure, it's not the guy who doesn't know who his team members are.....of course that's assuming he actually doesn't know and it may not even be the person reporting the fact that if it is true. I am not in a position to agree or disagree. With participants in Fort Wayne, Tewksbury, and Portsmouth, only those less qualified than I actually believe they know better.

9.3 I knew enough of the big picture to generate an event dispatcher pre-spec which served to act as a simulator and discover errors in the lead generated spec. I started before the spec and what I created was good for an entire year and I was prevented from participating to any greater extent than to further

Exhibit D p 8-9

develop what I had done pre-spec for an entire year. It was an easy year for me. I asked to contribute to other projects when Mike Solgar was touting overtime for everyone.

10.0 Ownership/Accountability Of Issues
Steve fails to take ownership of identified performance issues
10.1 Correct.

11.0 by stating that management is trying to separate him from his technology
11.1 I have used the phrase but never with the other phrases which make up this sentence. I don't agree with the sentence.

12.0 and that he is not being provided the opportunities to peform
12.1 I agree with this

13.0 because he is one of the first removed from programs.
13.1 Actually, I was only one of the first to be removed from one program. I never connected the above phrase which is not true to the phrases here. Furthermore I never used the above phrase – John Kelly did and put in my mouth. I don't know where he heard it. He didn't hear it from me. I heard it from him. I had been complaining about the lead being abusive for a long time. I mentioned the problem to Sandra Vanier many times. I was attempting to not go over her head and eventually did speak to John Kelly. I have mentioned to human resources that John Kelly seemed to slant things against me. I have many emails which explain my view. Apparently Sandra Vanier and John Kelly buried the incident. I actually thought something was finally being done. MCDP is the only program I was one of the first to be removed from. The remainder is a lie.

14.0 A number of Steve's leads and managers have attempted to identify specifically the areas that are not meeting expectations in an effort to resolve this issue.

14.1 Ohhhh, give it up. They'll sell you a bridge. Ya know it's about time people started calling a spade a spade. Some white supremacist is given power and attempts to rationalize his efforts by taking the white out of supremacy and combine it with a wish to do right by people with a lot of service with Raytheon at my expense. And that white supremacist is not as all-knowing as people think. It took somebody from Fort Wayne to tell him that the serialization code which he was sitting on produced by me was based upon the floating point starndard. Most of the things he said about me were projections of his own short-comings onto me. He consistently attempted to discredit me for my initial event dispatcher. It was I who had to explain to all involved that it didn't need it's own DSO to be counted as six sigma as it was done in analogy to a safety procedure. He didn't have the foresight to recognize my intial efforts as professional so we had to go back and add in DOD headers. He made a big fuss of me morphing my event dispatcher to the spec suggesting it would take less time to start from scratch ( think about what that would have cost Raytheon ! ! !) and I was done before he could really make a scene. He couldn't write a correct spec which represented a working product and wouldn't let me get involved nor would he participate in writing code. He took a big fit at me switching back to posix threads to study memory loss overreacting by insisting that we were not going to be using posix threads. Then when I was able to gather and use the information to reduce a 20K leak to 2K with ACE threads, he stopped sending me emails. This guy would leave to go on vacation with 45 minutes notice. As of supposed delivery, he had about a million bytes loss of memory. The characterizations against me are all one big lie. They report problems about me which are exhibited by everyone. They are full of ambiguity – this is from right field. How's that for a start and it' s just a start?

15.0 ; however, each time Steve states it is not his fault.

15.1 I can say it again if you like.

16.0 Examples: Performance Rater A inputs: Steve seems to think that management is not always on his side.:

Exhibit 3 p 9-9

16.1 Correction, I think management is not always on anyone's side. Management has very little against me specifically. It's only a few wrongly trusted people who are involved.

17.0 Steve's 2005 Self Assessment indicates that Raythoen is responsible for Steve's performance.
17.1 I have to agree again.

18.0 The concerns mentioned in this PIP were addressed with Steve at his mid year review
18.1 I have a copy of the mid year review email and the tone is overwhelmingly positive unlike here..

19.0 and on 11/8 with Human Resources the Department Manager.
19.1 a different issue entirely as I recall, as a matter of fact, I still don't know why we met on 11/8. We met on 11/8 because John Kelly said we had to meet and at the meeting he made it seem like I wanted to meet. The first time I pariticipated in an overwhelmingly negative toned event was Friday, 1/13/2006 and I have the emails to prove the positive tone.

Comments on the Expectation of Standards to be met
1.0 Showing improved communication skills is not what software engineering is about. Showing improved communication skills is a perception.
2.0 I used to have a speech problem and I still have a vestage of a speech problem. I will do what I can with voice mail. My emails are usually pretty good. Furthermore, a lot of people get into problems when attempting to summarize for instance the last 730 days in thirty seconds. That's not a lack of communication skill – that's a lack of understanding on the part of the listener of the true complexity of the issue. You can't stuff 730 days into a 30 second bag.
3.0 Historically I have not had enough clout to ask questions. Asking questions for me has been characterized differently. See section 2.1 above.
4.0 Toastmasters will not help me. I have no fear of public speaking. I have a problem speaking period. How many times must I repeat myself before I am heard?
5.0 In regards to me being able to explain, the threads – an interpretation.
6.0 I will need someone to ask about the BYG program, wow, this would have been a great thing to have for DDX. As it was Dennis wouldn't even allow me to go to the course on Realtime Innovations DDS Pub-Sub and I was using Realtime Innovations DDS Pub-Sub. Apparently that training was for a different team. There are people who have been helpful – Wai Chu, I promised him I would never forget him; Thom Jones – thanks for showing me Doxygen.
7.0 In regards to teamwork no one is going to tell people what to say. E4 or no E4 I don't think these expectations are reasonable for a new guy on a project. When I worked for Dick Amundson in EVS, he gave me the wrong coding standard THREE TIMES and code had to be changed as a result. He gave me half a spec once. Even Wai Chu once gave me the incorrect IDL. These people are and were well respected people. Even IIIII, respect Wai Chu – so much so that to this day I still think he did gave me the wrong IDL on purpose, but that's a different issue. In evaluating my code, Wai Chu eventually remarked, "Don't go by the other code – it doesn't work", lol. Another time Wai was helping me and he found a file of interest and said, "What does that do?",,,,and I told him. And he went to a different location in the source and he said, "And what does this do?" And I told him. And then he went to a third location and he said, "And why did you do this?", and I responded by saying, "Oh none of these things are my code, the code you are speaking of is all Frank Monte's code." We both started laugh. I will say I will try.
8.0 In regards to accepting constructive criticism – to date I have never refused to accept constructive criticism and as a matter of fact as soon as I get some I'll accept it. Same for developmental feedback.
9.0 I have always known that I am part of a team, you can't honestly believe that there is any other reason for which I would put up with the things which I do. Do you think I like it? Tell me, when are others going to be judged the way I am – in particular and in general?
10.0 Steve will issue a bulletin to all BYG employees to submit weekly activity reports to him on the basis of his Need To Know. In order that Steve may better have the time to review all such documents, Steve will request a laptop in order that he may read while commuting to and from work.

Regards,