# Employment Discrimination Charge

Stephen Sammartano VS. Raytheon

## CHARGE DESCRIPTION

Stephen Sammartano
75 Arthur Street #4
Pawtucket,RI 02860
401.335.3412
August 7, 2006



Exhibit 4.1 – 22

# Table of Contents


| | |
|---|---|
| Overview & Introduction | 3 |
| Experiences Of Employment | 3 |
| Discussion Of Experiences Of Employment | 6 |
| The Performance Improvement Plan | 7 |
| General | 7 |
| ANALYSIS | 12 |
| Ability To Prioritize Tasks & Complete Tasks | 12 |
| Communications | 15 |
| Ability To Follow Raytheon Common Processes | 15 |
| Teamwork | 16 |
| Knowledge Of The Bigger Raytheon Picture | 17 |
| Ownership/Accountability Of Issues | 17 |
| CONCLUSIONS | 18 |
| Supporting Documents | 20 |




Exhibit 4.2 - 23

# Overview

This Employment Discrimination Charge Description decribes a charge of employment discrimination filed by Stephen Sammartano against Raytheon on the basis of perceived disability. It is the claim of Stephen Sammartano that Raytheon discriminated against him during his term of employment to the extent of his termination on the basis of a perceived disability, stuttering. Stephen Sammartano was in the past a severe stutterer and still exhibits a vestige of the problem as he continues to stutter to a limited extent today. The National Stuttering Association has affirmed that at the minimum stuttering can be at least perceived as a disability. For the record, Stephen Sammartano will also note that technically obese. Obesity can also be perceived as a disability. Let the record show that on the basis of his perceived stuttering disability and his perceived obesity disability, Stephen Sammartano is a member of protected classes which could invoke the protection of laws enforced by the Equal Opportunity Employment Commission ( EEOC ).

This document is organized for ease of understanding into this Overview, an Introduction which contains a section which recounts my experiences of employment ( Experiences Of Employment ) and a section which elaborates upon those experiences ( Discussion Of Experiences Of Employment ), and a section on the performance improvement plan which I was placed upon which has subsections described in the table of contents mentioned above.

# Introduction

This introduction recounts my experiences of employment as presented to the Department Of Employment And Training at the time I was validating my qualification for unemployment insurance benefits on the grounds that I was terminated and that there was no misconduct. I successfully qualified for unemployment insurance benefits with an appeal hearing which published findings validating my qualification for unemployment insurance benefits. Note that this document may vary somewhat from my submission to the Department Of Employment And Training to better suit the intention of this employment discrimination charge description by adding to or elaborating on details. It is presented here in an effort to create a context in which to interpret actions and events. Let me point out that some details are left out and presented later in this document.

## Experiences Of Employment

I am out of work because the opportunity to work as a software engineer at Raytheon no longer exists for me and I am a software engineer. What I am saying is there is a lack of that opportunity and in that way a lack of work. I have a right to be a software engineer. In fact, I have worked for this company, that is Raytheon, as a software engineer since November 10th of 2003 following an interview and job offer.

Now to be complete, I am aware that the company did want me to see a psychiatrist to obtain a clean bill of health and return to work. However saying that alone or mentioning that alone is not being complete as there were events which lead up to the company making that request. They revolve about the idea of intentionally misrepresenting me and holding me accountable for such misrepresentations. As I have said, I have been working at Raytheon as a software engineer since November 10th of 2003. I was a relocation from thirty miles north of Boston. They interviewed me for over an hour for a software engineer position and made me an offer for the position and later said that the job which was offered to me was not the job which was described to me at the interview. They never gave me the job I was interviewed for for even a second. There was no way for me to know until after I had started because they interviewed me for a software engineering position and made me an offer for a software engineering position. Why would I or anyone else conclude that the software engineering position which I was being offered

was some other job other than that which I was interviewed for? Well, I didn't. And I expressed this to them a few times. I had to because I was originally placed in a position which failed to match my skillset and I had explained my skillset during the interview and discussed a position which fit my skillset in the interview. Well, they changed the position to a position which was closer to my skillset, but still not the job I was interviewed for. I mentioned this as well. As all of this was happening, I was performing the work being assigned to me. After the first year I had even obtained six sigma credit for doing a six sigma project. Note that they were originally not even willing to pay for me to attend six sigma training. I signed up for six sigma training and informed my superior a week ahead of time that I was in the class which started the following Tuesday. The Monday before the course began he showed up expressing the idea that he did not want to pay for the six sigma training and that if I was going to attend that I would be doing so on my vacation time, not company time. This refusal to pay for training became one of three occasions on which I was refused training which was critical to my continued success in the work which I was doing. The other two occasions were a course for RTI NDDS which only had a roster of six people and was offered in house and a Corba course. I received an award from security – "Caught doing something right" regarding an incident which occurred. By August of the first year, I finished a project and managed to be accepted into another group. Again the event was associated with marked resistance for since I had began people of the original group had been accusing me of just learning the technology and when I was leaving I was being accused of leaving the group without an expert. The group I moved into was composed of three people who were in a position to not only see my work, but also to use it. These people were helpful to me. They had been using my deliverables while they offered me helpful information of other kinds. During the time when I was being accused of learning the technology, that is C++, they were using my work and saying it was fine while stating that they were learning C++ while using Java, Corba, and UML. In a nutshell they were using all the same technologies as the group which I was moving out of. The company encourages this sort of association for all. Yet in my case the company officials made a radical effort to decompose the group which I moved into which consisted of people who were able to work with me and they recomposed it with new members – they made a new group within the group and two of the original members were off doing other things, in fact one actually left the company. Well, I had many more successes which came to pass in this new group, but I was not working with the people who I had moved into the group to work with – it was all different members. For example, I recall one of the first meetings of the new group in which a newly installed acting lead delegated work to three of us. He said to the other two attendees to the meeting, also new to the group, that they were to go off and write the serialization code and I was to work on the checksum code and when they were done they were to return and help me write the checksum code. This was a Thursday. By the following Monday I had a deliverable and the other two gentlemen had not even started – so by definition I was performing beyond expectation. Then one of the other two men went out on jury duty and I wound up doing the serialization code. Note that my deliverables were in public view and accessible by all members of the project in Portsmouth, Tewksbury, and Fort Wayne including non-project members and for a long while I was the only group member who had work available accessible to everyone. I went on to write a pre-spec deliverable which I produced by January 14th of 2005 and again this code was placed in public view. Now I had all these contributions and yet at the end of my first year I was in the lowest raise group. I complained and at the time I was first given the reason that I had only been at the company a short time and later was provided the reason that others had better accomplishments. Still if such was true why did I later also have the department head asking why I was getting all the good work??? Does this mean that others had better accomplishments in the bad work??? Well, I listened to what was said and wanted to avoid having the second year be a repeat of the first year. The department head invited me to what is called a skip level meeting in which he explained to people what were reasonable expectations such as what you would have to do or see happen to reasonably expect a good raise and the types of situations you should want to see yourself in such as working with more than one person that way there would be more than one person's input to say if you had done bad or good the previous year. Well, in addition to my concerns about my raise I was in a position where I was pretty much working with only one person so I mentioned my concerns to the department head as a follow up to this meeting. All the while in



Exhibit 4.5 – 22

my actions I was attempting not to go over people's heads because that is one of the CEO's directives. Well, I quickly



Exhibit 4.6 – 23

discovered that the department head was quick to mis-characterize events in a way which was slanted against me as well. Finally, toward the end of last year, he sent an email to human resources saying that I had requested a meeting with human resources – something I had never done. I refused the meeting and was forced to go at a later date. The over all tone of the meeting was positive with the human resources rep noting that a lot of people think meeting with human resources is like going to the principal's office, but that it is not. In fact, I could not understand why I was there since to this day I had a print out of my mid-year review delivered to me August 24th which also had a positive tone. I explained my view of issues which came up during the meeting and the meeting concluded. The year drew to a close, and as the ever diligent employee that I am, I had saved much of my vacation time until the end of the year all the while making contributions to the project during other people's vacation. For me 2005 ended about 12/15 due to my vacation time. Well, work resumed about January 2nd of 2006, and January 13, Friday afternoon I was presented with a three page performance improvement plan for which I provided sixteen pages of responses to illustrating how it was untrue and or true but beside the point and or a mis-characterization. The performance improvement plan included depictions of me which were called out as being unordinary when in fact they were the norm. . The performance improvement plan recounted occurrences of excellence as times of offenses by me. For instance, it claimed that I would refuse to make my work available until I was directed to check it into source control, something which is entirely untrue. As I explained previously in this letter, I was for a long while the only person on the later project who had code in view of everyone in all locations. The situation continued and I was informed that the performance improvement plan was to include weekly meetings. Along the way my explanations resulted in me being assigned a new section manager. I attended the meetings and began to recognize that they served only as a podium from which my new section manager would make allegations which he failed to support. They had a recurring theme which amounted to him raising issuings which described allegations which he failed to support, I would focus on and address the issue and explain how the issue as presented was one-sided and required further support and the manager would refuse to offer support but change the subject. For instance, the peformance improvement plan was presented to me, which by the way recounted the first meeting with human resources previously explained herein as having had a positive tone as being my first notification. I addressed the entire document in a timely manner by providing sixteen pages of responses to the document delivered to me on Friday, January 13th by Monday January 16th 9:34am. During the first performance improvement plan meeting the new section manager recounted my responses as refusing to look forward. A week later during the next meeting he characterized my emails as being rambling and non-understandable. I questioned him and said that he had only known me for a few weeks and that I could not have sent him anymore than five emails ( in fact there were nine ) however most were only a subject line noting attachments which I was required to send him. Knowing full well that the longest email of them all was only about five lines, I suggested that we print out the emails and go over them and in that way he could explain how they were rambling and how I could have written them differently. He refused. In fact, he changed the subject slightly saying that he had seen emails from my past, but as I have noted here he had previously expressed the idea that we should be moving forward. After the meeting I forwarded all nine emails to human resources and a superior asking for explanation of how they were flawed. The meetings were all like this meeting had been. Let me be clear, I had forwarded the nine emails to human resources and to a superior noting the allegations and requesting explanation. A week later I had received no response. A week later I had received no response or explanation regarding my alleged rambling emails and it was time for the next meeting – time for more allegations to be made without support or explanation. I finally realized that nothing at best was happening. At the minimum I was being interrupted from working so that allegations could being made about me which were not being supported by these meetings. It did seem like the involved people were getting in my face and stopping me from going about my business in the guise of these meetings – technically that is legally assault. I could no longer see any positive side to me attending and began to question if maybe I was failing to recognize the tell-tale signs of some greater threat to myself. I reasoned that maybe I did not understand perhaps the cause and potential fact that these meetings represented some greater desperation shared



Exhibit 47-22

by the involved parties. Indeed, making allegations without support, assaulting someone, suggests some desperation. Why do it? Who was I to say where such desperation could lead? On that basis I refused to attend the next meeting on the day of the meeting explaining as I have explained here. I did offer to address any other concerns as lists emailed to me. That afternoon I was placed upon paid administrative leave which was switched to unpaid administrative leave two weeks later. I was informed that I would have to see a forsensic psychiatrist and receive a clean bill of health to return to work. Well, to me this had all gone very far off the point. The point is that I am a software engineer and if anything this company has repeatedly attempted to mischaracterize my work. Potentially I have been assaulted. Why would I or anyone in his right mind voluntarily see a forensic psychiatrist? Why would any victim of assault voluntary see a psychiatrist at the request of the assaulter? Such a course of action is not required of software engineers in general and I have done nothing which has made any authority of psychiatry feel that I require a psychiatrist. I am innocent until proven guilty. I am a software engineer. I have a right to be. I am not in danger to myself or anyone else – time has served to prove that. I choose to no longer subject myself to assaults which now include the assault of claims that I need psychiatric help by those not only not authorized to make such claims but those who have put in writing numerous previous assaults. Such claims are arbitrary and capricious assaults. I do not have to subject myself to being assaulted to be a software engineer. Assault is illegal. I continue to exercise my right to be a software engineer as that is what I am and for me there is now a lack of work at Raytheon.

## Discussion Of Experiences Of Employment

The only issue which I will address here is perhaps the most prevalent question which the reader may have for me which is, "Why did you not go to see a psychiatrist?" Let me remind the reader that I had done nothing wrong. I was not the perpetrator of any act. My posture had been defensive – one of withdrawal in light of irrational acts of others. While I agree that maybe someone should have had to see a psychiatrist, that someone would not be me. Furthermore, after considering everything which had happened in a relaxed sort of way, it's not so difficult for the reader to see that the act of me seeing a psychiatrist would have been one more thing for them to make a record of and record ultimately to capitalize on to stigmatize me. I have my pride.

For the still unconvinced reader may I add that their words at the time were that * **maybe** * I would get my job back if everything came back positive from the psychiatrist. Of course, the astute will recognize that this company never had to do any of this. They could have just fired me – it's employment at will. And that is my case. Their intent was not to fire me, it was capitalize on a perceived disability – to make it seem worse than it was to use as an excuse for further discrimination. Since there really is nothing wrong with me, this would have been the perfect way to fill positions which were less desirable with someone who was otherwise more qualified than those being chosen for better positions. Their position was to attempt to capitalize on a perceived disability and make it appear worse than it was as a reason to create a less qualified candidate for purpose of filling less desirable positions. They would create a less qualified candidate by harassing me in connection with a perceived disability and the effort I would have to spend defending myself would allow others the opportunity to advance others and/or be advanced. The above expression of my recollection does capture the jist of my two years of experiences.



Exhibit 4.8-22

# The Performance Improvement Plan

As explained, I was placed upon a performance improvement plan which presented need for improvement in six areas Ability To Prioritize Tasks & Complete Tasks, Communications, Ability To Follow Raytheon Common Processes, Teamwork, Knowledge Of The Bigger Raytheon Picture, Ownership/Accountability Of Issues.

## General

A copy of the performance improvement follows. The date on it is incorrect. I believe the incorrect date was due to printing it a second time on the date on the document. The original date of issue of the document was January 13, 2006



Exhibit 4.9-22

For the year of 2005, Steve's perfomance as an E04 did not meet the expectations of his task lead and section manager, and there is serious concern that Steve's performance issues will continue. Steve needs to improve his performance in the following areas listed below. The impact of this unsatisfactory level of performance is not only that Steve's assignments will be negatively affected, but that the team progress will also suffer.

1 Ability to Prioritize Tasks & Complete Tasks

Steve needs to improve his skills of prioritizing tasks. He needs to understand when to ask questions of team leads and team members to ensure he has relevant knowledge to correctly prioritize his tasks. Example: Rater inputs "Steve has difficulty managing his time and prioritizing tasks. When given a specific task, he takes it and runs. Once more than one task is on his radar, he seems to have difficulty figuring out what to do next."

2. Communication

Steve needs to improve his communication skills with peers, leads, and other stakeholders. Steve needs to learn how to use e-mail and voice mail more selectively and avoid long ambiguous, repetitive messages. Steve also needs to learn that after a decision has been made to let things go, and not dwell on issues and allow it to affect his performance. See Examples below:

Performance Rater A inputs "Steve would occasionally have comments (voice mail and e-mail) that seemed to come completely from left field and left you wondering what he was talking about." "Tends to dwell on problems too long."

Performance Rater B inputs "Seems to ramble and overanalyze at times."

Performance Rater C inputs "Needs to learn to relax a little and don't overreact to situation."

March 10th 2005 - Section manager met with Steve to go over his 2004 Performance Review. It was about 4.5 hours. He left over 20 voice mails , in regards to his "Needs" section.

Section Manager also has various archive of 100's of e-mails from Steve and voice mail messages left regarding topics such as his 2004 raise, his 2004 Performance, who he wants as his raters, 2005 Performance goals, etc, etc.

3. Ability to follow Raytheon Common Processes

Steve needs to willingly conform to standard Raytheon and team process and procedures rather than perfoming tasks in his own way. Example: Rater A inputs: "Steve also had problems conforming to project/team processes & procedures and would often argue the value of process activities (i.e unit test) and once he finally was directed to do it he would still perform the task in his own way."

4. Teamwork

Steve needs to understand that he is part of a Software Team - not isolated Performance - does not "own" anything.

Example: Performance Rater A inputs: "Steve seems to have problems working in a team atmosphere, preferring to do his work hidden in his own area until it was complete or until he was directed to put it in the CDP clearcase area."

5. Knowledge of bigger Raytheon picture

As an E04 Steve needs to understand how his specific tasks are a part of the larger team goals/program goals as well as how his efforts and the team efforts fit into the Raytheon IDS goals. Example: Performance Rater A inputs: Needs improvement on comprehension of the bigger picture. An EO4 should understand the bigger picture (in this case TSCEI Common Design Patterns) of the project verses just coding little pieces. Discussed 5/11: Steve did not know the members of his immediate team and what they were working on. As a start, Steve should understand what everyone on his immediate team is doing and how that fits into the "BIG" picture.

6. Ownership/Accountability of issues

Steve fails to take ownership of identified performance issues by stating that management is trying to separate him from his technology and that he is not being provided the opportunities to perform because he is one of the first to be removed from programs. A number of Steve's leads and managers have attempted to identify specifically the areas that are not meeting expectations in an effort to resolve this issue; however, each time Steve states it is not his fault. Examples: Performance Rater A inputs : "Steve seems to think that management is not always on his side." Steve's 2005 Self Assessment indicates that Raytheon is responsible for Steve's performance.

The concerns mentioned in this PIP were addressed with Steve at his mid year review and on 11/8 with Human Resources and the Department Manager.

**Expectations of Standards To Be Met:**

The expectation of this Performance Improvement Plan is that Steve makes a serious dedicated effort to improve and sustain the improved level of performance in the following areas.

1 Ability to Prioritize Tasks & Complete Tasks

Steve will be given multiple tasks, supporting 2 different functional threads that are due on the same date and he will need to prioritize his time and figure out how he can get them both accomplished to meet the deadline. He should ask questions of team leads and team members to ensure that he is aware of priorities and due dates. Once he has received this relevant knowledge, Steve should independently decide the best way to accomplish the tasks. Expectation is that all assigned tasks will be completed in a timely manner and be of acceptable quality.

2. Communication/Knowledge of bigger Raytheon picture

Steve should show improved communication skills. It is strongly recommended that Steve join Toastmasters in an effort to improve communication skills. His voice mails and e-mails should be clear and concise. Steve should ask questions to ensure understanding of assigned tasks and team goals and should communicate clearly and in a timely manner with team leads, managers and team members. Steve should be able to explain the functional threads that he works on to his group lead and section manager, as well as how the thread plays a part of the BYG-1 program.

3. Ability to follow Raytheon Common Processes

This will be measured by Steve's ability to write and conduct unit test cases for the Periscope thread (item 6) as well as his performance on other assigned tasks. If it is necessary to perform tasks outside of common Raytheon processes, he must discuss this with his leads and managers prior to taking such action.

4. Teamwork

Steve will be expected to attend and actively participate in all team meetings/activities. As an E04, he will be expected to exhibit solid team behavior such as good communication, active listening, offering different viewpoints, and offering to assist/mentor other team members. It is expected that positive feedback will be received from team members and leads regarding Steve's team interactions.

5. Ownership/Accountability of issues

Steve will accept constructive criticism, developmental feedback, and discuss appropriate moving forward steps for him and the team. He will understand that he is a member of the larger team and that his actions and accountability impacts the team's success.

**Corrective Action Plan and Time Frame*:**

The following tasks and times have been agreed upon by section manager, group lead and the employee:

1) Get acclimated to new environment, obtain new user account, learn new Development environment (Rational APEX, compiling, linking), come up to speed in NSSN lab environment (1/23/06)

2) Work with Team Members to learn entire BYG-1 Periscope Thread and Integrate Periscope Client into Ship Set 3(2/06/06)

3) Support additional Stadimeter/Periscope implementation for VA Ship Set 5 (2/13/06)

4) Assign Steve STR on or before Feb 10th in a different functional thread to work on during the same time he is working the Periscope Interface (due 3/13/06)

5) Complete regression test of Periscope thread (due 2/27/06)

6) Write and conduct unit test cases for Periscope Thread (due 3/13/06)

Weekly status reports will be submitted to section manager and group lead. Weekly meetings will be held with section manager to discuss reports and progress to date on the PIP.

**Consequences if Level of Improvement Does Not Meet Expected Standards Within Time Frame*:**

It is critical that Steve makes significant improvements in the areas listed above. Failure to so will result in further action up to and including termination.

Revised 7-03-03

Original - Personnel File, Copy - Leader, Copy - Employee
When Completed Company Most Private

Exhibit 4.1-28

Exhibit 4.12 - 22

Exhibit 4.18-22

## ANALYSIS

I will now make the following observations regarding each section of the performance improvement plan.

### Ability To Prioritize Tasks & Complete Tasks

- I had many tasks to prioritize during 2005, and I completed many tasks during 2005. I see no mention of them. The plan fails to explain why they are omitted. Furthermore, it made no mention of why my peers were not subject to the same standard of performance discrimination which it applies to me. In fact, by 2005 I had a history of prioritizing and completing tasks. As an incomplete list from which which I may have unintentionally omitted (an) item(s) of interest, I present the following accomplishments which in general encapsulate an array of prioritized tasks and completed tasks to realize each accomplishment.

2004 Accomplishements

1. I ported tscei pubsub from java to c++

2. I produced a deliverable and a program to test it the day after I was assigned code to work with at the company as part of my execution of item 1.

I was not provided a spec for this test fixture nor a request for it, I did it in passing for the purpose of producing a quality product.

3. I created stubs of components which were not available so that I could continue working. I was not told to create stubs, I realized that doing so would be useful to achieve the desired end stated by the employer

4. In the process of porting pubsub from java to c++, I wrote a working prototype for multi-class hashtable in twenty-four hours in the process of executing item 1.

5. I created a working prototype for a multi-class multi-threaded stress test using posix threads in twenty-four hours. It required a full page just to illustrate all of its options. This was not an assignemt. It was a requirement of the project which someone had to do and I did it.

MCDP 6. After being assigned checksum code at a Thursday meeting and hearing the assignment of serialization code given to other two men with the directive that they were to return when they were finished and help me complete the checksum code, I delivered the tested ( comparatively tested to winzip and java ) checksum code and a program to test it the following Monday. The other two gentlemen had not even started the serialization code. The lead specified modifications which I executed to the end of producing a checksum façade.

MCDP 7. Attended the serialization meeting and delivered serialization code when the lead serialization guy went on jury duty. I was originally not supposed to be in this meeting, however I expressed interest and at the end of the meeting the meeting facilitator explained that he would be out on jury duty indefinitely.

MCDP 8. I corrected a prototype developed by Fort Wayne which was written in java and c++ and demonstrated inter/orb interlanguage compatibility using my checksum code.

9. I worked on a generic services database app

MCDP 10. I began a templatized C++ multi-threaded scenario simulation toolkit

11. obtained six sigma credit

12. worked on a deliverable for a database app



Exhibit 4.14 – 22

13. made a contribution to navdata, a portion of generic services

2005 Accomplishments

MCDP 1. I completed the templatized C++ multi-threaded scenario simulation toolkit comprised of nine components ( each component had at least one class, ~ twenty classes total or about six times bigger than items 2,3, or 4 of 2004 ) by January 14, 2005

MCDP 2. used the simulation toolkit to create a simulator to verify the viability of the spec, I went through over 52 versions of the simulator

MCDP 3. created a unit test driver in a few hours as opposed to the week which I had been provided

MCDP 4. reduced a 28k memory loss to a max 2.1k memory loss as verified with Rational Purify. Note that this was achieveable as a result of a feature carried forward from the pre-spec deliverable which allowed the use of standard trouble shooting techniques to study the problem ( specifically the ability to change the type of thread).

MCDP 5. simulated lab environment in preparation for sell off

MCDP 6. successfully completed sell off drivers on schedule

7. upgraded my hashtable prototype of 2004 to be templatized ( after October 15th of 2005 )

8. ported the event dispatcher to visual c++ in one week ( after October 15th of 2005 )

MCDP 9. I created corba exercises of my own using idl and c++ with the tao orb and idl and java with the jacorb (after October 15th of 2005 )

MCDP 10. I created an all purpose makefile

MCDP 11. I integrated the use of CxxTest with the use of the all purpose makefile

MCDP 12. obtained six sigma credit

MCDP 13. wrote an interface services assembly

MCDP 14. wrote an event dispatching assembly

MCDP 15. I introduced rational purify

I will admit that while I created applications which were more complex than not only my own work, but everyone else's work which I was aware of during 2005 than during 2004, that the magnitude of my efforts is concealed by the fact that much of my work fell under the phrase/umbrella – event dispatcher. I certainly used more facets of C++ than my peers - threads, copy constructors, assignment operators, and unix signals. From my point of view, I prioritized tasks and completed tasks so well, that I produced code so in keeping with the big picture that my code was used with relatively slight modification by myself, the acting lead, and the team from January 14 th of 2006 to October of 2006 when I was removed from the project. My code is still being used today. While I was getting a 2.1k memory loss regardless of the number of events randomly generated ( repeatedly tested with 10,000 events ), my lead was realizing a loss over a million bytes with a simple driver. Even after this incident,the lead was still attempting to draw attention to me by assigning my work to someone else claiming that he did not think I could do the work. He assigned my work to someone else and the person told me. When I called the lead he denied it, and as soon as he got off the phone he called the other person back to reiterate his request. The other software engineer again informed me. Finally, the acting lead admitted that he did not believe that I could do the work. In the end, I wound up doing the work. The work was very easy to me and I did the work on time and on schedule two days ahead of schedule. I had a long track record of successes on this project as evidenced by each accomplishment with the label MCDP.

I performed all the MCDP tasks while working for the same acting lead. I was primarily working with just that person. Even the casual reader should wonder why this lead was attempting to draw so much attention to me. Note that the task associated with the performance improvement plan as stated doesn't make sense in light of the above complete tasks which necessarily involved prioritization. Nor does it make sense in light of my accomplishments after my removal from MCDP. The task was to remove code which was never there. I implore the reader to ask why a company would do such a thing as to create a performance improvement plan with such a task while verbally saying that my technical abilities are not being challenged, not an issue. I propose to create a pretext. After so many successful contributions from me, note that I was on the project before the lead was, why would a long standing contributor be removed?

The company was unwilling to spend the time with me which it spent for others in developing their weaknesses in light of their strengths, abilities, and accomplishments.

- I did ask questions. When I did ask questions doing so was characterized as "not letting things go after a decision had been made", "dwelling on issues too long, not being relaxed or overanalyzing the situation", "having problems conforming to the project/team processes & procedures", and "often arguing the value of process activities". The only part of the quotes which I agree with is that I did so "often" and what I did was ask questions as needed especially to prevent being called negligent
- I do tend to take a task and run per Bill Swanson's Unwritten Rule #10. Bill Swanson is the CEO. He has published what used to be his Unwritten Rules Of Management. The employer's concern here as stated is contrary to the CEO's directives and on that basis is not uniformly applied. I am being held responsible for following the CEO's directives.
- In general, people who can take a task and run with it are preferred because people, especially the task provider, have jobs of their own to do. The task provider is often delegating to more than one person.
- The statement made about me that, "Once more than one task is on his radar, he seems to have difficulty figuring out what to do next." is made without support and contrary to historical fact and historical support.



Exhibit 4.16-23

- I prioritized tasks and completed tasks so well that I was attempting to loan myself to other groups when overtime was said to be available. 2005 was an easy year for me.
- Might I add that among my last documented accomplishments completed at Raytheon were templatizing my hash table and porting my event dispatcher to windows. The port took a week. These two events were completed after October 15th of 2005.
- The performance improvement plan evolved into nothing more than weekly meetings which served as a podium from which my new section manager would make allegations which he failed to support. They had a recurring theme which amounted to him raising issues which described allegations which he failed to support, I would focus on and address the issue and explain how the issue as presented was one-sided and required further support and the manager would refuse to offer support but change the subject. There was no opportunity to ask the employer to clarify obscurities which I have outlined here in reference to the section titled Ability To Prioritize Tasks & Complete Tasks of the performance improvement plan. The employer failed to provide this information on it's own. I propose that the lack of support and the behavior described of making allegations without support, in light of my attempts to focus on and address the issue and explain how the issue as presented was one-sided and required further support, and having the manager refuse to offer support but change the subject illustrates that the employer's concerns as referenced as Ability To Prioritize Task & Complete Tasks of the performance improvement were a pretext. The company intentionally avoided providing details in regards to this section because there weren't any. What I am saying is the details of the performance improvement plan under the heading ability to prioritize tasks and complete tasks were of no interest to the employer to the extent that the employer neither listed them or elaborated upon what they might be. The employer was not interested in improving my performance in regards to this issue of the plan as the employer spent zero time on the issue while I was very eager to comply. In fact, The employer did say that my technical ability was not being challenged at all. I asked why a technical problem was included as part of the performance improvement plan? I was not given an answer. I believe the technical problem was a pretext and to support this statement I will note that I discovered that it was to remove code which was never there. On the basis that I was on the project from the start and a consistent performer from the start, I propose that any identified issues are the result of discrimination. I did have the feeling that after the end of the first year when the company claimed that I was an E4, that management would go off and make plans that didn't include me and then blame me for the discrimination of exclusion.

**Communications**

- Regarding voice mail, I informed the company that I used to stutter and preferred email.
- I used voice mail when directed not to use email
- In light of the company's statements in regards to my email, on numerous occasions, I requested that we sit down and study the emails I had issued and that they explain what was wrong with them. They failed to do so. I requested that an analysis be presented which showed a percentage of rambling of my emails and a difference of the percentage of rambling from the norm. They failed to provide any such feedback.
- The fact that my section manager has hundreds of emails from me is not surprising. I worked over two years – over 730 days. Considering one email issued every five days would be 146 emails, I can easily understand how she has so many of my emails
- I requested that we sit down and compare the emails from me which were being saved to those of others under the presumption that since she was not just out to get me that she was saving oher people's emails as well. She refused.
- I don't have any emails of the tone that this is the nth time that I have been notified that there is no way that I can continue sending this volume of emails. Maybe they were sent and I did not receive them. I raised this observation with the employer. The employer provided no explanation. I will say that I operate on a per individual request basis. If one person complains,

I change my behavior for that person alone, not for all. I am not a tv which makes less noise when my volume knob is adjusted.

- I was never shown an example of an unnecessary email which I sent to my section manager by my section manager. In general, whenever anyone issued a complaint about me, I changed my ways. I must point out, that even if I had been shown one unnecessary email, I am not sure that one unnecessary email constitutes grounds for the discrimination described herein.
- While the employer did make numerous issues of my emails during the performance improvement plan meetings, my suggestion that we print them out and go over them to see how they were flawed was not entertained, but the issue would keep arising. It seemed like there was a real interest in raising the issue on the part of the employer, but very little interest on correcting or addressing the problem in spite of my eagerness to comply.

## Ability To Follow Raytheon Common Processes

- I was not taught them. I had complained about this
- Unit test is mentioned in the performance improvement plan in this area. It became obvious that unit test was only applied systemically to people which the company disfavored. Favored developers got away without doing any form of testing, and at various times it became obvious that code had not been tested. I test everything I produce. I always have. The company repeatedly found time consuming test tools or at best test tools which did nothing to use to waste the time of disfavored developers to dumb them down and make them subordinate. In fact, I test to the point that on the event dispatcher which I produced I was losing no more than 2.1k bytes max while my boss was losing over a million bytes. I don't think anyone else on my * **team** * used a memory profiler. Word was that my boss did not test his code and he had someone else working to correct it. Even after this event he was still attempting to draw attention to me during the creation of sell off drivers unit test by claiming that he did not think that I could do the work and on that basis assigning my work to someone else. The other software engineer who was assigned my work informed me and I wound up doing work and finishing ahead of schedule. As written here this detail also applies to ability to prioritize tasks and complete tasks.
- This issue was not amongst the issues brought up by the employer during the performance improvement plan meetings.
- The company was unwilling to spend the time with me which it spent for others in developing their weaknesses in light of their strengths, abilities, and accomplishments.

## Teamwork

- The lack of teamwork issue was one of my complaints. I included it as a complaint as feedback to my midyear review.
- We did discuss teamwork during the performance improvement plan meetings. No progress was made. I was left with the feeling that the employer had brought this up only because I had issued lack of teamwork as a complaint in response to my midyear review.
- I am not sure that I can accurately explain why the employer put the statement that, "Steve needs to understand that he is part of a Software Team – not isolated Peformance - does not "own" anything" in the performance improvement plan. If anything, I was doing a lot of work, and at times I felt like I was typing for everybody. They had a way of calling his work, that is mine, as the team's work. I didn't feel like I was on a team and since they make reference to his work, apparently they didn't either.



Exhibit 4,18-23

- Raytheon has neglected to recognize that I am part of a team. During the pre-spec version of the event dispatcher there was no we and there was no team. I wrote the code. We did not write the code. Acting lead, Dan Courville kept the details of the spec close and since I was busy writing code he used the time to do whatever ever he did and to analyze my code and I wrote for him implementations of his ideas and my ideas. He did not write code, there was no we. I wish there had been. In the same way at the start of MCDP there was a conspicuous looking time during which I accumulated deliverables produced solely and exclusively by myself on the M-drive for the review of who ever had access. There was no we who produced these deliverables – no team. I did. In a convenient sort of way, the design effort began where I stopped – I was informed so little that I didn't even know what questions to ask to be further involved and it was a period characterized by Dan Courville being abusive. It didn't make sense to me to be requesting more of him. He would request more of me so that I would have no time to share in the team effort. If there was a team, I was not part of it. In support of this point, Mr McCann was somewhat at a loss when I chose him as a rater, and I held him responsible to that position of the real team lead ( as opposed to the acting team lead). I understand he has left the company. I mentioned these issues to Sandra Vanier,my first section manager, in various ways during the year. It appears that the company tortures me and in hindsight attempts to justify it as some probationary period. In a previous email to Sandra Vanier I did report that company officials with any influence over me have held both the company's products and other people's work very close, while insisting that my work be placed for the review of others in the vobs or on the M drive at times during periods noted by the absence of contribution from other members. I propose that during these times when I was working alone that others had ample opportunity to improve their understanding of * the big picture *.
- Even Sandra Vanier herself has admitted that Dennis Sagamang instructs his people to hold their work close.
- What I own is a legal issue – not an issue which has anything to do with me, Raytheon, or our beliefs. Legal issues don't belong in performance reports about me.
- If there was a team perhaps one can show me the contributions of the other members and illustrate how my work was inferior.
- The performance improvement plan quotes a rater as saying that, "Steve seems to have problems working in a team atmosphere, preferring to do his work hidden in his own area until it was complete or until he was directed to put it in the CDP area".

  I have no problem working in a team atmosphere.

  If I accept what is being implied, why does the Rater refer to the work as "his work"? I thought the point was that there was a team somewhere.

  Note that I know what this is referring to and at the time there had already been multiple deliverables on the M-drive from me in absence of others for months. I was one of the few who had submissions in the vobs. Taken out of context this can be read as if everyone else's code was public and mine was not. Fact is I had stuff everywhere – the M-drive, public, and private. Some " team members " had code no where. From my point of view I had to put code somewhere and that's how I placed code – somewhere.

  The statement is untrue and the untruth is demonstrable based upon historical fact. The untruth is not an issue of discussion but is an item which can be demonstrated as historical fact and current fact.



Exhibit H 18 – 22

The issue of hidden or not is a circumstance. DDX has available scripts which are distributed by John Black which explicitly remove one's history on a per window basis. I could say that the reason is so that people like Dan Courville cannot snoop through one's history files, but that would be a presumption. Everyone on DDX knows about these scripts. I believe I recall seeing the same script in BYG, so really even Sandra Vanier should know about this script. The view of the rater is a presumption. My acts do not differ from those of others. I have a presumption that Sandra Vanier's position is just an act to make a scene. I am at a loss to understood what force is motivating this action of Sandra Vanier.

I had to put the code somewhere. I followed that principle consistently that code had to be placed somewhere. In no time, I had code everywhere, public, private, in the vobs, some viewable by members of various Raytheon locations.

- I think the only reason the employer brought up this issue is because I had mentioned it as a complaint in my feedback from my midyer review.

### Knowledge Of The Bigger Raytheon Picture

- I knew enough of the big picture to produce a deliverable pre-spec which found itself to be useful for about a year. I don't see that there is any support for this statement.
- The employer failed to bring it up during the performance improvement plan meetings presumeably due to lack of interest. There was something better to be doing.

### Ownership/Accountability Of Issues

- I don't feel that there is a problem with my performance. I have attempted to understand those who do to the extent of repeatedly focusing on the issue of the moment, as it changes constantly, explaining how it is one-sided and requires further support as stated. At such times the employer has consistently refused to offer support. Rather the employer has consistently changed the subject. The one subject which continues to arise is communications.
- Incidentally, in regards to me being one of the first to be removed from the project. I was provided a different reason. The project being low on funding.
- I think it's interesting that after the employer makes a point of saying that I don't own anything, that they now come full circle and attempt to make me take ownership of something, I am not sure what. The code I write is the teams, but the document presented to me as a performance improvement plan is mine – well if I own it then I should be able to throw it away.

## CONCLUSIONS

Having analyzed each area of the performance improvement plan above, the reader will understand why I am claiming that the only issue here which is of interest to the employer is my communication skills. The performance improvement plan was a pretext to cover discriminatin based upon my perceived speech disability.



Exhibit 4.20-23

I had two years of successes including two six sigma projects, awards from security, and yet I was surrounded by officials attempting to show me in a bad light. I was doing everything I could do to keep my job. They were never satisfied. They would change from subject to subject looking for something that would stick – anything or something that was not there. They would nitpick, make mountains out of molehills, take things I said out of context, pull things out of a hat and as an example of pulling things out of hat – on January 13th of 2006 after no prior stated problems they put me on a performance improvement plan for no reason.

The performance improvement plan presented demands for improvement of skills for which there is no lack of in myself which is not also exhibited to an equal or greater extent in those making the demands or in my peers in addition to redirecting issues which I sought to have corrected as part of my feedback to my midyear review ( which I have a record of ) such as lack of teamwork, as flaws of myself as opposed to situations intentionally created by Raytheon. The only issue of the performance improvement plan which the employer showed any real interest in was the section on communication skills and I had informed the employer that I preferred email because I used to stutter and still exhibit a vestige of the problem.

In addition to what I have already said in regards to the employment improvement plan meetings, I recall explicitly asking to see perhaps the result of an analysis which showed a percentage difference of rambling of my emails in comparison to the norm which would show how my emails rambled on more than the norm for these emails and for emails I had issued while under the direction of my previous section manager. I received no response. After the employment agreement was severed by me being placed upon leave, after all software engineers are not paid to sit home on leave, they wanted me to see a psychiatrist to ***maybe*** return to work. For having a speech problem ? ? Nobody else had to see a psychiatrist, why should I have to. I was terminated. There was no misconduct.

I believe my termination was the result of discrimination based upon a perceived speech disability. I believe being removed from DDX and from MCDP on DDX was the also the result of situations created based upon this perceived speech disability.



Exhibit 6.21-23

In hindsight the company seemed to have issue with me even from the interview. After applying for a position advertised as using VXWorks, I was interviewed by a human resources rep, a mechanical engineer, and a software engineer. I noticed the fact that I as an experienced software engineer was interviewing with a mechanical engineer, however, I dismissed the oddity. I interviewed with the software engineer for a java r&d position, not the position advertised. Upon starting, I can't tell you how shocked I was as the days passed to be doing strictly uml ( advanced flowcharting ). As a software developer with strong implementation skills, I couldn't resist the urge to install a visual C++ compiler of my own on my system and begin writing code to experiment with the algorithms I was working with in UML. Upon learning of my experimentation I was informed that Raytheon is a java house. I informed management that that would not be a problem and I installed a java compiler and resumed doing what I was doing in java. At that time management informed me that the job would be strictly uml, no programming. I complained and was placed into a position porting Java to C++, mind you in a company which earlier had stated that they were a java house. I did not make any further issue because it was obvious that the company had some reservations. I knew I could do the assignment ahead of me and I felt that my success would pacify them and help build their confidence. While I did have success as explained ( see experiences of employment ), there were people who were being difficult to get along with and I eventually felt that I should move into a group whose members were doing similar work with the same technologies and who were easy to get along with. What I didn't mention in my experiences of employment is that even after long track records of success while working for the lead of my last project, he was still attempting to focus attention on me. After I had completed work on my event dispatcher on time with a max memory loss of only 2.1k while the lead had a loss of over a million bytes, he was still drawing attention to me during creation of sell off drivers by claiming that he did not think that I could do the work and on that basis assigning my work to someone else. The other software engineer who was assigned my work informed me and I wound up doing work and finishing ahead of schedule. This company has consistently attempted to draw attention to me and attempted to make it appear that my speech problem represents only the surface of some greater impairment in spite of me delivering robust, maintainable code far ahead of schedule and to date the only reason which has been supplied which has any merit is communications which relates to my speech problem and is also not true. There is no communications problem. The problem is perceived.



Exhibit 4.22-23

# Supporting Documents

I have numerous emails regarding issues described above. If the investigator has an issue for which further proof would be helpful, please contact me.



Exhibit 4.28 – 22