Exhibit 5 p1-1



**Stephen T Sammartano/US/Raytheon**
10/13/2005 09:32 PM

To Heather Lemmon/US/Raytheon@MAIL
cc
bcc
Subject Re: Fw: Hello Maria

Poor communication skills - another phrase applied to me. Clearly a carry over from the days I used to stutter. Meanwhile, anyone with an accent no matter how thick can do any job - I've lived, heard it, know it. John wants to explain to me that I shouldn't be here and that I am one of 250 in the department and that maybe I should find another place. I was born in this country, my father was born in this country. My father built the ships for the Navy and then joined the Navy ( First he had to build what he was going to sail - things were different back then.). I have two degrees. I've created multiple software companies in my apartment. I think this is fine place for me to be. I don't think I am out of place at all. Maybe John is.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765