Exhibit 6 P 1-2

Under item 2.

The garbled sentence should read.

The company plans a course of action which does not include me in the capacity of an E4 and then afterwards gives me a bad review.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 08/29/2005 07:36 AM -----

Stephen T Sammartano/US/Raytheon
08/29/2005 07:35 AM

To
Sandra W Vanier/RES/Raytheon/US
cc

Subject
Re: Fw: Re: Fw: thank you Re: Mid Year Performance 2005(Document link: S. T. Sammartano)

Well my side would consist of the following ideas

1.) In regards to any and all negative issues, do you have any documentation to support these allegations or are they just hearsay, by what mechanism is my guilt proven?

2.) What I don't understand, is that based upon historical fact, I don't

Exhibit 6 p 1-2

see any evidence that if I had just done nothing and followed along that I would have been in a position to fulfill the status of an E4. The planned a course of actiion which does not include me in the capacity of an E4 and then afterwards give me a bac review. Again I am being held responsible due to the inaction of some party. The first time that I was ever told that I was an E4 and informed of the associated responsibilities was at my first year end review.

3.) On the basis of historical fact, it does seem like I have performed in the capacity of an E4 by rolling myself off of EVS into Bob Pulley's group after I had been sitting and essentially just compiling idl from about April 15th-August 25th. For the following seven months - August 25 - April of this year I was producing out of my own background checksum code which was done way ahead of schedule, serialization code ahead of schedule, event distribution with a contribution from me pre-spec. After that we went into testing I have not been provided with the overview of testing at the level of an E4 which I would be required to have to conduct testing at the level of an E4 so since I know things can't always be perfect, I followed Dan's advice and I have been testing from April until now. None of what has transpired through my efforts as explained above falls into the characterization of someone who lacks an understanding of * the big picture *.

4.) With respect to teamwork and strengths, my strengths have always been beyond C++. The company has expected me to produce with incomplete information. Company officials with any influence over me have held both the company's products and other people's work very close, while insisting that my work be placed for the review of others either in the vobs or on the M drive for periods of time in the absence of contribution from other team members. I propose that during these times when I was working alone that others had ample opportunity to improve the understanding of * the big picture *. I have noted these claims to the company on various occasions in various ways. Note that company officials not only hold their own and other people's work close, but also the deliverables of Raytheon from the point of view of allowing the opportunity for one to be a contributor. These are not even things owned by other employees, yet they have sought to make things which I own public property.

| Whether the item in question is a technology | Whether the item in question is a course |
|---|---|
| NDDI | Corba |
| Six Sigma | Java |
| Corba | UML |

None for me.
Sandra, you have mentioned this yourself - that is that Dennis Sagamang encourages his people to hold their work close.

5.) In regards having to be told exactly what to do. Everyone requires