Exhibit 7p1-1

Hello John,

I still haven't had time to assemble my thoughts, but on a different note word is that there is no over time on the project which I am on.

I asked my section manager, Sandra Vanier, the question below. She has still not found time to answer yet, she always does though. However in the meantime I can pass the same question on to you.

Do you think there are any projects which pay overtime [illegible] it would be mutually beneficial for all concerned ( that is work which I would like to do and for p[illegible] like to have help and wouldn't mind if the help came from me ) that I could help on ?

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Well, that gets into other issues which I am attempting to refine my thoughts upon. I can elaborate a bit, however, I may rephrase it later. At the last section meeting you m[illegible]ed things like

1.) It can be better than to work with more than just one person for ratings.
I mentioned this to Sandra Vanier and have been unable to improve the situation. The project I am working on has been founded in such a way that it is difficult for a person to expand upon one's contributions. Fort Wayne does java, we do C++. Accurately, my technical manager is out in Tewksbury - I have never met him and am willing to bet he would be amazed if I were to call him upon a certain issue. Basically, what I am saying is beyond me not being able to situate things according to your suggestions of the last skip level meeting - things are situated in a shady sort of way. For me it amounts to weak representation.
2.) When raises are handed out, people not making so much stand a chance of getting a higher raise.
I have been led to believe that first year'ers generally don't get much of a raise. However, I sincerely wonder about second year'ers. Will there be any difference? I received a 2% last year. At the same time I was told I was at the bottom of the E4's. So, this second year around, based upon what you said as I am noting as 2.) above, do I stand a better chance of getting a better raise or does your statement not apply on a group basis that is ultimately to say E4's, but primarily on a lower level. Year one I had a six sigma project, I had more accomplishments than I could use - seemed like a good year, but then I was a first year'er.

These are not all of my thoughts, however, I may choose to just drop further pursuit. I will let you know.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA