Exibit 8 p1-1

Well, I am one person. I am saying all these things. So don't believe for one minute that this is anything to do with me - it's about what those
other ten people are thinking and out of the goodness of my heart, I am taking the time and effort to help out. I am wonderful.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 08/24/2005 03:04 PM -----

**Stephen T Sammartano/US/Raytheon**
08/24/2005 03:01 PM

To John F Kelly/RES/Raytheon/US
cc
Subject Re: Have To Postpone Tomorrow's Meeting

Ok, thank you. Yes, I know you want to talk with me. My phone messages were an attempt to address a number of issues - everything from how to
improve my representation here when I really work just with Dan, to the idea that you can't expect me to explain the reasons why other people discriminate
against other people. While you have your own beliefs on what is normal, I have my own experiences which suggest that people don't act according to the
statistical measures which you hold to be true and proven. In my experience, it was always common for discriminating people to conceal their activities by
accusing the other person of doing what they were doing - for example not being able to work with other people. These are just two topics. I will have to find
time to work through the list again and write down the issues and then we can go through them one by one.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

John F [illegible]/RES/Raytheon/US

**John F Kelly/RES/Raytheon/US**
08/24/2005 02:36 PM

To Stephen T Sammartano/US/Raytheon@MAIL
cc
Subject Re: Have To Postpone Tomorrow's Meeting