Exhibit 9 p1-1

Stephen T Sammartano/US/Raytheon
10/13/2005 08:23 PM

To Heather Lemmon/US/Raytheon@MAIL
cc
bcc
Subject Re: Fw: Hello Maria

I do not see the benefit in this meeting. I never asked for this meeting. I spoke to John in the past about some things which failed to be happening during my employment at Raytheon which he was advocating as desirable, expected, and normal for all. A number of issues came up. It seemed like the discussion always wandered to available conceivable ways which he could think of which he could apply against me. Now among the issues which came up in the skip level meetings which I attended were for instance concerned what one could do for a better chance of a raise. I seemed to have good accomplishments for the year and yet I was in the lowest raise group. I had a six sigma project. The answer I was provided at the time by my section manager for not receiving much of a raise changed a few times from only being at Raytheon for a year to other people having better accomplishments. I wanted to prevent the same thing from happening this year. So I mentioned to him that maybe I should try a different section manager. He wanted to know why I was having a problem with so many bosses as I had left another group during my first year. However, I had been doing nothing but compiling idl from approximately April 15 to Aug25 in that group which I left. I am in the same position this year in the sense of accomplishments and six sigma project though maybe not as good - but I get the HR invitation. It's a bit much. They do things to me and then make it seem like I am a trouble maker when I expect to be treated like others. I can keep going. For example, another issue which came up during the skip level meetings was the idea that one should work with more than one person. Since last August, I've been in a position where I was primarily working with one person who was being abusive. The project was intentionally structured such that we did all the C++, Fort Wayne was doing all the Java. I wanted to use more of my skills. Yet, my section manager says I will be on overhead for no more than a week because under John Kelly these issues get solved - then why was I made to endure the abuse - it was obvious that the whole effort since last August was to separate my technology from I. Tomorrow I get bounced off the project. I only live once. I need to get credit for and paid for what I can do today not twenty years from now. In addition, a gentleman I work with says he was on overhead for two years. So I am concerned at what is going to be thrown at me. Meanwhile the IPT lead with the PHD in charge of the project I was on has to learn the math ( probability and statistics ) by his own admission so that he can tell his people what they have to do. I don't need a PHD to do that. I have the courses. I have the degrees. Of course, we all have to learn something at one time or another. So I hope you are not going to waste my time. I am trying to work here.

By the way. I did community service this year. Do you have a record of it?

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

-----Heather Lemmon/US/Raytheon wrote: -----

To: Stephen T Sammartano/US/Raytheon@MAIL
From: Heather Lemmon/US/Raytheon
Date: 10/13/2005 05:00PM
Subject: Fw: Hello Maria