Exhibit 10 p1-1

Stephen T Sammartano/US/Raytheon
01/30/2006 06:06 PM

To Louis_P_DiPalma@raytheon.com
cc
bcc
Subject Fw: Hello Lou

I admit the email below is not so easy to understand. I do not claim to always be perfect. The second sentence can be changed to

Indeed, *my observation of* the incompleteness on which the allegations described in the performance improvement plan which I noted in the sixteen pages of responses was characterized as me not letting go of the past and refusing to move forward.

and further in the email it should say

Today Rob Froncillo with human resources rep, Heather Lemmon, brought *up*...

I think I ramble on as much as the next guy.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 06:01 PM -----

Stephen T Sammartano/US/Raytheon
01/30/2006 05:55 PM

To Louis_P_DiPalma@raytheon.com
cc
Subject Hello Lou

Hello Lou,

As an update on my performance improvement plan, my new section manager has expressed a recurring interest in letting go of the past and looking forward. Indeed, the incompleteness on which the allegations described in the performance improvment plan which I noted in the sixteen pages of responses was charactersized as me not letting go of the past and refusing to move forward. Today Rob Froncillo with human resources rep, Heather Lemmon, brought among other things how he continues to believe that my emails ramble on and that they are non-understandable and to substantiate his claim he is noting that he and I have only known each other for a short time. I noted to him that I've only sent him about five emails ( excluding the sixteen pages of responses ). In fact it was nine emails. He explained that he had seen other emails from my past - a subject area which he previously indicated that we should avoid in the interests of moving forward. I have asked Rob Froncillo to go through the emails ( only the nine ) and describe how they are rambling. In this way I could learn and improve. Perhaps we can arrive at a percentage of rambling that I have in these last nine emails and compare that with the norm. I have requested the same of human resources. It seems in similar ways particpant parties have time to make