Exhibit 11-1-9

**Stephen T Sammartano/US/Raytheon**
01/30/2006 05:56 PM

To Louis_P_DiPalma@raytheon.com
cc
bcc
Subject email 1 Fw: Hello Robert

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 05:55 PM -----

**Stephen T Sammartano/US/Raytheon**
01/19/2006 02:08 PM

To Robert_E_Froncillo@raytheon.com
cc
Subject Hello Robert

Hello Robert,

I would like to introduce myself. I understand you will be my new section manager. I am going to make an effort to put my best foot forward. I have been with Raytheon for about two years.
I personally like email correspondence, hopefully you do too.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Exhibit 11-2-9

**Stephen T Sammartano/US/Raytheon**
01/30/2006 05:56 PM

To Louis_P_DiPalma@raytheon.com
cc
bcc
Subject email 2 Fw: complete resume

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 05:56 PM -----

**Stephen T Sammartano/US/Raytheon**
01/20/2006 09:40 AM

To Robert_E_Froncillo@raytheon.com
cc
Subject complete resume

Attached is a resume inclusive of Raytheon experience. I know we agreed to forget the past and move forward, but you mentioned having a resume.
You also recommended that I check with Glenn ( my current lead ) on a daily basis or at least often. I had been checking with my previous section manager very often and actually requested that she not leave issues until the end of the year. She explained that she did not know that I would rate that low - my point being the frequent status enquiries have
not proved informative as the status comes from the lead and the ratings supposedly come from some other person. So I surmise in recognition that my previous lead
became all the raters what my section manager is saying is that my previous lead lied throughout the year and then all of a sudden came full circle as he knows that this is not a court. Regardless my point is I am attempting to understand how such frequent checking will serve as a real help.

Personal Informatio6.doc

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Exhibit 11-5-9

A

**Stephen T Sammartano/US/Raytheon**
01/30/2006 05:56 PM

To Louis_P_DiPalma@raytheon.com
cc
bcc
Subject email 3 Fw: Ok Re: This Week

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 05:56 PM -----

**Stephen T Sammartano/US/Raytheon**
01/23/2006 10:59 AM

To Robert E Froncillo/US/Raytheon
cc
Subject Ok Re: This Week

Ok. I am sorry that I do cannot remember details of all situations immediately off the top of my head which occurred over the past year. Nevertheless, many of these things are recorded in email. In the case of examples of abuse, I sent emails to Sandra Vanier at the time. At the time, she sent responses suggesting her agreement with my assessment. You have mentioned that at times you will be blunt. If I can take the liberty - and maybe I can't - however it does appear at times that you attempt to fault me for expressing details, for being on the defensive etc - basically the details which I have are unimportant to you. The details which I don't have are important. I don't know if you are taking such a position intentionally or unintentionally, however I can readily see how such a stance can make the subject of any improvement plan fail.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Robert E Froncillo/US/Raytheon



**Robert E Froncillo/US/Raytheon**
01/23/2006 10:38 AM

To stephen_t_sammartano@raytheon.com
cc
Subject This Week

Exhibit 11-3-9

B

Steve - as we discussed earlier, I will be on travel for the remainder of the week. I will have access to voicemail and email if you need to contact me. Continue on with your support of the BYG-1 program under Glenn Wojcik's direction as your PIP outlines. I'd like to meet with you again next Monday (1/30/2006) at 9:00 in my office to discuss you progress on the Corrective Action Plan in you PIP. Heather Lemmon may also join us. Please leave me a voicemail or email if you have any questions.

Thanks, Rob

Exhibit Ex 11-4-9 A

**Stephen T Sammartano/US/Raytheon**
01/30/2006 05:56 PM

To Louis_P_DiPalma@raytheon.com
cc
bcc
Subject email 4 Fw: another comment Fw: This Week

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 05:56 PM -----

**Stephen T Sammartano/US/Raytheon**
01/23/2006 11:03 AM

To Robert E Froncillo/US/Raytheon
cc
Subject another comment Fw: This Week

I can work on producing an itemized list of details supporting views which I have stated, however, I don't want to be producing and submitting such lists if you are no longer interested.
Express an interest or indicate a continued interest and I will oblige.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/23/2006 11:01 AM -----



**Robert E Froncillo/US/Raytheon**
01/23/2006 10:38 AM

To stephen_t_sammartano@raytheon.com
cc
Subject This Week

Steve - as we discussed earlier, I will be on travel for the remainder of the week. I will have access to voicemail and email if you need to contact me. Continue on with your support of the BYG-1 program under Glenn Wojcik's direction as your PIP outlines. I'd like to meet with you again next Monday (1/30/2006) at 9:00 in my office to discuss you progress on the Corrective Action Plan in you PIP. Heather Lemmon may

Exhibit F Ex 11-4-9 15

also join us. Please leave me a voicemail or email if you have any questions.

Thanks, Rob

Exhibit 11-5-9

**Stephen T Sammartano/US/Raytheon**
01/30/2006 05:57 PM

To Louis_P_DiPalma@raytheon.com
cc
bcc
Subject email 5 Fw: another comment Fw: This Week

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 05:56 PM -----

**Stephen T Sammartano/US/Raytheon**
01/24/2006 09:41 AM

To Robert E Froncillo/US/Raytheon
cc Heather Lemmon/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL
Subject Re: another comment Fw: This Week

I never stated that Teamwork was not part of the corrective action plan. I can see the word "Teamwork" in document. You referenced the paragraph in the document with the heading Teamwork and suggested implications. I disagreed with the implications which you stated. Rather than recall those stated implications incorrectly I will leave it at that. However, if you want me to attempt to recall the implications as I heard them I can do that too.

I am focusing on the PIP in very real ways. I had sixteen pages of input to it the Monday following it's deliverance to me the previous Friday. I was here this morning at 8:30am for the weekly meeting. Now it would be fitting for me to play your game and explain how I was there and no one else was - completely ingoring the fact that Glenn is absent this week and the meeting was cancelled without notice. I could have went into great detail elaborating on how all Glenn has to do is turn his back and the entire team falls astray.

These are children's games. I am an adult attempting to make a living. Such leadership is abuse - as in torment and mental anguish. I have responsibiities. I refuse to be bound to a document or restricted to a document which largely untrue and or incomplete. If participant parties do not have the time to construct an accurate document then I don't have time to restrict myself to such.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Exhibit 11-6-9

**Stephen T Sammartano/US/Raytheon**
01/30/2006 05:57 PM

To Louis_P_DiPalma@raytheon.com
cc
bcc
Subject email 6 Fw: Weekly Activity Reports - 060113, 060120

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 05:57 PM -----

**Stephen T Sammartano/US/Raytheon**
01/24/2006 04:26 PM

To Robert E Froncillo/US/Raytheon
cc Glenn J Wojcik/RES/Raytheon/US@RES
Subject Weekly Activity Reports - 060113, 060120

060113_sts_WAR.doc 060120_sts_WAR.doc

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Exhibit 11-7-9

A

**Stephen T Sammartano/US/Raytheon**

01/30/2006 05:57 PM

To Louis_P_DiPalma@raytheon.com

cc

bcc

Subject email 7 Fw: Hello

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 05:57 PM -----

**Stephen T Sammartano/US/Raytheon**

01/25/2006 05:02 PM

To Robert E Froncillo/US/Raytheon@MAIL

cc Heather Lemmon/US/Raytheon@MAIL, Mark_Damiani@raytheon.com

Subject Hello

Hello,

In keeping with my performance improvement plan, I have taken the time to list what were expressed as needs and to list what were expressed as shoulds in the
performance improvement plan. As I go along I am not so much attempting to get check marks or to just do things, but rather I am analyzing if and how what I do
fulfills needs or shoulds and how I can change my ways to fulfill needs and shoulds which are not fulfilled. I showed Mark Damiani the two lists today. Mark
Damiani is acting at least in part in place of Glenn Wojcik while Glenn is away this week.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Exhibit 11-7-9 B

Steve - please provide a brief status on the tasks in your weekly activity report. This should include accomplishments, technical issues that impact your completion of the task according to schedule, and expected completion dates.
thanks, Rob
Stephen T Sammartano/US/Raytheon

**Stephen T Sammartano/US/Raytheon**
01/24/2006 04:26 PM

To Robert E Froncillo/US/Raytheon@MAIL
cc Glenn J Wojcik/RES/Raytheon/US@RES
Subject Weekly Activity Reports - 060113, 060120

[attachment "060113_sts_WAR.doc" deleted by Robert E Froncillo/US/Raytheon] [attachment "060120_sts_WAR.doc" deleted by Robert E Froncillo/US/Raytheon]

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Exhibit 11-8-1

**Stephen T Sammartano/US/Raytheon**
01/30/2006 05:57 PM

To Louis_P_DiPalma@raytheon.com
cc
bcc
Subject email 8 Fw: Weekly Activity Reports - 060113, 060120

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 05:57 PM -----

**Stephen T Sammartano/US/Raytheon**
01/26/2006 11:03 AM

To Robert E Froncillo/US/Raytheon
cc Glenn J Wojcik/RES/Raytheon/US@RES, Heather Lemmon/US/Raytheon@MAIL, Mark_Damiani@raytheon.com
Subject Re: Weekly Activity Reports - 060113, 060120

Ok, I will be sure to include in the next one that dependencies arose as of Tuesday this week. They have persisted through to this morning. Along the way I have dealt with Glenn ( on the phone last Friday ), Tom Oliver, Klinker, Doug, Mark Damiani. Tom Oliver seems like the closest to the problem from where I stand. He arrived in this morning about 10:40am. I am willing to believe there is a good reason for his late arrival. I have to leave this afternoon by 5:45pm. I will have put in my time. I can see the January 30th deadline approaching. To date I know these dependencies exist. I don't feel I have been provided with the information to confront them and it's not really right to step on toes to do so where I think it rather obvious that I have not been provided with enough information. If people wanted me to be involved with these dependencies, I am sure I would be briefed and be involved. Currently these dependencies are out of my hands. Let me be shown the error of my ways.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Robert E Froncillo/US/Raytheon



**Robert E Froncillo/US/Raytheon**
01/25/2006 07:27 PM

To Stephen T Sammartano/US/Raytheon@MAIL
cc Glenn J Wojcik/RES/Raytheon/US@RES
Subject Re: Weekly Activity Reports - 060113, 060120

Exhibit 11-9-9

| | | |
|---|---|---|
| **Stephen T Sammartano/US/Raytheon** | To | Louis_P_DiPalma@raytheon.com |
| 01/30/2006 05:58 PM | cc | |
| | bcc | |
| | Subject | email 9 Fw: 060127 |

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/30/2006 05:57 PM -----

| | | |
|---|---|---|
| **Stephen T Sammartano/US/Raytheon** | To | Robert E Froncillo/US/Raytheon |
| 01/27/2006 11:48 AM | cc | Mark Damiani/RWS/Raytheon/US@MAIL, Heather Lemmon/US/Raytheon@MAIL |
| | Subject | 060127 |

060127_sts_WAR.doc

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765