Exhibit 13-1

# Six Sigma Process Control Improvement For Raytheon TSCEI.EVS-PubSub C++ Integration Testing

# STATEMENT OF WORK

RAYTHEON, INTEGRATED DEFENSE SYSTEMS (IDS)

By

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
PH 401-842-3765

RAYTHEON, TSCEI.EVS-PUBSUB C++ INTEGRATION TESTING

# 1. INTRODUCTION

## 1.1 Statement Of Work (SOW) Format

This SOW is organized, for ease of understanding, into this introduction and three subject area sections; The Way It Was, The New Way, The Results.

Attachments are provided as reference documents and contain details as follows:

1) **PubSub_MT Usage Directive.**
2) **Valid Integration Driver Parameters For The Orthogonal Set Of Drivers**

## 1.2 Background –The Way We Work

Having understood the Six Sigma initiative to produce gains, sustain gains, and expand the initiative to all parts of the Raytheon enterprise, a central theme is to integate Six Sigma activities with existing management processes and procedures. Ultimately, the desired end game is to so integrate Six Sigma into daily work that Six Sigma becomes such an integral part of the way the organization manages that there is no longer a need for a formal Six Sigma initiative. The recognition that Six Sigma has been institutionalized into one's culture is not based upon a Gantt chart or a predetermined deadline, but rather on the key elements of Six Sigma being used upon a daily basis.

- ► Continuously Working To Find Better Ways Of Doing Things.
- ► Recognizing The Importance Of The Bottom Line And Finding Ways To Improve It.
- ► Thinking Of Everything You Do As A Process.
- ► Recognizing The Ubiquitous Nature Of Variation And Its Effects On Your Work.
- ► Working To Reduce Variation.
- ► Using Data To Guide Your Decisions
- ► Using Six Sigma Tools To Make Your Processes More Effective And Productive.

To that end, this document describes a successful implementation of Six Sigma process control improvement.

# 2. RAYTHEON, TSCELEVS-PUBSUB C++ INTEGRATION TESTING – THE WAY IT WAS

The process of integration testing tscei.evs-pubsub C++ was originally undocumented and amounted to compiling, linking, building, and running some seventeen drivers each which tested various parts of tscei. There was no in process testing. There was no multi-threaded testing. There was a lack of testing with regard to use of automatic or dynamic memory.

As a major contractual specification, the lack of multi-threaded testing represented a notable lack in the testing battery. Such a requirement was clearly and explicitly specified and remained as an obstacle to be overcome.

# 3. RAYTHEON, TSCELEVS-PUBSUB C++ INTEGRATION TESTING – THE NEW WAY

An integration driver with multi-threaded capability was developed. Specifically, the driver allows the creation of an unlimited ( machine dependent ) number of posix threads each of which encapsulates at least one and exactly one publisher or subscriber. The driver allows for both in-process testing, out of process testing ( terminal to terminal ), and possesses the capability to be spawned from a process as a process. All modes allowed for specification of automatic or dynamic allocation. The in-process testing mode, referred to as the self-test, creates publisher and subscriber pairs which speak to each other The

driver has been run successfully with twenty-five pairs of threads ( fifty threads total ) on numerous occasions providing a feature which in and of itself, serves to stress test tscei in a way which was required by contract and previously unmatched. In normal operation, as opposed to self test, the user chooses whether the driver will represent a subscriber or a publisher and enters his choice on the command line with appropriate subscriber or publisher parameters as the case may be including the number of said entities to create and the driver seeks to connect with its analogous counterpart in a separate process. A small command set evolved to run the driver, and to support the user a one page usage directive is displayed if the user just types the driver name without arguments. As further user support, the driver contains significant error trapping code which prevents the driver from apparently running properly when supplied with invalid arguments. This new driver is called PubSub_MT.

Beyond, the creation of a this new multi-threaded driver, the original undocumented process was streamlined to a new undocumented process, undocumented until now, in which an orthogonal basis of only four drivers served to completely integration test tscei.evs pubsub on the C++ side. These drivers are pubsub_r1t1a ( basic test ), large_dto ( large dto test ), PubSub_ComplexType ( complex and nested ), and the new driver described herein, PubSub_MT. When used with gcov, PubSub_MT played an instrumental role based upon the fact that it allows for 60%-80% ( closer to 80% ) code coverage excluding exception code per run. The phenomenal code coverage per run and orthongaonl multi-thread testing ( orothogonal on the set of four drivers ) is then uniquely complimented by running the large_dto driver and PubSub_ComplexType with gcov. Any remaining details can be satisified through the modification of what ever driver is most applicable to the specification at hand.

## 4. RAYTHEON, TSCEI.EVS-PUBSUB C++ INTEGRATION TESTING – THE RESULTS

The new process of integration testing for tscei.evs-pubsub on the C++ side reduced the time to accomplish the original effort by one to two weeks ( a reduction from sixteen to four drivers ) and allowed for a new level of testing which was unpresent in the orginal process and mandated as testable per contract.

Case 1:06-cv-00535-S-DLM Document 9-2 Filed 05/02/2007 Page 4 of 4

Exhibit 13-4





```
PubSub_MT One Page Usage Directive
vobs/ray_pts_tscei-dcs_evs/src/test/Integration/build/cpp$ PubSub_MT
* Usage:
* Self-Test, Create Pairs:
*     "PubSub_MT heap",
*     "PubSub_MT stack",
*     "PubSub_MT heap n",
* or "PubSub_MT stack n".
* n > 0 - # pub,sub pairs.
*     "PubSub_MT heap n sleep t",
* or "PubSub_MT stack n sleep t".
* !(t<0) - Wait for startup, 5 second default.
* Spawn Test, For Spawning From Another Process:
*     "PubSub_MT spawn heappub n",
*     "PubSub_MT spawn stackpub n",
*     "PubSub_MT spawn heapsub n",
* or "PubSub_MT spawn stacksub n".
* n > 0 - # pubs or subs created by this spawned process.
*     "PubSub_MT spawn heappub n sleep t",
*     "PubSub_MT spawn stackpub n sleep t",
*     "PubSub_MT spawn heapsub n sleep t",
* or "PubSub_MT spawn stacksub n sleep t".
* !(t<0) - Spawn every t seconds, 5 second default.
* To Specify Publisher Arguments, Spawned Or Otherwise:
*     "PubSub_MT heappub  n Hz issues rel dur per str tim topic",
*     "PubSub_MT stackpub n Hz issues rel dur per str tim topic",
*     "PubSub_MT heappub  n Hz issues rel dur per str tim topic sleep t",
*     "PubSub_MT stackpub n Hz issues rel dur per str tim topic sleep t".
        heappub  - generate a publisher on the heap.
        stackpub - generate a publisher on the stack.
        Hz       - float, publisher rate in Hertz.
        issues   - int, number of issues to publish.
        n        - integer, number of publishers to create.
        rel      - integer, reliability.
        dur      - integer, durability.
        per      - integer, persistance.
        str      - integer, strength.
        tim      - integer, milli-second timeout.
        topic    - string, topic name
        t        - Wait for startup, 5 second default.
  To Specify Subscriber Arguments, Spawned Or Otherwise:
      "PubSub_MT heapsub  n rel ded sep topic",
      "PubSub_MT stacksub n rel ded sep topic",
      "PubSub_MT heapsub  n rel ded sep topic sleep t",
      "PubSub_MT stacksub n rel ded sep topic sleep t".
        heapsub  - generate a subscriber on the heap.
*       stacksub - generate a subscriber on the stack.
*       n        - integer, number of subscribers to create.
*       rel      - integer, reliability.
*       ded      - integer, deadline.
*       sep      - integer, minimum separation.
*       topic    - string, topic name
*       t        - Wait for startup, 5 second default.
* For all cases:
* - Every publisher has its own thread.
* - Every subscriber has its own thread.
* - A thread contains only one publisher or only one subscriber.
/vobs/ray_pts_tscei-dcs_evs/src/test/Integration/build/cpp$
```