Exhibit 14-1

# Raytheon Six Sigma C++ Multi-Threaded Scenario Simulation Toolkit.

# STATEMENT OF WORK

RAYTHEON, INTEGRATED DEFENSE SYSTEMS (IDS)

By

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
PH 401-842-3765

RAYTHEON SIX SIGMA C++ MULTI-THREADED SCENARIO SIMULATION TOOLKIT

## 1. INTRODUCTION

### 1.1 Statement Of Work (SOW) Format

This SOW is organized, for ease of understanding, into this introduction and three subject area sections; The Way It Was, The New Way, The Results.

Attachments are provided as reference documents and contain details as follows:

1) **Results On M-Drive – filelist ( ls –R ), main.log, output1, output2**
2) **Pre-Spec Timed Event Results Not On M-Drive – filelist, main.log, output1, output2, output3, output4**

### 1.2 Background –The Way We Work

Having understood the Six Sigma initiative to produce gains, sustain gains, and expand the initiative to all parts of the Raytheon enterprise, a central theme is to integrate Six Sigma activities with existing management processes and procedures. Ultimately, the desired end game is to so integrate Six Sigma into daily work that Six Sigma becomes such an integral part of the way the organization manages that there is no longer a need for a formal Six Sigma initiative. The recognition that Six Sigma has been institutionalized into one's culture is not based upon a Gantt chart or a predetermined deadline, but rather on the key elements of Six Sigma being used upon a daily basis.

- Continuously Working To Find Better Ways Of Doing Things.
- Recognizing The Importance Of The Bottom Line And Finding Ways To Improve It.
- Thinking Of Everything You Do As A Process.
- Recognizing The Ubiquitous Nature Of Variation And Its Effects On Your Work.
- Working To Reduce Variation.
- Using Data To Guide Your Decisions
- Using Six Sigma Tools To Make Your Processes More Effective And Productive.

To that end, this document describes a successful implementation of Six Sigma.

## 2. RAYTHEON, C++ MULTI-THREADED DEVELOPMENT – THE WAY IT WAS

The process of c++ multi-threaded development originally amounted to reviewing existing code if at all and then embarking on the standard process of producing a software deliverable which ultimately began with the production of a specification to be coded and then unit tested.

## 3. RAYTHEON, C++ MULTI-THREADED DEVELOPMENT – THE NEW WAY

A c++ simulation toolkit oriented toward multi-threaded scenarios was developed. Specifically, the toolkit contains generalized abstractions for threads, events, eventlisteners, queues, an eventhandler, and an eventmapper. The toolkit then defines more specific abstractions which make use of the general abstractions. These specific abstractions are the thread class eventthread, the listenertypes BlockingEventListener and Non_BlockingEventListener, and the events BlockingEvent and NonBlockingEvent. The eventthread class provides a way for queueing Non_BlockingEvents for later firing by loading them onto an abstraction for a queue. The toolkit includes a demonstration program which compiles, links, builds and runs which illustrates the proper declaration of events, declaration of eventlisteners and registration of eventlisteners to events, posting synchronously or asynchronously via eventthread and firing of events and listeners by eventmapper after being processed as synchronous

though eventmapper or asynchronously through eventhread queuing the event onto a queue for later separate thread dequeuing and then firing through evenmapper. A later pre-spec release though not on the M drive included a timed event thread which allowed a way to handle timed events. The toolkit allowed for easy component change including type of threads being used without redesign.

## 4. RAYTHEON, C++ MULTI-THREADED DEVELOPMENT – THE RESULTS

The toolkit was actually used during the specification analysis phase of MCDP to discover early on details of the spec which would not work. It further allowed a very accurate and precise spec to be generated. With the aid of simulation, the spec went through many revisions – while leaving listener declaration in main – eventgeneration and eventhandling were broken off into separate threads for more realistic multi-threaded simulation. Name changes were abundant and eventually the Event class became a template class which contained EventListener, EventFilter, and finally also EventExceptionHandler while Event inherited from a BaseEvent abstract class and EventListener inherited from a BaseEventListener abstract class. The containment design in which Event_T became a template which contained many other classes introduced scoping possibilities many all of which were quickly applied and analyzed and judged for best suitability to MCDP. ACE_Threads were substituted in place of posix threads. Both of these changes resulted in minor code changes due to the benefits of the toolkit in the way of proper encapsulation of relevant concepts. The queue abstraction provided by the toolkit was eventually not used as it was replaced by just a standard template library ( STL ) list or an ACE queue – still until the time it was replaced, it provided a necessary implementation of an abstract concept required to allow a functional simulator. Eventually the toolkit supplied thread-queue concept was repeated in the specification as eventhread functioned with a queue as explained in the toolkit and dequeued elements off onto listener queues which were processed by a default listener thread or a specific listener thread. As noted however these were toolkit concepts being reorganized, re-used, modified to create simulations respective of new specificatied designs before final commitment to the design. In this way weeks were removed from the design effort as the person using the simulator now had credibility being backed by simulator results to stress the need for a change. The C++ Multi-Threaded Scenario Simulation Toolkit is general. It encapsulates concepts which arise in multi-threaded scenarios over and over again. The Event abstraction is similar to a mutex abstraction. The EventListener abstraction is similar to a callback. In addition, the toolkit includes a compileable, buildable, runnable sample which not only demonstrates the use of these encapsulated abstractions, but also allows a vehicle upon which to test run new components. The C++ Multi-Threaded Scenario Simulation Toolkit improves the Raytheon process of creating C++ Multi-Threaded deliverables by being an available option just as an eraser sitting right next to a bottle of white is an option for correcting typograpghical errors. There is no guarantee it will be the chosen option, but an option it is.