Exhibit 15-1

Raytheon

Six Sigma Specialist Training System

Specialist Training System Home | Candidate Registration | Projects and Qualification | Management Reports | Resource Center | System Administration | Help Center

R6σ
Raytheon Six Sigma

What is a Specialist?

STS FAQs

## View/Update Your Existing Specialist Projects

| Project Name | Start Date | End Date | Completed | Approved | Specialist Project | |
|---|---|---|---|---|---|---|
| Six Sigma Process Control Impovement For Raytheon TSCEI EVS- | 03/12/2004 | 04/09/2004 | Yes | Yes | Yes | Delete |
| Raytheon Six Sigma C++ Multi-Threaded Scenario Simulation Toolkit | 01/05/2005 | 01/14/2005 | Yes | Yes | Change To Specialist Project | Delete |

**You are currently logged in as Stephen Sammartano**

Contact

Contact Us