Exhibit 16-1

**Raytheon**

**Integrated Defense Systems**

R6σ
Raytheon Six Sigma™

# *Certificate of Merit*

*Presented to*

## *Stephen T. Sammartano*

*This 8th day of JUNE 2005*

*In recognition of your achievement in completing the requirements for*

**Raytheon Six Sigma™**
**Specialist Qualification**

Alex Eksir
R6Sigma/Quality/Performance Excellence

Daniel L. Smith, President
Integrated Defense Systems