

Ryna_E_Pudifin@raytheon.com

12/14/2004 12:26 PM

To: Kenneth_P_Manoni@raytheon.com, Sandra_W_Vanier@raytheon.com, Stephen_T_Sammartano@raytheon.com, Janine_Remy@raytheon.com

cc:

Subject: STS Qualification Approval For Stephen Sammartano

Specialist Qualification Letter

I certify that Stephen Sammartano (PeopleSoft # 1038555) has completed all the requirements and is fully qualified as a Raytheon Six Sigma Specialist.

Thank you for your participation and congratulations!

Expert PeopleSoft No: 1024364
Expert Name: Ryna Pudifin
Date: 12/14/2004