Exhibit 18-1

Robert_P_Pulley@raytheon.com

10/05/2005 10:15 AM

To Stephen_T_Sammartano@raytheon.com, Janine_Remy@raytheon.com

cc

bcc

Subject STS Additional Project Approved For Stephen Sammartano

History: This message has been replied to and forwarded.

Additional Project for Specialist Stephen Sammartano has been approved by his/her sponsor.
The project approval process is now complete.

Thank You!