Raytheon

Exhibit 19-1

Integrated Defense Syste
1347 West Main Road
Portsmouth, Rhode Island
02871-1087 USA

February 24, 2006

Received 2/25/2006

Stephen T. Sammartano
260 Fountain St.
Apt A1
Fall River, MA 02721

Stephen,

This letter is to confirm our telephone conversation on Friday, February 24, 2006. As a result of your failure to attend your scheduled appointment on Tuesday, February 21, 2006 with Dr. Stewart for fitness to return to duty evaluation, effective Saturday, February 25, 2006 you will be placed on an unpaid status.

Raytheon is concerned about your safety as well as the safety of our employees; therefore, you will not be permitted to return to work until you are able to provide Raytheon with the documentation necessary to illustrate your fitness to return to duty. You have until 6:00 pm Friday, March 3, 2006 to either schedule an appointment with Dr. Ronald Stewart (277 Waterman Street, Providence, RI 401-331-7777) or visit a provider of your choosing and provide documentation to Raytheon regarding your status to return to work. If no information if received by March 3, 2006, Raytheon will revisit your employment status.

I know you are eager to return to work. The best way to do that is to commit to providing the requested documentation to Raytheon. I am always available to you as is John Kelly (phone: 401-842-4070).

Sincerely,

Heather Lemmon

Heather Lemmon
IDS Engineering Human Resources
401-842-2474 (office)
401-225-0786 (cell)

CC: John Kelly