Raytheon

_ Exhibit 10-1 _

Integrated Defense Syst
1847 West Main Road
Portsmouth Rhode Island
02871-1087 USA

Received 2/28/2006

February 20, 2006

Stephen T. Sammartano
260 Fountain St.
Apt A1
Fall River, MA 02721

Stephen,

We are very concerned about your well-being. As a result, we have placed you on paid leave until we could arrange for you to have a full evaluation.

Irv Kooris, who is the manager of our Employee Assistance Program, has set up an appointment for this evaluation. Per the telephone conversation John Kelly and I had with you this afternoon, the details for the appointment are:

Date: February 21, 2006
Time: 3:00 pm
Location: 277 Waterman Street, Providence, RI
Phone Number: 401-331-7777
Provider: Dr. Ronald Stewart

I know you are eager to return to work. The best way to do that is to commit to attending all appointments with this doctor and to provide him with any information he needs. I am always available to you as is John Kelly (phone: 401-842-4070).

Sincerely,

Heather Lemmon

Heather Lemmon
IDS Engineering Human Resources
401-842-2474 (office)
401-225-0786 (cell)

CC: John Kelly