Raytheon

_ Exhibit 21-1 _

Integrated Defense Sys
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA

March 10, 2006

Stephen T. Sammartano
75 Arthur Street
Apt 4
Pawtucket, RI 02860

Stephen.

In a conversation and in a follow-up letter dated February 24, 2006 you were informed that you would not be permitted to return to work until you provided Raytheon with medical documentation evidencing your fitness for resuming your duties. At the same time you were given a deadline of Friday, March 3, 2006 to provide such information. To date, we have not received any information nor have we received any indication from you, or any of your medical care providers that such information is being prepared or will be forthcoming shortly.

We need to come to some resolution regarding your employment status, and sincerely hope that we can do so in a mutually agreeable manner. However, unless such information is actually received in the meantime, or unless you contact me at 401-842-2474 on or before the close of business Friday, March 17, 2006 and we agree on an alternative arrangement, please understand that we will immediately commence processing the termination of your employment with Raytheon.

Sincerely,

Heather Lemmon

Heather Lemmon
IDS Engineering Human Resources
401-842-2474 (office)
401-225-0786 (cell)

CC: John Kelly