**Raytheon**

Exhibit 22-1

Integrated Defense Sys
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA

March 24, 2006

Stephen T. Sammartano
75 Arthur Street
Apt 4
Pawtucket, RI 02860

Dear Stephen:

This letter is to inform you that your employment with Raytheon has been terminated effective Friday, March 24, 2006. In a letter sent to you dated March 1[illegible], 2006 it was clearly stated that unless you provided requested medical documentation addressing our concerns regarding your return to our workplace or contacted me on or before the close of business Friday, March 17, 2006 and we agreed on an alternative arrangement, that we would commence processing the termination of your employment with Raytheon. We have received no documentation, and I did not receive any communication from you.

Please contact me to make arrangements to obtain your personal items that you may have onsite at Raytheon as well as to return any Raytheon property that you may have in your possession.

Attached to this letter is the outline of your benefits information, including contact numbers. By separate correspondence, the Raytheon Benefits Center will be sending you additional information regarding the status of your benefits.

If you have any questions, please contact me at 401-842-2474 or via e-mail at heather_lemmon@raytheon.com.

Sincerely,

Heather Lemmon

Heather Lemmon
IDS Engineering Human Resources
401-842-2474 (office)
401-225-0786 (cell)

CC: John Kelly