# GENERAL AFFIDAVIT

**Commonwealth of Massachusetts**
**County of** MIDDLESEX

**BEFORE ME**, the undersigned Notary, NANCY S. ABERMAN *[name of Notary before whom affidavit is sworn]*, on this 3rd *[day of month]* day of OCTOBER *[month]*, 20 07, personally appeared Thomas T. ENRIGHT *[name of affiant]*, known to me to be a credible person and of lawful age, who being by me first duly sworn, on ________ *[his or her]* oath, deposes and says:

AS ACADEMIC DEAN AND MATHEMATICS TEACHER AT AUSTIN PREPARATORY SCHOOL, I KNEW STEPHEN SAMMARTANO, CLASS OF 1984, FROM SEPTEMBER 1980 TO JUNE, 1984. I CAN ATTEST THAT STEPHEN HAD A PROBLEM WITH STUTTERING FROM THE TIME THAT HE BEGAN AT AUSTIN WHICH CONTINUED THROUGH GRADUATION.

*[set forth affiant's statement of facts]*

Thomas T. Enright
*[signature of affiant]*

THOMAS T. ENRIGHT
*[typed name of affiant]*

147 BRICKETT HILL CIRCLE
*[address of affiant, line 1]*

HAVERHILL, MA. 01830
*[address of affiant, line 2]*

Subscribed and sworn to before me, this 3rd *[day of month]* day of OCTOBER *[month]*, 20 07.

*[Notary Seal:]*

Nancy S. Aberman
*[signature of Notary]*

NANCY S. ABERMAN
Notary Public
My Commission Expires
November 26, 2010

*[typed name of Notary]*

NOTARY PUBLIC

My commission expires: ________________, 20____.