# GENERAL AFFIDAVIT

**Commonwealth of Massachusetts**
**County of** Essex

**BEFORE ME**, the undersigned Notary, Cindy L. Woiceshook *[name of Notary before whom affidavit is sworn]*, on this 28th *[day of month]* day of September *[month]*, 2007, personally appeared Roger F. Stone *[name of affiant]*, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his *[his or her]* oath, deposes and says:

Stephen Sammartano was a student of mine in Latin One, Two and Three and in Ancient & Medieval History at Austin Prep School in Reading Massachusetts from 1980 to 1984. As he was in classes of twenty-six students as well as classes of eight students, I had ample opportunity to witness, work with, and experience his problem of stuttering. There appeared to be no difference whether the class was large or small, or whether the situation was answering in a class full of students or to me privately. Stephen was a very hard-working young man, and received good grades from me. He might have done even better, but his stuttering created a problem both in his oral classwork as well as a confidence factor, both of which, in my opinion, held him back from realizing his full academic potential.
*[set forth affiant's statement of facts]*

Roger F. Stone
*[signature of affiant]*

Roger F. Stone
*[typed name of affiant]*

79 Market Street
Amesbury, Massachusetts
*[address of affiant, line 2]*

Subscribed and sworn to before me, this 28th *[day of month]* day of September *[month]*, 2007.

*[Notary Seal:]*

Cindy L. Woiceshook
*[signature of Notary]*

Cindy L. Woiceshook
*[typed name of Notary]*

NOTARY PUBLIC

My commission expires: 3-28, 2014.