**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

## Motion To Extend Discovery

## I. Introduction

Plaintiff submits Motion To Extend Discovery.

## Reasons/Observations

1. Defendant is canceling depositions. Depositions need to be rescheduled. More time is needed.

## Requested Time

In light of the above observations, Plaintiff proposes an extension to Discovery of 90 days.

Dated: October 18, 2007

Stephen Sammartano 10/18/2007

Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412
**PRO SE**