**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** **Plaintiff** | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| **RAYTHEON** **Defendant** | : | |

**NOTICE TO TAKE DEPOSITIONS**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Court Rules of Civil Procedure, Plaintiff, Stephen Sammartano will take depositions of the named persons below at the listed dates and times. Each deposition will be taken at the offices of Allied Court Reporters, 115 Phenix Avenue, Cranston, RI 02920. Each deposition shall be conducted before a person a duly authorized by law to administer oaths, shall be recorded stenographically, and shall continue for two and one-half to four hours.

You are invited to attend and cross examine.

Bob Pulley Wednesday October 17, 2007 9:00am-12:00pm.

Manny Goncal Wednesday October 17, 2007 1:00pm-4:00pm.

Suggested alternate days – Oct 12 – Oct 16 subject to conference room availability

Thom Jones Monday October 22, 2007 9:00am-12:00pm.

Al Gaines Monday October 22, 2007 1:00pm-4:00pm.

Suggested alternate days – Oct 19, Oct 23 subject to conference room availability

| | |
|---|---|
| Robert Dayson | Friday October 26, 2007 9:00am-12:00pm. |
| Heather Lemmon | Friday October 26, 2007 1:00pm – 4:00pm. |

Suggested alternate days – Oct 25, Oct 29 subject to conference room availability

| | |
|---|---|
| Rob Froncillo | Wednesday October 31, 2007 9:00am-12:00pm |

Suggested alternate days – Nov1, Nov2 subject to conference room availability

Both parties scheduled for a particular day have to attend on the same day whether it be the scheduled day or an alternate day.

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com

Dated: September 25,2007

CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 25th day of September, 2007, a copy of the foregoing document was served by mail on the above-named party.

Stephen Sammartano 9/25/2007

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com