**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** **Plaintiff** | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| **RAYTHEON** **Defendant** | : | |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Court Rules of Civil Procedure, Plaintiff, Stephen Sammartano will take depositions of the named persons below at the listed dates and times. Each deposition will be taken at the offices of Chamber Of Commerce, 826 Ewing Street, Fort Wayne, IN 46802. Each deposition shall be conducted before a person a duly authorized by law to administer oaths, shall be recorded stenographically, and shall continue for two and one-half to four hours. You will be called for connection to teleconference @ (401) 274-2000 ( subject to your mofication [1] ).

You are invited to attend and cross examine.

Mike Smiegal Friday October 19, 2007 1:00am-4:00pm.

Suggested alternate days – Oct 24 subject to conference room availability

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com

Dated: September 28,2007

[1] Provide alternate contact number to Stephen Sammartano 72 hours before deposition.

# CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 28th day of September, 2007, a copy of the foregoing document was served by mail on the above-named party.

Stephen Sammartano 9/28/2007

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com