UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN T. SAMMARTANO<br>Plaintiff | : | |
| VS | : | C.A. NO. 06-535S |
| RAYTHEON<br>Defendant | : | |

**AFFIDAVIT OF SANDRA W. VANIER**

I, Sandra W. Vanier, hereby depose and say that:

1. I have personal knowledge of the facts stated herein and am competent to testify to such facts.

2. I commenced employment with Raytheon on October 20, 1997, and since May 1, 2004, I have been employed as a Section Manager in the Integrated Warfare and Sensor System Software Engineering Department ("Engineering Department") at Raytheon's Maritime Mission Center in Portsmouth, Rhode Island.

3. Between May of 2004 and January of 2006, I was Stephen Sammartano's ("Sammartano's") Section Manager.

4. On August 23, 2004 at 10:30 a.m., I received an electronic mail message from Christine Lowrie ("Lowrie"), who was Sammartano's immediate supervisor under me, in which she wrote:

> I feel that such a strange turn of events has occurred since you asked my [sic] for input on Steve a couple of weeks ago. As you are aware I am now having difficulties with Steve … . I have tried my best to work with Steve and so have many others on this team. I have now come to the realization that Steve has this gift for always placing the blame on someone else. … I am writing this email because I am about to forward you 5 emails that Steve has sent to me between Thursday and Friday (I was out on Friday). These emails relate to the 1st email the [sic] he sent me on

> Thursday. In addition Steve left me three length [sic] voice messages on Sunday (9:22 pm, 9:50 pm, and 9:54 pm) .... In addition, I am in no way a fearful person, I think Steve is a bit scary and I have to admit that some scary thoughts have entered my mind. I have never felt this way about a fellow coworker.

A true and correct copy of the August 23, 2004 electronic mail message is attached hereto as Exhibit A.

5. On August 23, 2004, Lowrie also forwarded to me the five (5) electronic mail messages that Sammartano sent to her on August 20, 2004 that alarmed her and that she referenced in her previous electronic mail message. A true and correct copy of the August 23, 2004 electronic mail message is attached hereto as Exhibit B.

6. In the following months, I became increasingly concerned about Sammartano's behavior. For example, he acted antagonistically toward me and other coworkers and he often sent lengthy and rambling voice mail and electronic mail messages to me and his coworkers at all hours of the day and night. I believed that his behavior was having a negative impact on his performance as well as the performance of other people within the Engineering Department.

7. On December 7, 2004, I met with Heather Lemmon, Cognizant Human Resources Generalist ("Lemmon"), to discuss my concerns about Sammartano's behavior. Specifically, we discussed the following: (i) Sammartano's coworkers and managers had difficulty working with him because he was a "loose cannon"; (ii) Sammartano frequently left lengthy voice mail and electronic mail messages at all hours of the day and night to managers in which he stated that people were plotting against him and preventing him from using his skills; (iii) Sammartano was always the first to be taken off a project when it was downsized because he was difficult to work with; and (iv) he never accepted responsibility for any problems and instead blamed other people.

8. In December of 2004, I met with Sammartano to address his behavioral issues. I informed that him his antagonistic reactions to coworkers and to me were inappropriate. I also emphasized that his lengthy voice mail and electronic mail messages had to stop.

9. On January 26, 2005 at 11:50 a.m., Christina Erwin ("Erwin"), another member of the Engineering department, forwarded to me a series of electronic mail messages that she had received from Sammartano on January 21, 2005. She explained to me that in response to a question that she sent to a group of employees, Sammartano replied to everyone with approximately seven (7) long electronic mail messages. When Erwin wrote to Sammartano that these messages were disruptive and excessive, he replied with several more electronic mail messages that she told me made her "quite offended." True and correct copies of the January 26, 2005 electronic mail messages are attached hereto as Exhibit C.

10. On January 28, 2005, I met with Sammartano to discuss his electronic mail messages to Erwin. He denied that he had done anything wrong.

11. On March 10, 2005, I met with Sammartano to discuss the "2004 Performance and Development Summary" ("2004 Performance Summary"), which is the written summary of his 2004 performance review. The 2004 Performance Summary's "Key Development Needs" section stated that he needed to "Remain calm and professional when coping with demands from superiors, peers and subordinates" and needed to "Improve effectiveness of communications and interactions within the team." The "Key Development Needs" section did not discuss Sammartano's stutter, nor did I address his stutter at any time in our conversations. Sammartano reacted defensively about the fact that I had included Key Development Needs in his 2004 Performance Summary. A true and correct copy of the 2004 Performance Summary is attached hereto as Exhibit D.

12. On March 10th, and into the early morning of March 11th, Sammartano left over twenty (20) voice mail messages for me on my work phone regarding the "Key Development Needs" section of his 2004 Performance Summary.

13. On March 11, 2005 at 7:39 p.m., I received an electronic mail message from Sammartano in which he wrote:

> I honestly think the effective communications need makes little sense. ... it's never an issue for those with an accent and yet my problem functionally has the same effect—I sound funny. Now the wierd [sic] part is, I can more often than not speak properly. My communication is effective.

A true and correct copy of the March 11, 2005 electronic mail message is attached hereto as Exhibit E.

14. On August 24, 2005, I gave Sammartano his "Mid Year Performance 2005" review, which included areas for improvement. Specifically, the areas addressed included: "Needs to interact more with the team and realize that the team is working towards the same goal;" "Needs improvement on comprehension of the bigger picture;" "Has trouble prioritizing tasks and sometimes needs to be told exactly what to work on when;" and "Sometimes tasks take longer than expected to complete." A true and correct copy of the Mid Year Performance 2005 review is attached hereto as Exhibit F.

15. On August 29, 2005 at 7:35 a.m., Sammartano sent me a lengthy and antagonistic electronic mail message in response to the "Mid Year Performance 2005." A true and correct copy of the August 29, 2005 electronic mail message is attached hereto as Exhibit G.

16. On November 8, 2005, I met with Sammartano, Lemmon, and John Kelly, Senior Manager of Software Engineering ("Kelly"), to discuss the recurring issues with Sammartano's troublesome behavior, including complaints by his coworkers of frequent, incomprehensible and

antagonistic electronic mail and voice mail messages, and complaints that his lack of interpersonal skills was affecting his performance.

17. Between January 6, 2006 and January 11, 2006, I received a series of rambling electronic mail messages from Sammartano that were hostile towards management. For example, on January 11, 2006 at 5:22 p.m., Sammartano sent to me an electronic mail message in which he wrote:

> I don't believe that anyone in their right mind would do as something like this to me unless they were attempting to irritate me in the same way someone would pour boiling water on another person. The result will be the same given the constraints of what it will take for me to walk away without recourse. You can take that as your notice.

True and correct copies of the electronic mail messages are attached hereto as Exhibit H.

18. On January 13, 2006 at 10:35 a.m., I received a confusing electronic mail message from Sammartano in which he wrote: "I have in the past had a speech problem which on occasion I exhibit a vestage [sic] of. Functionally, the affect of the speech problem is the same as that of an accent." In this message, Sammartano mentioned his stutter within the context of his strengths and weaknesses. Yet, I had never addressed his stutter with him in any context, and did not view his stutter as a weakness or as a performance-related issue. A true and correct copy of the January 13, 2006 electronic mail message is attached hereto has Exhibit I.

19. In the time that I worked with Sammartano, his stutter was not frequent or severe.

20. The communication issues that I identified to Sammartano did not relate to his stutter.

21. Sammartano never expressly requested from me a reasonable accommodation for his stutter.

Sandra W Vanier
Sandra W. Vanier

STATE OF RHODE ISLAND,
COUNTY OF Newport

In ____________________, on this 16 day of October 2007, before me personally appeared Sandra W. Vanier to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said instrument, by her executed, to be her free act and deed.

Rose M Holtman
Notary Public
Printed Name: ROSE M HOLTMAN
My Commission Expires: 4/12/09

# Exhibit
# A

Christine M Lowrie/US/Raytheon
08/23/2004 10:30 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject Steve Sammartano

Sandi,

I feel that such a strange turn of events has occurred since you asked my for input on Steve a couple of weeks ago. As you are aware I am now having difficulties with Steve (I believe that Dennis gave you the email that I received from Steve). I have tried my best to work with Steve and so have many others on this team. I have now come to the realization that Steve has this gift for always placing the blame on someone else. I know that Steve is no longer going to be on DD(X) for much longer but I spoke with Ken Manoni last week (after receiving that email) and told Ken that I no longer felt comfortable having interactions with Steve. He said that was fine and that I would not need to interact with him any further. I am writing this email because I am about to forward you 5 emails that Steve has sent to me between Thursday and Friday (I was out on Friday). These emails relate to the 1st email the he sent me on Thursday. In addition Steve left me three length voice messages on Sunday (9:22 pm, 9:50 pm, and 9:54 pm) explaining in detail why he is taking PTO today and again trying to further discuss his email to me and how I should do my job (I can forward them to you if you want). As it is Steve just called me about 5 minutes ago (I am starting to feel like he is stalking me). As his section manager I just thought I should give this information to you. I think they explain a lot about the person. In addition, I am in no way a fearful person, I think Steve is a bit scary and I have to admit that some scary thoughts have entered my mind. I have never felt this way about a fellow coworker.

If I can be of any assistance please don't hesitate to contact me.

Christine Lowrie

# Exhibit B

Christine M Lowrie/US/Raytheon
08/23/2004 10:31 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject Re: issues

----- Forwarded by Christine M Lowrie/US/Raytheon on 08/23/2004 10:30 AM -----

Stephen T Sammartano
08/19/2004 10:28 PM

To: Christine M Lowrie/US/Raytheon@MAIL
cc:
Subject: Re: issues

Hello Christine,

I did come back this evening. In fact, I called Wai at 8:30 PM. I was not exactly wording things correctly - this happens to people in high tech industries, you of all people know this.
So what I wanted to say was that I'd be in by 9:00 PM and that if he could wait and just get me started in the lab, I would be all set and he could go. We were both here until midnight Wednesday. Actually, I don't know what time he was here until Wednesday, I left at midnight. Now what I did say to Wai was that I would be in by 9:00 PM and that that if he could wait and just get me started in the lab, I would be all set and he could go and, since I didn't want to be pushy, I added that if he can't wait, that's ok. Well, as I was driving in, he was driving out. So be it. I tried a few things in the lab and I've decided I don't know enough, I thought about this whole thing from a responsibility view - and I am not sure that there is fault so to speak to be place upon me. A testapp based upon startable service uses RMG as far as I know and Dave Amaral completed his RMG test app Wednesday night. The best I could do was to compile and link my test by Wednesday midnight. Today was, is Thursday. I only had a hour's lab time and Dave helped me for about half of that. I was not up and running when we finished. I thought about sitting here this evening and pushing through, being the hero and meeting the deadline - you know I really am and was willing, but fact is, I came to believe I am just here collecting overtime. I don't know of any documentation to assist me. If I were paying the bill, I would much rather the person working for me take the cheaper way out this time, since this time, the cheaper way means waiting until the right people are around to get things up and running. I think if you consider this whole situation from the point of view of you paying the bill yourself, not only will you agree with me, but you'll almost wonder why I put in the hour and half that I did. I take it we probably won't meet the deadline, but I am not sure it would have been worth the money for such meager results. There is a difference between being a hero, shirking responsibilities, and being stupid. I am not going to be stupid, and before I get accused of shirking responsibilities, the company has to recognize the cost of this particular objective in this circumstance and savings in deferring the objective to reduce the cost.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christine M Lowrie

Christine M Lowrie

To: Stephen T Sammartano/US/Raytheon@MAIL

08/18/2004 03:56 PM

cc:
Subject: issues

Steve,

I am picking up the distinct impression that something is bugging you. If something is bugging you and you want to talk about my door is always open (oh wait I dont even have a door). I need to be able to communicate freely with you and it seems that you are kind of tight lipped when I ask you how things are going. I am making the effort to the best of my abilities to make sure that everyone knows what to do and if there are difficulties try and get help. Right now our schedule is pretty tight and demanding. You just need to remember that we are on a team and as such you are not in this alone. Perhaps you are dissatisfied with my performance as a lead? I dont know. This is not a one way street and I need you to communicate with me just like I need to communicate with me. You said something to me the other day that has kind of bothered me and I suppose is part of the reason for this email. I came into your cube to ask/discuss something and you said something along the lines of "I didnt know if you would get mad at me" So if you are having feelings that I am going to get mad at you for whatever reason and this is preventing us from communicating effectively then I would suggest we sit down and have a one on one discussion.

Christine

Christine M Lowrie/US/Raytheon
08/23/2004 10:31 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject Hello Christine

----- Forwarded by Christine M Lowrie/US/Raytheon on 08/23/2004 10:31 AM -----

**Stephen T Sammartano**
08/20/2004 09:03 AM

To: Christine M Lowrie/US/Raytheon@MAIL
cc:
Subject: Hello Christine

Hello Christine,

I did speak to Wai, yesterday at 3:00 PM as I was heading out and explained that I would be leaving and coming back. I asked him if he planned on staying late at that time and if so what he would consider a reasonable time for my return. Now I may be wrong, but I got the impression that he was starting to feel like I was getting away with something and that he was getting the poor side of the deal - him working while I was going home and coming back. I didn't make the case that he would be getting paid while I was at home and when I came back, after he got me started in the lab that he would be going home and I would be working indefinitely throughout the night and therefore the extra rest would compensate. Of course, it may not have made a difference. Wai is able to make correct decisions on his own. However, I do feel I have to say that I did enquire ahead of time with the hopes of meeting the deadline.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christine M Lowrie/US/Raytheon
08/23/2004 10:31 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject an addendum

----- Forwarded by Christine M Lowrie/US/Raytheon on 08/23/2004 10:31 AM -----

**Stephen T Sammartano**
08/20/2004 09:13 AM

To: Christine M Lowrie/US/Raytheon@MAIL
cc:
Subject: an addendum

As an addendum to my last email, my enquiries to Wai yesterday at 3:00 PM failed to elicit a response which included what he would consider a reasonable time for my return.
He felt I was going home because I was tired, and said that he would be going home when he was tired or when his wife called. As it was, I spoke to him at about 8:00PM ( I incorrectly stated 8:30 ) in a previous email ) and he was still here and I told him I would be back about 9:00 PM. I have told you the rest. I was going home because there was still a chance of me performing the work to meet the deadline, but to do it may require that I stay here all night after a brief period of startup help from someone else.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christine M Lowrie/US/Raytheon
08/23/2004 10:31 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject add this on to the previous email

----- Forwarded by Christine M Lowrie/US/Raytheon on 08/23/2004 10:31 AM -----

Stephen T Sammartano
08/20/2004 09:17 AM

To: Christine M Lowrie/US/Raytheon@MAIL
cc:
Subject: add this on to the previous email

the previous email said this

--------------------------------------------

As an addendum to my last email, my enquiries to Wai yesterday at 3:00 PM failed to elicit a response which included what he would consider a reasonable time for my return.
He felt I was going home because I was tired, and said that he would be going home when he was tired or when his wife called. As it was, I spoke to him at about 8:00PM ( I incorrectly stated 8:30 ) in a previous email ) and he was still here and I told him I would be back about 9:00 PM. I have told you the rest. I was going home because there was still a chance of me performing the work to meet the deadline, but to do it may require that I stay here all night after a brief period of startup help from someone else.

--------------------------------------------

add this

I was going home so that I would be rested to return and work throughout the remainder of the night ( without the other person ) to meet the deadline.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christine M Lowrie/US/Raytheon
08/23/2004 10:31 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject comment

----- Forwarded by Christine M Lowrie/US/Raytheon on 08/23/2004 10:31 AM -----

**Stephen T Sammartano**
08/20/2004 09:38 AM

To: Christine M Lowrie/US/Raytheon@MAIL
cc:
Subject: comment

Even digital logic has "don't care states" or "don't know states". As you know digital logic operates on the principle of states which are predictably either one or zero.
There are "don't care states" or "don't know states" which are unpredictably one or zero without impact to operation. So when you are enquiring about status,
"it's going" is my buzz phrase for a "don't know state" - indeterminate. Digital logic states change with time just as the one's understanding of the task does.

I think your solution is just to ask again later. In this case, I actually didn't know until midnight and you were asking at 2:00 PM I think. At midnight, I completed compilation and linkage of three executables which comprise the "testapp". At that point it was safe to say I had moved ahead.

There is a response time there, and you should note that it is about ten hours - kinda like a compilation and linkage time where you don't have a report of the errors until the computer is finished. Well, at the end of that ten hours, I was able to historically account for the time as "progress", but for me to explain every facet along the way would have been more than I can do - I cannot vocalize that much navigational thought, but ten hours later we can see that it did happen.

Indeed, it has been just as difficult for me to create this email as it would be for anyone else - I arrived at 9:00 PM this morning and it's 9:40 now and I have been nothing except writing you emails. I have no DSO for this task. While there are many who can speak better than I, there is a much smaller group who can express things as well as I in writing. Indeed, I pass by many in writing who are better speakers than I. So you need to allow for compile and linkage time in people and recognize even computers take time to compile and link. Interrupting them and banging on the keyboard does not improve results.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

# Exhibit C

Sandra W Vanier/RES/Raytheon/US
08/23/2007 02:41 PM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject Fw: Background Info - Emails to follow

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 08/23/2007 02:41 PM -----

Christina M Erwin/RES/Raytheon/US
01/26/2005 11:50 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
Subject Background Info - Emails to follow

The background information:
I sent out email to our section about the flex time policy to collect data about how many people felt the policy was too strict. I didn't want to find I was the only one that cared about this issue and left you off distribution so that everyone would feel free to speak their minds. The email is attached below (see Ref A below).
I got some responses to this email. Most were directly sent to me (e.g. they did not 'reply to all'). From about 1:20 pm until 9:27 the next morning Steve sent out about 7 emails all of which were relatively long and were sent to the entire group. Unfortunately, I did not keep all of these but have some of them if you are interested. I might be able to get them all from other members of the section, too.
Since I did not want my effort to distract people or take away from their work time, I sent an email to Steve requesting that he not reply to the group anymore and letting him know that I had the information that I needed (see Ref B below).
Steve responded with the following emails that I will send to you individually. I did not respond to any of his emails though I was quite offended... to say the least.

If you have any questions or need any further information, please let me know.

- Christina

---

Ref A: Original email that I sent out to our section

---

All -

There are a few of us that think that the current modified time policy does not allow enough flexibility. We feel that other options might be found that support a healthy work/life balance and a better work environment.

Please let me know if you think this company policy is too strict OR if you think that the current policy is fair. Also, if you think the current policy should be adjusted, let me know if you have any suggestions for other solutions.

If I find that I have minimal support then I will likely not pursue this effort. Otherwise, I will see how high I can raise this issue and if there is anything that can be done to allow us more flexibility but to also find ways to keep people from abusing this flexibility.

Thank you for your help!

- Christina
x4847

---

Ref B: Second email, sent only to Steve

---

Stephen -

Could you please not reply to all on these emails? I don't want to eat into anyone's working hours with my search for information. I just wanted to bird's eye view of what people's views were on the subject and have collected the bulk of your comments and that should suffice for the time being.
Thanks.
- Christina
x4847

---

----- Forwarded by Christina M Erwin/RES/Raytheon/US on 01/26/2005 11:36 AM -----



Sandra W Vanier
01/25/2005 03:47 PM

To: Christina M Erwin/RES/Raytheon/US@MAIL
cc:
Subject: Your Thoughts?

Christina

Yes, I would like a copy of them to include in his files.

Thanks
Sandi

Raytheon

Sandi W Vanier
Manager
Tactical Interfaces Systems Development

401.842.4693
sandra_w_vanier@raytheon.com

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 01/25/2005 03:44 PM -----



Christina M Erwin
01/24/2005 04:15 PM

To: Sandra W Vanier/RES/Raytheon/US@MAIL
cc:
Subject: Your Thoughts?

Sandi -

I'm sure that it has been brought to your attention that there have been some more interesting issues with Steve Sammartano. I have a couple of interesting emails and I didn't know if you would like to add them to your/HR's case file on him. Please let me know what you think the appropriate course of action is here. If you would prefer to take no action that is fine with me and I will just avoid sending any

emails/communications with him. Also, I just want to say that I feel so bad for you having to be in this position... you certainly have had a tough time as a section manager!

- Christina

Sandra W Vanier/RES/Raytheon/US
08/23/2007 02:41 PM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject Fw: Modified Time policy

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 08/23/2007 02:41 PM -----

Christina M Erwin/RES/Raytheon/US
01/26/2005 11:59 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
Subject Re: Modified Time policy

Email 1.

----- Forwarded by Christina M Erwin/RES/Raytheon/US on 01/26/2005 11:58 AM -----

Stephen T Sammartano
01/21/2005 09:27 AM

To: Christina M Erwin/RES/Raytheon/US@MAIL
cc:
Subject: Re: Modified Time policy

Ya, ok, I just sent off my last one.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christina M Erwin

Christina M Erwin
01/21/2005 08:16 AM

To: Stephen T Sammartano/US/Raytheon@MAIL
cc:
Subject: Re: Modified Time policy

Stephen -

Could you please not reply to all on these emails? I don't want to eat into anyone's working hours with my search for information. I just wanted to bird's eye view of what people's views were on the subject and have collected the bulk of your comments and that should suffice for the time being.
Thanks.
- Christina

Stephen T Sammartano

**Stephen T Sammartano**
01/20/2005 06:05 PM

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL
cc:
Subject: Re: Modified Time policy

I make up time in advance, Chris. During any given week though you are authorized to work a certain number of hours and required to work a certain number of hours. The number is usually the same, forty hours. If you work more hours than you were authorized - I say record the time and also charge the excess to modified time worked - that will bring down to forty. If you work less than the required time and have modified time in the bank, put down the actual time you worked, say 34, and charge six hours to modified time off that will bring you up to forty.

For all these other cases, I would say don't use modified time. So long as you don't, the time card will tally your hours, as you peddle no less, no wait peddling is illegal I mean pedal, -- regardless of how fast or how slow you pedal by the end of the week you make sure you've worked your forty hours and there is no modified time. Some days you worked 5.5 hours and other days you worked 10.5 hours and one day your worked 8 hours - with no modifed time used the time card shows forty. Works for me.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christopher A Goodrich



**Christopher A Goodrich**
01/20/2005 04:23 PM

To: Christina M Erwin/RES/Raytheon/US@MAIL
cc: Brian P Hawkins/US/Raytheon@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, David S Amaral/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Glenn J



Wojcik/RES/Raytheon/US@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, John Ramos/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL

Subject: Re: Modified Time policy

Christina,

I could not agree more with your sentiments. It seems to me that use of modified time contributes to the flexibility of my "work/life" balance. Typically I use modified time when I have to leave early/arrive late for doctor's appointments and the like. (I am, like Greg, getting on in years, though mentally I'm still 12.)

When someone has accumulated close to ten hours of modified time in a two week period then that may be a problem which should be dealt with on an individual basis.

If I have to leave early for an appointment (and know that I will) then it would be nice to work a couple of hours extra in advance, then take the time off as necessary. The reverse is more usually the case, I work less than a 9-hour day so I make it up later, usually within two weeks.

Banking time for an extra day off down the road coud be a problem, although I know of no one who does this. Usually it's some poor bastard working ten to twelve hours in the lab because they need to get something done and out the door. (While their flipping manager is home eating dinner!) Expecting the person to "donate" that time to the company by not recording it is B.S. (It's also unethical in my book.)

In order to maintain a proper balance we need flexibility. I'm starting to see more and more in this company an abysmal lack of flexibility and a "lowest common denominator" approach to every situation. It seems we have some very unimaginative types in the hierarchy who feel that everything must be dictated and no one can be trusted to do the right thing.

I'm pretty sure (from "street" evidence and rumors) that this modified time business is orginating well above John K's level. Is there a problem in the company that this policy is attempting to address? Do we have a written policy which describes how modified time is to be used? Or is it simply however the top bananas feel like interpreting the "policy" that day.

I'm with you on this. I spent 24 years in the military and we treated our raw recruits better than this company treats its most valuable resource: its people.

Chris

Christina M Erwin



Christina M Erwin

20-01-2005 13:20

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, Christina M



Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL

cc:

Subject: Modified Time policy

All -

There are a few of us that think that the current modified time policy does not allow enough flexibility. We feel that other options might be found that support a healthy work/life balance and a better work environment.

**Please let me know if you think this company policy is too strict OR if you think that the current policy is fair. Also, if you think the current policy should be adjusted, let me know if you have any suggestions for other solutions.**

If I find that I have minimal support then I will likely not pursue this effort. Otherwise, I will see how high I can raise this issue and if there is anything that can be done to allow us more flexibility but to also find ways to keep people from abusing this flexibility.

Thank you for your help!

- Christina
x4847

----- Forwarded by Christina M Erwin/RES/Raytheon/US on 01/20/2005 12:58 PM -----



**Sandra W Vanier**

01/13/2005 03:57 PM

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL

cc:

Subject: Modified Time policy

For those of you who were not at yesterday's department meeting:

To recap what John stated :

1) Modified time off is to be used with prior approval of your section manager. ( Please send me an e-mail )
2) Modified time was not meant to be used on a daily basis. ( you are not breaking any laws by not recording to the 1/10th of an hour )
3) It is OK to use MOD time when you need to.
4) Make sure that your hours total 8 for the day.
5) Mod time is not to be used to bank or accrue time. ( this is the real problem )
6 ) It is best for Mod time to be zeroed out within the week, if that is not possible, than strive for a 2 week period.

Sandi

Raytheon

Sandi W Vanier
Manager
Tactical Interfaces Systems Development

401.842.4693
sandra_w_vanier@raytheon.com

----- Forwarded by Charlotte M Whiteside/RES/Raytheon/US on 01/04/2005 01:42 PM -----

John F Kelly
01/04/2005 01:34 PM

To: Charlotte M Whiteside/RES/Raytheon/US@MAIL
cc:
Subject: Modified Time policy

Happy New Year. With the new year comes a full PTO balance and modified time balance of zero. Speaking of modified time, I would like to reiterate the Company's policy on the use of modified time :

- Modified time off is to be used for compelling, personal reasons
- Modified time off is to be used with prior approval of your section manager
- Modified time off must be made up within a two week period for exempt employees (same week for non exempt employees)

- Modified time worked should not be used to build up hours in order to take time off in subsequent weeks (unless it is for approved modified time off the following week).
- Modified time worked should be used when making up for modified time off as described above.

I will talk more about the use of modified time at the monthly department meeting and your section manager will also address the issue at your monthly section meeting. In the meantime, if you have questions please call your section manager or me.

Thanks,
John

**Sandra W Vanier/RES/Raytheon/US**
**08/23/2007 02:42 PM**

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject **Fw: Modified Time policy**

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 08/23/2007 02:42 PM -----

**Christina M Erwin/RES/Raytheon/US**
**01/26/2005 12:00 PM**

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
Subject **Re: Modified Time policy**

Email 2.

----- Forwarded by Christina M Erwin/RES/Raytheon/US on 01/26/2005 11:59 AM -----

**Stephen T Sammartano**
01/21/2005 09:34 AM

To: Christina M Erwin/RES/Raytheon/US@MAIL
cc:
Subject: Re: Modified Time policy

As it turns out however, I am responding to what I am interested in. You don't like it, lump it.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christina M Erwin

**Christina M Erwin**
01/21/2005 08:16 AM

To: Stephen T Sammartano/US/Raytheon@MAIL
cc:
Subject: Re: Modified Time policy

Stephen -

Could you please not reply to all on these emails? I don't want to eat into anyone's working hours with my search for information. I just wanted to bird's eye view of what people's views were on the subject and have collected the bulk of your comments and that should suffice for the time being.
Thanks.
- Christina

Stephen T Sammartano

**Stephen T Sammartano**
01/20/2005 06:05 PM

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL
cc:
Subject: Re: Modified Time policy

I make up time in advance, Chris. During any given week though you are authorized to work a certain number of hours and required to work a certain number of hours. The number is usually the same, forty hours. If you work more hours than you were authorized - I say record the time and also charge the excess to modified time worked - that will bring down to forty. If you work less than the required time and have modified time in the bank, put down the actual time you worked, say 34, and charge six hours to modified time off that will bring you up to forty.

For all these other cases, I would say don't use modified time. So long as you don't, the time card will tally your hours, as you peddle no less, no wait peddling is illegal I mean pedal, -- regardless of how fast or how slow you pedal by the end of the week you make sure you've worked your forty hours and there is no modified time. Some days you worked 5.5 hours and other days you worked 10.5 hours and one day your worked 8 hours - with no modifed time used the time card shows forty. Works for me.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christopher A Goodrich



**Christopher A Goodrich**
01/20/2005 04:23 PM

To: Christina M Erwin/RES/Raytheon/US@MAIL
cc: Brian P Hawkins/US/Raytheon@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, David S Amaral/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Glenn J

Wojcik/RES/Raytheon/US@MAIL, Gregory
Klinker/RES/Raytheon/US@MAIL, John
Mangan/RES/Raytheon/US@MAIL, John
Ramos/RES/Raytheon/US@MAIL, Joyce C
Costakos/US/Raytheon@MAIL, Kristie L
Kowalski/RES/Raytheon/US@MAIL, Mark C
Worden/US/Raytheon@MAIL, Mark
Damiani/RWS/Raytheon/US@MAIL, Michael D
Mueller/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL,
Ross W Fabricant/US/Raytheon@MAIL, Scott M
Bindas/RES/Raytheon/US@MAIL, Stephen E
Sullivan/RES/Raytheon/US@MAIL, Stephen T
Sammartano/US/Raytheon@MAIL, Thomas
Silveria/US/Raytheon@MAIL

Subject: Re: Modified Time policy

Christina,

I could not agree more with your sentiments. It seems to me that use of modified time contributes to the flexibility of my "work/life" balance. Typically I use modified time when I have to leave early/arrive late for doctor's appointments and the like. (I am, like Greg, getting on in years, though mentally I'm still 12.)

When someone has accumulated close to ten hours of modified time in a two week period then that may be a problem which should be dealt with on an individual basis.

If I have to leave early for an appointment (and know that I will) then it would be nice to work a couple of hours extra in advance, then take the time off as necessary. The reverse is more usually the case, I work less than a 9-hour day so I make it up later, usually within two weeks.

Banking time for an extra day off down the road coud be a problem, although I know of no one who does this. Usually it's some poor bastard working ten to twelve hours in the lab because they need to get something done and out the door. (While their flipping manager is home eating dinner!) Expecting the person to "donate" that time to the company by not recording it is B.S. (It's also unethical in my book.)

In order to maintain a proper balance we need flexibility. I'm starting to see more and more in this company an abysmal lack of flexibility and a "lowest common denominator" approach to every situation. It seems we have some very unimaginative types in the hierarchy who feel that everything must be dictated and no one can be trusted to do the right thing.

I'm pretty sure (from "street" evidence and rumors) that this modified time business is orginating well above John K's level. Is there a problem in the company that this policy is attempting to address? Do we have a written policy which describes how modified time is to be used? Or is it simply however the top bananas feel like interpreting the "policy" that day.

I'm with you on this. I spent 24 years in the military and we treated our raw recruits better than this company treats its most valuable resource: its people.

Chris

Christina M Erwin

Christina M Erwin
20-01-2005 13:20

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, Christina M



Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL

cc:

Subject: Modified Time policy

All -

There are a few of us that think that the current modified time policy does not allow enough flexibility. We feel that other options might be found that support a healthy work/life balance and a better work environment.

**Please let me know if you think this company policy is too strict OR if you think that the current policy is fair. Also, if you think the current policy should be adjusted, let me know if you have any suggestions for other solutions.**

If I find that I have minimal support then I will likely not pursue this effort. Otherwise, I will see how high I can raise this issue and if there is anything that can be done to allow us more flexibility but to also find ways to keep people from abusing this flexibility.

Thank you for your help!

- Christina
x4847

----- Forwarded by Christina M Erwin/RES/Raytheon/US on 01/20/2005 12:58 PM -----



**Sandra W Vanier**

01/13/2005 03:57 PM

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL

cc:

Subject: Modified Time policy

For those of you who were not at yesterday's department meeting:

To recap what John stated :

1) Modified time off is to be used with prior approval of your section manager. ( Please send me an e-mail )
2) Modified time was not meant to be used on a daily basis. ( you are not breaking any laws by not recording to the 1/10th of an hour )
3) It is OK to use MOD time when you need to.
4) Make sure that your hours total 8 for the day.
5) Mod time is not to be used to bank or accrue time. ( this is the real problem )
6 ) It is best for Mod time to be zeroed out within the week, if that is not possible, than strive for a 2 week period.

Sandi

Raytheon

Sandi W Vanier
Manager
Tactical Interfaces Systems Development

401.842.4693
sandra_w_vanier@raytheon.com

----- Forwarded by Charlotte M Whiteside/RES/Raytheon/US on 01/04/2005 01:42 PM -----

John F Kelly
01/04/2005 01:34 PM

To: Charlotte M Whiteside/RES/Raytheon/US@MAIL
cc:
Subject: Modified Time policy

Happy New Year. With the new year comes a full PTO balance and modified time balance of zero. Speaking of modified time, I would like to reiterate the Company's policy on the use of modified time :

- Modified time off is to be used for compelling, personal reasons
- Modified time off is to be used with prior approval of your section manager
- Modified time off must be made up within a two week period for exempt employees (same week for non exempt employees)

- Modified time worked should not be used to build up hours in order to take time off in subsequent weeks (unless it is for approved modified time off the following week).
- Modified time worked should be used when making up for modified time off as described above.

I will talk more about the use of modified time at the monthly department meeting and your section manager will also address the issue at your monthly section meeting. In the meantime, if you have questions please call your section manager or me.

Thanks,
John

**Sandra W Vanier/RES/Raytheon/US**
08/23/2007 02:42 PM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject **Fw: Modified Time policy**

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 08/23/2007 02:42 PM -----

**Christina M Erwin/RES/Raytheon/US**
01/26/2005 12:00 PM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
Subject Re: Modified Time policy

Email 3.

----- Forwarded by Christina M Erwin/RES/Raytheon/US on 01/26/2005 11:59 AM -----

**Stephen T Sammartano**
01/21/2005 09:41 AM

To: Christina M Erwin/RES/Raytheon/US@MAIL
cc:
Subject: Re: Modified Time policy

You are the only complainer so far. If you had any brains you'd work with me so you'd be able to work different hours to me after we win. So much for your initiative, you upstart.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christina M Erwin

**Christina M Erwin**
01/21/2005 08:16 AM

To: Stephen T Sammartano/US/Raytheon@MAIL
cc:
Subject: Re: Modified Time policy

Stephen -

Could you please not reply to all on these emails? I don't want to eat into anyone's working hours with my search for information. I just wanted to bird's eye view of what people's views were on the subject and have collected the bulk of your comments and that should suffice for the time being.
Thanks.
- Christina

Stephen T Sammartano

**Stephen T Sammartano**
01/20/2005 06:05 PM

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL
cc:
Subject: Re: Modified Time policy

I make up time in advance, Chris. During any given week though you are authorized to work a certain number of hours and required to work a certain number of hours. The number is usually the same, forty hours. If you work more hours than you were authorized - I say record the time and also charge the excess to modified time worked - that will bring down to forty. If you work less than the required time and have modified time in the bank, put down the actual time you worked, say 34, and charge six hours to modified time off that will bring you up to forty.

For all these other cases, I would say don't use modified time. So long as you don't, the time card will tally your hours, as you peddle no less, no wait peddling is illegal I mean pedal, -- regardless of how fast or how slow you pedal by the end of the week you make sure you've worked your forty hours and there is no modified time. Some days you worked 5.5 hours and other days you worked 10.5 hours and one day your worked 8 hours - with no modifed time used the time card shows forty. Works for me.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christopher A Goodrich



**Christopher A Goodrich**
01/20/2005 04:23 PM

To: Christina M Erwin/RES/Raytheon/US@MAIL
cc: Brian P Hawkins/US/Raytheon@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, David S

Amaral/RES/Raytheon/US@MAIL, Diana
Ukleja/RES/Raytheon/US@MAIL, Frank
Sposato/RES/Raytheon/US@MAIL, Glenn J
Wojcik/RES/Raytheon/US@MAIL, Gregory
Klinker/RES/Raytheon/US@MAIL, John
Mangan/RES/Raytheon/US@MAIL, John
Ramos/RES/Raytheon/US@MAIL, Joyce C
Costakos/US/Raytheon@MAIL, Kristie L
Kowalski/RES/Raytheon/US@MAIL, Mark C
Worden/US/Raytheon@MAIL, Mark
Damiani/RWS/Raytheon/US@MAIL, Michael D
Mueller/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL,
Ross W Fabricant/US/Raytheon@MAIL, Scott M
Bindas/RES/Raytheon/US@MAIL, Stephen E
Sullivan/RES/Raytheon/US@MAIL, Stephen T
Sammartano/US/Raytheon@MAIL, Thomas
Silveria/US/Raytheon@MAIL

Subject: Re: Modified Time policy

Christina,

I could not agree more with your sentiments. It seems to me that use of modified time contributes to the flexibility of my "work/life" balance. Typically I use modified time when I have to leave early/arrive late for doctor's appointments and the like. (I am, like Greg, getting on in years, though mentally I'm still 12.)

When someone has accumulated close to ten hours of modified time in a two week period then that may be a problem which should be dealt with on an individual basis.

If I have to leave early for an appointment (and know that I will) then it would be nice to work a couple of hours extra in advance, then take the time off as necessary. The reverse is more usually the case, I work less than a 9-hour day so I make it up later, usually within two weeks.

Banking time for an extra day off down the road coud be a problem, although I know of no one who does this. Usually it's some poor bastard working ten to twelve hours in the lab because they need to get something done and out the door. (While their flipping manager is home eating dinner!) Expecting the person to "donate" that time to the company by not recording it is B.S. (It's also unethical in my book.)

In order to maintain a proper balance we need flexibility. I'm starting to see more and more in this company an abysmal lack of flexibility and a "lowest common denominator" approach to every situation. It seems we have some very unimaginative types in the hierarchy who feel that everything must be dictated and no one can be trusted to do the right thing.

I'm pretty sure (from "street" evidence and rumors) that this modified time business is orginating well above John K's level. Is there a problem in the company that this policy is attempting to address? Do we have a written policy which describes how modified time is to be used? Or is it simply however the top bananas feel like interpreting the "policy" that day.

I'm with you on this. I spent 24 years in the military and we treated our raw recruits better than this company treats its most valuable resource: its people.

Chris

Christina M Erwin

Christina M Erwin
20-01-2005 13:20

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M
Bindas/RES/Raytheon/US@MAIL, Joyce C



Costakos/US/Raytheon@MAIL, Mark
Damiani/RWS/Raytheon/US@MAIL, Christine
Domingos/RES/Raytheon/US@MAIL, Christina M
Erwin/RES/Raytheon/US@MAIL, Ross W
Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL,
Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P
Hawkins/US/Raytheon@MAIL, Gregory
Klinker/RES/Raytheon/US@MAIL, Kristie L
Kowalski/RES/Raytheon/US@MAIL, John
Mangan/RES/Raytheon/US@MAIL, Michael D
Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL,
Stephen T Sammartano/US/Raytheon@MAIL, Thomas
Silveria/US/Raytheon@MAIL, Frank
Sposato/RES/Raytheon/US@MAIL, Stephen E
Sullivan/RES/Raytheon/US@MAIL, Diana
Ukleja/RES/Raytheon/US@MAIL, Glenn J
Wojcik/RES/Raytheon/US@MAIL, Mark C
Worden/US/Raytheon@MAIL

cc:
Subject: Modified Time policy

All -

There are a few of us that think that the current modified time policy does not allow enough flexibility. We feel that other options might be found that support a healthy work/life balance and a better work environment.

Please let me know if you think this company policy is too strict OR if you think that the current policy is fair. Also, if you think the current policy should be adjusted, let me know if you have any suggestions for other solutions.

If I find that I have minimal support then I will likely not pursue this effort. Otherwise, I will see how high I can raise this issue and if there is anything that can be done to allow us more flexibility but to also find ways to keep people from abusing this flexibility.

Thank you for your help!

- Christina
x4847

----- Forwarded by Christina M Erwin/RES/Raytheon/US on 01/20/2005 12:58 PM -----



Sandra W Vanier
01/13/2005 03:57 PM

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M
Bindas/RES/Raytheon/US@MAIL, Joyce C
Costakos/US/Raytheon@MAIL, Mark
Damiani/RWS/Raytheon/US@MAIL, Christine
Domingos/RES/Raytheon/US@MAIL, Christina M
Erwin/RES/Raytheon/US@MAIL, Ross W
Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL,
Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P
Hawkins/US/Raytheon@MAIL, Gregory
Klinker/RES/Raytheon/US@MAIL, Kristie L
Kowalski/RES/Raytheon/US@MAIL, John
Mangan/RES/Raytheon/US@MAIL, Michael D
Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL,
Stephen T Sammartano/US/Raytheon@MAIL, Thomas
Silveria/US/Raytheon@MAIL, Frank
Sposato/RES/Raytheon/US@MAIL, Stephen E
Sullivan/RES/Raytheon/US@MAIL, Diana
Ukleja/RES/Raytheon/US@MAIL, Glenn J

Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL
cc:
Subject: Modified Time policy

For those of you who were not at yesterday's department meeting:

To recap what John stated :

1) Modified time off is to be used with prior approval of your section manager. ( Please send me an e-mail )
2) Modified time was not meant to be used on a daily basis. ( you are not breaking any laws by not recording to the 1/10th of an hour )
3) It is OK to use MOD time when you need to.
4) Make sure that your hours total 8 for the day.
5) Mod time is not to be used to bank or accrue time. ( this is the real problem )
6 ) It is best for Mod time to be zeroed out within the week, if that is not possible, than strive for a 2 week period.

Sandi

Raytheon

Sandi W Vanier
Manager
Tactical Interfaces Systems Development

401.842.4693
sandra_w_vanier@raytheon.com

----- Forwarded by Charlotte M Whiteside/RES/Raytheon/US on 01/04/2005 01:42 PM -----

John F Kelly
01/04/2005 01:34 PM

To: Charlotte M Whiteside/RES/Raytheon/US@MAIL
cc:
Subject: Modified Time policy

Happy New Year. With the new year comes a full PTO balance and modified time balance of zero. Speaking of modified time, I would like to reiterate the Company's policy on the use of modified time :

- Modified time off is to be used for compelling, personal reasons
- Modified time off is to be used with prior approval of your section manager
- Modified time off must be made up within a two week period for exempt employees (same week for non exempt employees)

- Modified time worked should not be used to build up hours in order to take time off in subsequent weeks (unless it is for approved modified time off the following week).
- Modified time worked should be used when making up for modified time off as described above.

I will talk more about the use of modified time at the monthly department meeting and your section manager will also address the issue at your monthly section meeting. In the meantime, if you have questions please call your section manager or me.

Thanks,
John

| | | |
|---|---|---|
| **Sandra W Vanier/RES/Raytheon/US** | To | Sandra W Vanier/RES/Raytheon/US@MAIL |
| 08/23/2007 02:42 PM | cc | |
| | bcc | |
| | Subject | Fw: Modified Time policy |

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 08/23/2007 02:42 PM -----

| | | |
|---|---|---|
| **Christina M Erwin/RES/Raytheon/US** | To | Sandra W Vanier/RES/Raytheon/US@MAIL |
| 01/26/2005 12:00 PM | cc | |
| | Subject | Re: Modified Time policy |

Email 4.

----- Forwarded by Christina M Erwin/RES/Raytheon/US on 01/26/2005 11:59 AM -----

| | | |
|---|---|---|
| **Stephen T Sammartano** | To: | Christina M Erwin/RES/Raytheon/US@MAIL |
| 01/21/2005 10:25 AM | cc: | |
| | Subject: | Re: Modified Time policy |

I am joking, but you must be aware of where my freedom starts and yours ends.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christina M Erwin

| | | |
|---|---|---|
| **Christina M Erwin** | To: | Stephen T Sammartano/US/Raytheon@MAIL |
| 01/21/2005 08:16 AM | cc: | |
| | Subject: | Re: Modified Time policy |

Stephen -

Could you please not reply to all on these emails? I don't want to eat into anyone's working hours with my search for information. I just wanted to bird's eye view of what people's views were on the subject and have collected the bulk of your comments and that should suffice for the time being.
Thanks.
- Christina

Stephen T Sammartano

**Stephen T Sammartano**
01/20/2005 06:05 PM

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL
cc:
Subject: Re: Modified Time policy

I make up time in advance, Chris. During any given week though you are authorized to work a certain number of hours and required to work a certain number of hours. The number is usually the same; forty hours. If you work more hours than you were authorized - I say record the time and also charge the excess to modified time worked - that will bring down to forty. If you work less than the required time and have modified time in the bank, put down the actual time you worked, say 34, and charge six hours to modified time off that will bring you up to forty.

For all these other cases, I would say don't use modified time. So long as you don't, the time card will tally your hours, as you peddle no less, no wait peddling is illegal I mean pedal, -- regardless of how fast or how slow you pedal by the end of the week you make sure you've worked your forty hours and there is no modified time. Some days you worked 5.5 hours and other days you worked 10.5 hours and one day your worked 8 hours - with no modifed time used the time card shows forty. Works for me.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Christopher A Goodrich



**Christopher A Goodrich**
01/20/2005 04:23 PM

To: Christina M Erwin/RES/Raytheon/US@MAIL
cc: Brian P Hawkins/US/Raytheon@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, David S Amaral/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Frank

Sposato/RES/Raytheon/US@MAIL, Glenn J
Wojcik/RES/Raytheon/US@MAIL, Gregory
Klinker/RES/Raytheon/US@MAIL, John
Mangan/RES/Raytheon/US@MAIL, John
Ramos/RES/Raytheon/US@MAIL, Joyce C
Costakos/US/Raytheon@MAIL, Kristie L
Kowalski/RES/Raytheon/US@MAIL, Mark C
Worden/US/Raytheon@MAIL, Mark
Damiani/RWS/Raytheon/US@MAIL, Michael D
Mueller/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL,
Ross W Fabricant/US/Raytheon@MAIL, Scott M
Bindas/RES/Raytheon/US@MAIL, Stephen E
Sullivan/RES/Raytheon/US@MAIL, Stephen T
Sammartano/US/Raytheon@MAIL, Thomas
Silveria/US/Raytheon@MAIL

Subject: Re: Modified Time policy

Christina,

I could not agree more with your sentiments. It seems to me that use of modified time contributes to the flexibility of my "work/life" balance. Typically I use modified time when I have to leave early/arrive late for doctor's appointments and the like. (I am, like Greg, getting on in years, though mentally I'm still 12.)

When someone has accumulated close to ten hours of modified time in a two week period then that may be a problem which should be dealt with on an individual basis.

If I have to leave early for an appointment (and know that I will) then it would be nice to work a couple of hours extra in advance, then take the time off as necessary. The reverse is more usually the case, I work less than a 9-hour day so I make it up later, usually within two weeks.

Banking time for an extra day off down the road coud be a problem, although I know of no one who does this. Usually it's some poor bastard working ten to twelve hours in the lab because they need to get something done and out the door. (While their flipping manager is home eating dinner!) Expecting the person to "donate" that time to the company by not recording it is B.S. (It's also unethical in my book.)

In order to maintain a proper balance we need flexibility. I'm starting to see more and more in this company an abysmal lack of flexibility and a "lowest common denominator" approach to every situation. It seems we have some very unimaginative types in the hierarchy who feel that everything must be dictated and no one can be trusted to do the right thing.

I'm pretty sure (from "street" evidence and rumors) that this modified time business is orginating well above John K's level. Is there a problem in the company that this policy is attempting to address? Do we have a written policy which describes how modified time is to be used? Or is it simply however the top bananas feel like interpreting the "policy" that day.

I'm with you on this. I spent 24 years in the military and we treated our raw recruits better than this company treats its most valuable resource: its people.

Chris

Christina M Erwin

Christina M Erwin
20-01-2005 13:20

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine



Domingos/RES/Raytheon/US@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL

cc:

Subject: Modified Time policy

All -

There are a few of us that think that the current modified time policy does not allow enough flexibility. We feel that other options might be found that support a healthy work/life balance and a better work environment.

**Please let me know if you think this company policy is too strict OR if you think that the current policy is fair. Also, if you think the current policy should be adjusted, let me know if you have any suggestions for other solutions.**

If I find that I have minimal support then I will likely not pursue this effort. Otherwise, I will see how high I can raise this issue and if there is anything that can be done to allow us more flexibility but to also find ways to keep people from abusing this flexibility.

Thank you for your help!

- Christina
x4847

----- Forwarded by Christina M Erwin/RES/Raytheon/US on 01/20/2005 12:58 PM -----



**Sandra W Vanier**

01/13/2005 03:57 PM

To: David S Amaral/RES/Raytheon/US@MAIL, Scott M Bindas/RES/Raytheon/US@MAIL, Joyce C Costakos/US/Raytheon@MAIL, Mark Damiani/RWS/Raytheon/US@MAIL, Christine Domingos/RES/Raytheon/US@MAIL, Christina M Erwin/RES/Raytheon/US@MAIL, Ross W Fabricant/US/Raytheon@MAIL, Michael P Gillis/US/Raytheon@MAIL, Christopher A Goodrich/RES/Raytheon/US@MAIL, Brian P Hawkins/US/Raytheon@MAIL, Gregory Klinker/RES/Raytheon/US@MAIL, Kristie L Kowalski/RES/Raytheon/US@MAIL, John Mangan/RES/Raytheon/US@MAIL, Michael D Mueller/US/Raytheon@MAIL, John Ramos/RES/Raytheon/US@MAIL, Stephen T Sammartano/US/Raytheon@MAIL, Thomas Silveria/US/Raytheon@MAIL, Frank Sposato/RES/Raytheon/US@MAIL, Stephen E Sullivan/RES/Raytheon/US@MAIL, Diana Ukleja/RES/Raytheon/US@MAIL, Glenn J Wojcik/RES/Raytheon/US@MAIL, Mark C Worden/US/Raytheon@MAIL

cc:
Subject: Modified Time policy

For those of you who were not at yesterday's department meeting:

To recap what John stated :

1) Modified time off is to be used with prior approval of your section manager. ( Please send me an e-mail )
2) Modified time was not meant to be used on a daily basis. ( you are not breaking any laws by not recording to the 1/10th of an hour )
3) It is OK to use MOD time when you need to.
4) Make sure that your hours total 8 for the day.
5) Mod time is not to be used to bank or accrue time. ( this is the real problem )
6 ) It is best for Mod time to be zeroed out within the week, if that is not possible, than strive for a 2 week period.

Sandi

Raytheon

Sandi W Vanier
Manager
Tactical Interfaces Systems Development

401.842.4693
sandra_w_vanier@raytheon.com

----- Forwarded by Charlotte M Whiteside/RES/Raytheon/US on 01/04/2005 01:42 PM -----

John F Kelly
01/04/2005 01:34 PM

To: Charlotte M Whiteside/RES/Raytheon/US@MAIL
cc:
Subject: Modified Time policy

Happy New Year. With the new year comes a full PTO balance and modified time balance of zero. Speaking of modified time, I would like to reiterate the Company's policy on the use of modified time :

- Modified time off is to be used for compelling, personal reasons
- Modified time off is to be used with prior approval of your section manager
- Modified time off must be made up within a two week period for exempt employees (same week for non exempt employees)

- Modified time worked should not be used to build up hours in order to take time off in subsequent weeks (unless it is for approved modified time off the following week).
- Modified time worked should be used when making up for modified time off as described above.

I will talk more about the use of modified time at the monthly department meeting and your section manager will also address the issue at your monthly section meeting. In the meantime, if you have questions please call your section manager or me.

Thanks,
John

# Exhibit
# D

# Raytheon Performance and Development Summary

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

## Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention.

Steve spent the year of 2004 working on the DD(X) program as a member of the TSCEI ICS Data Distribution sub-IPT. He was responsible for porting Event Services (EVS) Publish/Subscribe code from Java to C++ and for software development and unit test for EVS releases 1 and 2. Steve struggled some at first in trying to adjust to the very challenging and immature TSCEI development environment, but his productivity improved with each development assignment. Steve worked very hard and frequently stayed late and worked weekends in efforts to meet his commitments and deadlines. He has a very good command of the C++ programming language and the C++ Standard Template Library. However, sometimes Steve's work was detrimentally affected due to the fact that he was new to Raytheon and Raytheon specific software processes and vendor tools.

At the end of Sept 2004, Steve worked as a member of the DD(X) generic Design Patterns Team and also supported the Generic Services task. He was responsible for developing C++ CRC calculations as well as assisting the Generic Services group in supporting new APIs and functionality. His performance on this task was very good. He displayed an ability to learn rapidly and his work was of good quality and was delivered ahead of schedule. When assigned the CRC work, he took the initiative to do research and propose the optimal strategy to accomplish his tasks. Steve completed his Six Sigma Specialist project this year.

## Key Strengths

- Strong knowledge of C++
- Good Java skills
- Very thorough in testing his code
- Hardworking and dedicated

## Key Development Needs

- Provide opportunity to use formal Raytheon Software Development process
- Continue to improve knowledge of software development environment( test and debugging tools, scripts, configuration management)
- Remain calm and professional when coping with demands from superiors, peers and subordinates
- Improve effectiveness of communications and interactions within the team
- Become more proficient in UNIX

## Development Plans/Training

- Software Development Methods for IDS SED
- Software Testing Overview
- UNIX
- Inspections
- Software CSCI/System Testing

## Potential Next Assignment(s)

- continue on current assignment - DD(X) Generic Services

## Employee Comments

1.) In regards to my need to follow formal Raytheon Software Development process, I continue to find myself directed away from activities which ultimately positively impact the project. I sent Sandra Vanier an email recently describing the full software development life cycle as follows.

1. Proposal - Requirements Spec - Someone proposes a change or addition to the system. A requirement spec is generated to detail what the change must do.

## Overall Performance Rating

Meets Requirements

## Potential Code

## Acknowledgements

Leader/Date SANDRA W. VANIER 03/10/2005

Employee/Date STEPHEN T. SAMMARTANO 03/10/2005

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 | Business/Business Unit Integrated Defense Systems | EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T | Title Sr Software Engineer II

## Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention

| Key Strengths | Key Development Needs |
|---|---|
| • Always willing to put in extra effort<br>• Displays energy and enthusiasm for his work<br>• Good at providing status to section manager | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| • Software/System Integration<br>• IDS C5 Software Cost Estimating | |

## Employee Comments

2. Acceptance - Functional Spec The requirements spec is accepted as complete. Engineering produces a functional spec which describes the software from the point of view of what the user will see. The functional spec is generally nontechnical.

3. Design - Design Spec The algorithms required to implement the functional spec are designed by the software engineer who produces a design spec that describes in technical detail what

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | | |
| | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

portions of the software system will be changed , how they will be changed, how the changes will affect the existing system, and any new methods or processes that will be created.

4. Code - Source Code The software engineer writes the actual software that implements the design spec. He compiles and links the code, and tests the specific changes introduced into the program

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

5. Code Review - Version Control System Revision Another software engineer examines the changes to the source code, looking for accuracy, completeness, ( lack of ) undesirable side-effects, efficiency, readability, and programming style. He does not need to run the program. The original programmer checks the source into the version control system

6. System Test - Functional Program The new program is tested in a run-time environment. This may be a simulator, lab, or a customer site - whatever is needed to fully test the program under a

| Overall Performance Rating | Acknowledgements | | |
|---|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 | |
| **Potential Code** | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 | |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

variety of actual operating conditions. The program should be stress tested and pushed to its limits to insure that it will function under all circumstances

7. Release - Deliverable Product The new program is incorporated into the released product.

| Overall Performance Rating | Acknowledgements | | |
|---|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 | |
| **Potential Code** | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 | |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention:**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

I noted that to date I am only receiving the design spec and that the design spec has many errors. I really have no option to further participate in the Raytheon Software Development process. On my current project, the same was true of my coding efforts. My initial efforts were discouraged and suddenly the applicability of the code I am writing to the project becomes apparent and I am held accountable for being discouraged. The effect of discouragement is to not view the effort as official and so when a less official yet functional product is produced upon the belief that it will not be applicable, I am held accountable for it not being professional instead of those who failed to recognize the effort as professional being held accountable. If I was recognized as the professional

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | | |
| | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

**Key Strengths**

**Key Development Needs**

**Development Plans/Training**

**Potential Next Assignment(s)**

**Employee Comments**

which I am, I would be taken seriously from the start and the first deliverable would look more serious as not having been hampered by the belief that such professionalism will be out of place in what is presumed to be an unprofessional outcome. Instead of giving me credit for the quality of my code and addressing those who view the effort as unprofessional, I am held accountable for the actions of others. It's not right. More than that, you are giving me a problem that I nor anyone else will ever be able to solve. At one point, Dick Amundson was able to effect the project positively in such a way in the port of Java to C++ in recommending that the Java file be copied to a C++ file of the same name - the result being - the professionalism of the original source is adopted, retained,

| **Overall Performance Rating** | **Acknowledgements** | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | | |
| | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention:**

**Key Strengths:**

**Key Development Needs:**

**Development Plans/Training:**

**Potential Next Assignment(s):**

**Employee Comments:**

and modified. The code I have today could look as professional as any other, but it's beginnings lacked the beginnings of other sources. Who ever reads this must understand that these comments don't reflect good or evil people, just a lack of whatever you want to call it. The same person can be positively and negatively influential without even realizing it. One can at least be aware.

2.) In regards to improving knowledge of the software development environment including test and debugging tools, scripts, and configuration management I know this is an area for which I require

**Overall Performance Rating:**

Meets Requirements

**Potential Code:**

**Acknowledgements:**

Leader/Date SANDRA W. VANIER 03/10/2005

Employee/Date STEPHEN T. SAMMARTANO 03/10/2005

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

improvement. In fairness to myself however, Raytheon has contributed to my weakness in this area. When I first started Dick Amundson directed me become familiar with ACE and I did. However, upon joining the project back in January of 2004, I was one of the few people who did not use ACE in any way. Only recently did this come to light when I was directed to use ACE on my current project and I had to inform my lead, Dan Courville, that Raytheon had never allocated any time for me to use ACE and produce a simple ACE hello world program in unix. After two days review I created a 74 line makefile for a thousand line simulator distributed among multiple directories which used ACE. I will add that this is the first makefile I have ever created in my entire life. It is a real

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

weakness which I have, but one which was created and reinforced through circumstances.

3.) In reference to remaining calm, I know I am much calmer than most people. Were any other person in my shoes, I think other people's actions would be more colorfully noted. Regarding being professional, the tail doesn't wag the dog. Be serious. And or provide examples for me to address and we will see who is overlooking whose faults and not accounting for the other's strengths.

| Overall Performance Rating | Acknowledgements | | |
|---|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 | |
| **Potential Code** | | | |
| | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 | |

# Raytheon Performance and Development Summary (Continued)

Company Most Private

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO;STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention.**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

This is a common projection of people who are not calm and lack professionalism onto someone who they feel all to powerful to show any respect to in spite of that person's professionalism and continued calm nature and in complete absence of any understanding or responsibility for their own actions. I will not assume guilt for the faults of others. Aside from being calmer and more professional than most, I am no different than anyone else.

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | | |
| | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention.**

| **Key Strengths** | **Key Development Needs** |
|---|---|
| | |

| **Development Plans/Training** | **Potential Next Assignment(s)** |
|---|---|
| | |

**Employee Comments**

4.) In reference to improving the effectiveness of my communication - that is very well put. For I think my written communication is often very good. My verbal communication tends not to be as good because I write software - generally when people approach me I am in the midst of writing software. I have to regroup so to speak ( Wow, what a pun that is - effective communication in action ! ). Even so I did stutter in the past and still do sometimes - my accent. However, being a more effective communicator and making my communications more effective is definitely something anyone can work on especially when in the presence of those who for one reason or another not only get away with poor communication skills, but refuse to and make their refusal someone else's

**Overall Performance Rating**

Meets Requirements

**Potential Code**

**Acknowledgements**

Leader/Date SANDRA W. VANIER 03/10/2005

Employee/Date STEPHEN T. SAMMARTANO 03/10/2005

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention.**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

problem most commonly as a projection. Having said that, I have become more lax intermittently in my writing.

5.) In regards to becoming more proficient in Unix, I am weak in script writing and in environment configuration issues.

| Overall Performance Rating | Acknowledgements | | |
|---|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 | |
| **Potential Code** | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 | |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

6.) From the top paragraph above - "Steve struggled some at first in trying to adjust to the very challenging and immature TSCEI development environment, but his productivity improved with each development assignment." Apparently, I missed that part. I was immediately tasked with the work which no one else wanted - the exceptions. I first received the code on January 22. On January 23rd, I produced my first working exception class in which I later found an error. I am sorry, I fail to be able to place this detail within my time here, nor am I readily willing to assume responsibility for other people's actions/inactions. I like anyone else am going to have to be told some things - if people aren't going to tell me, the work is not going to get done. I went on to continue my port from

| Overall Performance Rating | Acknowledgements | | |
|---|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 | |
| **Potential Code** | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 | |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

Java to C++ by creating dummy classes to represent code which I lacked - compiling, linking, and executing in a local development environment. I literally let nothing stand in my way. But there were obstacles and sometimes they were embodied in flesh and blood. Now having said this, I always admit that I am weak in environment issues and scripting, but that admission does not make me responsible for other people's inability to assist. In regards to this statement from above - "sometimes the quality and timeliness of Steve's work was affected by his limited understanding of a large scale software development environment and limited exposure to the Raytheon Software Development Process. " - I was provided the wrong coding standard three times. Pub-Sub is really a

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | | |
| | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

simple concept, yet noone ever drew a simple UML diagram for me. I don't think the correct party is being held responsible for timeliness. There was a lack of effort here, but it was not on my part. Certainly the introduction of a tool like doxygen would have been better than nothing. For all the experience the people involved have, someone has to have the common sense to figure out how best to view the forrest from the trees or recognize their own lack of ability in being able to communicate with others.

**Overall Performance Rating**

Meets Requirements

**Potential Code**

**Acknowledgements**

Leader/Date SANDRA W. VANIER 03/10/2005

Employee/Date STEPHEN T. SAMMARTANO 03/10/2005

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

7.) Regarding the phrase above - "sometimes the quality and timeliness of Steve's work was affected by his limited understanding of a large scale software development environment and limited exposure to the Raytheon Software Development Process". I have a lot of experience with large scale software development. I don't have a lot of experience in setting up an environment on a workstation whether it is part of a large scale software development or not. I don't have a lot of experience writing makefiles. I don't have a lot of experience writing scripts. I never missed deadlines, except when I was working with Frank Monte. My work with him is mysteriously recalled as just me porting Event Services from Java to C++. Frank Monte, Dick Amundson, and I all met.

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | | |
| | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

We divided the work up. Dick informed us that it was only about a thousand lines of code. Intuitively, I thought I would get the publisher or subscriber and Frank would get the other half, but that's not how the work was divided. I was given exceptions, constants, EVSUtility_T, EVSRunnable and some other classes. Frank had the rest. Our deadline would arrive, Frank would report to have been doing other necessary activities and the work would be divided again and we repeated this process a few times until I had ported all the classes while Frank did do other activities which were necessary. Along the way we would all agree that our task ahead was not unsurmountable and so we had no questions. I would be working on something like EVSRunnable arrive at a question

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | | |
| | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

and the receive the response to leave that class. The same thing happened with a hash table. I wrote an entire hash table - 24 hours. Dick Amundson never told us ahead of time that we should use an STL set. So I would go off, accomplish a task or develop a question and be informed that everything I was doing was not going to be necessary as we would be taking another path. We missed deadlines with such leadership style. There were some RTI NDDS concepts, for instance the concept of a domain, which I was required to become familiar with and to understand how they should be represented in software and that took some time. Still these concepts do not define large scale software development. Aside from the work with Frank Monte I always achieved

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Raytheon Performance and Development Summary (Continued)

*Company Most Private*

Year 2004 Business/Business Unit Integrated Defense Systems EmpID 1038555

Employee Name SAMMARTANO,STEPHEN T Title Sr Software Engineer II

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention.**

| Key Strengths | Key Development Needs |
|---|---|
| | |

| Development Plans/Training | Potential Next Assignment(s) |
|---|---|
| | |

**Employee Comments**

deadlines.

| Overall Performance Rating | Acknowledgements | |
|---|---|---|
| Meets Requirements | Leader/Date | SANDRA W. VANIER 03/10/2005 |
| **Potential Code** | | |
| | Employee/Date | STEPHEN T. SAMMARTANO 03/10/2005 |

# Exhibit E

Stephen T Sammartano/US/Raytheon

03/11/2005 07:39 PM

To Sandra W Vanier/RES/Raytheon/US@MAIL

cc

bcc

Subject Hello Sandra

I honestly think the effective communications need makes little sense. I have experienced this all of my life. People with accents so thick that they are barely understandable
never get ratings like this, and they generally can't write, but be an English speaking person with a speach problem and they pull this stunt. If I could speak properly I could
practically teach English. But it's never an issue for those with an accent and yet my problem functionally has the same effect - I sound funny. Now the wierd part is, I can
more often than not speak properly. My communication is effective.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

# Exhibit
# F

02871-1087 USA
Ph 401.842.3765

Sandra W Vanier/RES/Raytheon/US

**Sandra W Vanier/RES/Raytheon/US**

08/24/2005 04:13 PM

To Stephen T Sammartano/US/Raytheon@MAIL

cc Sandra W Vanier/RES/Raytheon/US@MAIL

Subject Mid Year Performance 2005

Steve

I wanted to give you some feedback on your performance thus far for the year of 2005 ( as you asked )
Overall, I think you are doing well and there are just a few areas that you need to work on ( and remember
we all have areas that we need to work on )

---

Overall Performance

Overall performance has been o.k., Has completed his assignments on time.

Strengths
1) Strong C/C++ programming skills and he certainly puts whatever time is necessary to complete a task.
2) Often stays late (on his own time) to complete a task.
3) Dedicated and hard worker.
4) Conscientious and eager to deliver quality product

Teamwork
With respect to Teamwork, Steve has improved and is easier to work with and sometimes offers help to others if asked for it. But, also still holds his work very close. Needs to interact more with the team and realize that the team is working towards the same goal. His experiences and sharing of knowledge can help the entire team.

Areas that need Improvement
1) Needs improvement on comprehension of the bigger picture. An EO4 should understand the bigger picture (in this case TSCEI Common Design Patterns) of the project verses just coding little pieces.
2) Has some trouble prioritizing tasks and sometimes needs to be told exactly what to work on when. ( ie. An E04 should be able to work with minimal direction and should be able to be given a list of tasks to get done in some timeframe, instead of being told that you need to do task A in X days, task B in the next Y days and finally task C in Z days ).
3) Sometimes tasks take longer than expected to complete.

Regards

# EXHIBIT G

Stephen T Sammartano/US/Raytheon
08/29/2005 07:35 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject Re: Fw: Re: Fw: thank you Re: Mid Year Performance 2005

Well my side would consist of the following ideas

1.) In regards to any and all negative issues, do you have any documentation to support these allegations or are they just hearsay, by what mechanism is my guilt proven?

2.) What I don't understand, is that based upon historical fact, I don't see any evidence that if I had just done nothing and followed along that I would have been in a position to fulfill the status of an E4. The planned a course of actiion which does not include me in the capacity of an E4 and then afterwards give me a bac review. Again I am being held responsible due to the inaction of some party. The first time that I was ever told that I was an E4 and informed of the associated responsibilities was at my first year end review.

3.) On the basis of historical fact, it does seem like I have performed in the capacity of an E4 by rolling myself off of EVS into Bob Pulley's group after I had been sitting and essentially just compiling idl from about April 15th-August 25th. For the following seven months - August 25 - April of this year I was producing out of my own background checksum code which was done way ahead of schedule, serialization code ahead of schedule, event distribution with a contribution from me pre-spec. After that we went into testing I have not been provided with the overview of testing at the level of an E4 which I would be required to have to conduct testing at the level of an E4 so since I know things can't always be perfect, I followed Dan's advice and I have been testing from April until now. None of what has transpired through my efforts as explained above falls into the characterization of someone who lacks an understanding of * the big picture *.

4.) With respect to teamwork and strengths, my strengths have always been beyond C++. The company has expected me to produce with incomplete information. Company officials with any influence over me have held both the company's products and other people's work very close, while insisting that my work be placed for the review of others either in the vobs or on the M drive for periods of time in the absence of contribution from other team members. I propose that during these times when I was working alone that others had ample opportunity to improve the understanding of * the big picture *. I have noted these claims to the company on various occasions in various ways. Note that company officials not only hold their own and other people's work close, but also the deliverables of Raytheon from the point of view of allowing the opportunity for one to be a contributor. These are not even things owned by other employees, yet they have sought to make things which I own public property.

| Whether the item in question is a technology | Whether the item in question is a course |
|---|---|
| Corba | NDDI |
| Java | Six Sigma |
| UML | Corba |
| | None for me. |

Sandra, you have mentioned this yourself - that is that Dennis Sagamang encourages his people to hold their work close.

5.) In regards having to be told exactly what to do. Everyone requires information to do their job. I am not provided the information that an E4 would need to approach my tasks without which I am not responsible for the lack of production at the level of an E4. The exhibited failure is not my failure. It is

failure for the information required of an E4 to reach the E4. In place of the information required of an E4 - someone tells me what to work on when

6.) I have never been informed that a task took longer than expected. There have been many times when I have delivered a task earlier than expected.

As always, I will let you know if I think of anything else.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Sandra W Vanier/RES/Raytheon/US



**Sandra W Vanier/RES/Raytheon/US**
**08/26/2005 03:41 PM**

**To** Stephen T Sammartano/US/Raytheon@MAIL
**cc**
**Subject** Fw: Re: Fw: thank you Re: Mid Year Performance 2005

Steve

You can send me an e-mail to present your side or we can get together and discuss. Which ever you prefer.

Sandi

-----Forwarded by Sandra W Vanier/RES/Raytheon/US on 08/26/2005 03:39PM -----

To: Sandra W Vanier/RES/Raytheon/US@MAIL
From: Stephen T Sammartano/US/Raytheon
Date: 08/26/2005 04:25AM
Subject: Re: Fw: thank you Re: Mid Year Performance 2005

Ok. Is there a place where I should be directing feedback? Is there any aspect of this where I present my side? Do I wait for an official review or was this an official review?

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island

# EXHIBIT
# H



Sandra W Vanier/RES/Raytheon/US
01/11/2006 05:46 PM

To John F Kelly/RES/Raytheon/US@MAIL, Heather Lemmon/US/Raytheon@MAIL
cc
bcc
Subject Fw: another correctionFw: Final Questions

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 01/11/2006 05:45 PM -----

Stephen T Sammartano/US/Raytheon
01/11/2006 05:42 PM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
Subject Fw: another correctionFw: Final Questions

See, now I saw John Kelly on the way out and we talked and he said something to the effect that he's glad that management didn't have to put me on some ADA. I don't mean to be challenging, but we shouldn't be having these conversations with my accomplishments. I know it. You should too. I think John Kelly should, but then that's what I think. It won't be the first time a lead didn't know or understand something I thought he should. I don't want to be challenging, but at least I can notify you and save you personally some embarrassment. I can't stop John Kelly or any manager from attempting to use their power to make a scene with me, but I can walk away.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/11/2006 05:37 PM -----

Stephen T Sammartano/US/Raytheon
01/11/2006 05:22 PM

To Sandra W Vanier/RES/Raytheon/US
cc
Subject Fw: another correctionFw: Final Questions

Sandra, as my section manager who has sometimes been helpful to me, I think I have to tell you that with the sacrifices I have chosen to make and with the accomplishments I have here and prior to here, and with what I know, and what I can do, I don't think there is going to come a time when I will be doing non-object oriented anything or ADA all by itself for any real length of time. I have no house, no wife or kids, very little family left, and of those who are left very few who will talk to me as a result of all the sacrifices which I have chosen to become who I am. Anyone who thinks I that I am going to all of a sudden start making choices differently at this time in my life and jump into something else without some major change happening in my life is beyond delusional. I can't even think what that major change would

2 of 6

be. I am not saying someone will not try and I am certainly not challenging you or anyone else. However, I don't think you or anyone else should do anything which is going to make themselves look bad for doing it in the belief that something is going to happen which I know is not. I don't believe that anyone in their right mind would do as something like this to me unless they were attempting to irritate me in the same way someone would pour boiling water on another person. The result will be the same given the constraints of what it will take for me to walk away without recourse. You can take that as your notice. In the meantime, I presume I am free to make the most of who I am at Raytheon and to pursue what opportunites become available. I don't expect to be tasked only with things which aren't commesurate with my abilities and knowledge. In regards to leadership, there is no lack of leadership skills or knowledge in myself which are not present in those who lead or have lead at one time or another.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/11/2006 04:57 PM -----

Stephen T Sammartano/US/Raytheon
01/10/2006 09:46 AM

To Sandra W Vanier/RES/Raytheon/US
cc
Subject another correctionFw: Final Questions

Your also not accounting for managers simply not being committed to interviewing anyone at the time and not allowing for people like me to simply not being committing to accepting any new positions at the time.

Margaret up in Andover had that excuse. Seems like I, as an E4 - a leader no less, should be able to handle the same phrase, that I am simply not committing to accepting positions right now. I eat well, I sleep well, but I have no desire to work,,,,,

Note I am not attempting to use this excuse now, I am just saying what's good for the moose is good for mander.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

----- Forwarded by Stephen T Sammartano/US/Raytheon on 01/10/2006 09:42 AM -----

Stephen T Sammartano/US/Raytheon
01/10/2006 09:37 AM

To Sandra W Vanier/RES/Raytheon/US
cc

Subject Fw: Final Questions

Your also not accounting for managers simply not being committed to interviewing anyone at the time and not allowing for people like me to simply to being committing to accepting any new positions at the time.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

—— Forwarded by Stephen T Sammartano/US/Raytheon on 01/10/2006 09:36 AM ——

**Stephen T Sammartano/US/Raytheon**
01/10/2006 09:20 AM

To Sandra W Vanier/RES/Raytheon/US
cc
Subject Re: Fw: Final Questions

I think there can be many reasons for someone remaining on overhead. Some people can be seen as a problem. To have a guy write something pre-spec which ultimately carries through to the deliverable is threatening and threateneing is a problem as an example. No one wants to end one's career because they hired a person better than themselves. If anything the way to deal with qualified people is often to not hire them and then promote people who can't do the job. The qualified person then looks like the problem, because in being qualified he always delivers something usable to the unqualified while the unqualified never delivers anything useable to the qualified. A different variation of the unix vi editor trick. Some guy comes around and reduces a 101-key board to four keys and one hand - it's too simple so they never teach it that way and everyone says the vi is cryptic and that the guy who wrote was a nut when it's the manuals that are crazy and cryptic. If you can remember your right hand you can remember how to navigate in vi - a child can do it, but they never teach it that way.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Sandra W Vanier/RES/Raytheon/US



**Sandra W Vanier/RES/Raytheon/US**
01/09/2006 10:54 AM

To Stephen T Sammartano/US/Raytheon@MAIL
cc Sandra W Vanier/RES/Raytheon/US@MAIL

Subject Fw: Final Questions

Your also not accounting for managers simply not being committed to interviewing anyone at the time and not allowing for people like me to simply to being committing to accepting any new positions at the time.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

—— Forwarded by Stephen T Sammartano/US/Raytheon on 01/10/2006 09:36 AM ——

**Stephen T Sammartano/US/Raytheon**
01/10/2006 09:20 AM

To Sandra W Vanier/RES/Raytheon/US
cc
Subject Re: Fw: Final Questions

I think there can be many reasons for someone remaining on overhead. Some people can be seen as a problem. To have a guy write something pre-spec which ultimately carries through to the deliverable is threatening and threateneing is a problem as an example. No one wants to end one's career because they hired a person better than themselves. If anything the way to deal with qualified people is often to not hire them and then promote people who can't do the job. The qualified person then looks like the problem, because in being qualified he always delivers something usable to the unqualified while the unqualified never delivers anything useable to the qualified. A different variation of the unix vi editor trick. Some guy comes around and reduces a 101-key board to four keys and one hand - it's too simple so they never teach it that way and everyone says the vi is cryptic and that the guy who wrote was a nut when it's the manuals that are crazy and cryptic. If you can remember your right hand you can remember how to navigate in vi - a child can do it, but they never teach it that way.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Sandra W Vanier/RES/Raytheon/US



**Sandra W Vanier/RES/Raytheon/US**
01/09/2006 10:54 AM

To Stephen T Sammartano/US/Raytheon@MAIL
cc Sandra W Vanier/RES/Raytheon/US@MAIL

4 of 6

Subject Fw: Final Questions

See answers in RED

Raytheon

Sandi W Vanier
Manager
Tactical Interfaces Systems Development

401.842.4693
sandra_w_vanier@raytheon.com

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 01/09/2006 10:04 AM -----

Stephen T Sammartano/US/Raytheon
01/09/2006 09:19 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
Subject Final Questions

Hello Sandra,

Over the weekend I realized I had left out two final items - a question and a conern.

1. Is this project object oriented? Basically, will C++ classes be used is all I am asking. yes

2. I have to point out things for which I am held responsible for. I don't mean to make an issue, however, in the past you have held me responsible for being an E4 and not performing as a lead. I am not asking that I be a lead - maybe only that I am not held responsible for not being placed as one. People come in as cafeteria workers and they either work the grill or they don't. If they do, they might have to be told specifics about that grill, maybe even only where things are, and without that information they are dead in the water. I feel I am being placed in the same position as an E4. This item is more of a concern and I am not sure how it should be addressed. Perhaps you can recommend a point of view or explain why things must be a certain way as a start.

When someone is on overhead, the goal is to place them in any position just to get them off overhead. You ( or I )do not have a choice
in the matter. There was money in the VA program, so that is where you get placed. If the VA program was ADA, then you would have to learn ADA.

In general: I can not and will not suggest that someone takes a lead position, unless everyone that works with this person feels that they have demonstrated that they have the skills it takes to be a leader. Usually the best way to work towards a leadership position is to consistently exceed expectations of your current IPT lead or group lead. Of course, because we work in team environments in Raytheon, your co-workers also play a part ( they can see if you are really carrying the load and leading the project. ) Again, in general, if your the one everyone goes to for your knowledge, then you will start getting a very good reputation, and people will naturally begin to think of you in a lead position ).

Another one of my observations: Another point to remember is that employees whose Performance is outstanding will not remain on overhead very long,
because when someone hears that they are on overhead, they will snatch them up immediately because everyone wants this person on their team.

Hope this helps you understand.............
We can talk about this topic agaian some more if you like.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Sandra W Vanier/RES/Raytheon/US



**Sandra W Vanier/RES/Raytheon/US**
01/06/2006 06:14 PM

To Stephen T Sammartano/US/Raytheon@MAIL
cc
Subject Fw: About Access

Steve

Usually the program managers decide if you stay on the access list to the area. At least that is how BYG-1 program does it.
I would have to check with Dennis Sagamang for DD(X)

Sandi

**Raytheon**

Sandi W Vanier
Manager
Tactical Interfaces Systems Development

401.842.4693
sandra_w_vanier@raytheon.com

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 01/06/2006 06:13 PM -----

**Stephen T Sammartano/US/Raytheon**
01/06/2006 06:03 PM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
Subject About Access

 6 of 6

Hello Sandra,

Well, I had headed out - was down at the Mission Center which is just about all the way home to a little guy like me, and I bumped in to Adam Dai. You I'm kind of friendly guy and I talk to all different types, always have been, and often I talk to people for the longest time and never even know their name. Such was the case with Adam. Well, one thing led to another and the most curious thing - he mentioned that he had not been sitting up stairs for about a year and that he still had access to the Mission Center and upstairs. He said, "Well you need it, it's the only way to find people to get help sometimes." In agreement with what he had said, I recall seeing him only a few months ago in the Mission Center. So I figured that I would mention it so that maybe I could retain access as well. Dan Courville just hates email you know. I know he is really going to miss me. This way when I need help I can come up and talk to Dan and then find someone who can help me. Sounds like a great idea to me. I would have written this all to you from the Mission Center, but they had just locked it up - no more access tonight unless I call a guard. So I walked all the way back, just about from home, just to write this email. I would have copied Dan on this email, but again, I know how much he hates email. Hey, it'll be better this way. I just know the surprise is going to kill him.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

# EXHIBIT
# I

| | | | |
|---|---|---|---|
| Sandra W Vanier/RES/Raytheon/US | To | John F Kelly/RES/Raytheon/US@MAIL, Heather Lemmon/US/Raytheon@MAIL |
| 01/13/2006 10:47 AM | cc | |
| | bcc | |
| | Subject | Fw: In Regards To Tasking |

Some e-mails I received as a result of asking Steve to meet with me at 3:30pm about his tasking.

Sandi

Raytheon

Sandi W Vanier
Manager
Tactical Interfaces Systems Development

401.842.4693
sandra_w_vanier@raytheon.com

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 01/13/2006 10:44 AM -----

| | | |
|---|---|---|
| Stephen T Sammartano/US/Raytheon | To | Sandra W Vanier/RES/Raytheon/US@MAIL |
| 01/13/2006 10:35 AM | cc | |
| | Subject | In Regards To Tasking |

Hello Sandra,

First, let me say that I am writing to you because Tom Oiver is busy right now doing something else. He had to leave early Wendesday or maybe it was Tuesday if I recall which was another period noted with my correspondence. In all fairness, I have spent some time to assure I properly wrap things up.

Second, in regards to tasking, I am afraid of being tasked improperly. Like all people I have things I can do well, I things I can't do so well - strengths and weakenesses - a digital world of one's and zero's. I can quickely produce code at a high level of maturity. I have in the past had a speech problem which on occasion I exhibit a vestage of. Functionally, the affect of the speech problem is the same as that of an accent. While I am weak in environment given an environment and operating system - be it windows or unix, I can produce code at a high level of maturity in a short period of time. I have done so here in both operating systems. If you recall in one week I had a working windows port of my event dispatcher, while not a deliverable, it serves to support my point.

In a nutshell, I am concerned about being moved from a position of higher code maturity which is comparable to that which I produce where I know little of project details to one of lower code maturity which is beneath that which I produce where I know little of the project details because the company is unwilling to spend the time with me which it spent for others in developing their weaknesses in light of their strengths, abilities, and accomplishments. I don't see why limits for others are merely a slap on the wrist, while for me they are life sentences in complete disregard for my innocence, abilities, and accomplishments. I do at times stutter. The company is making my career stutter. It's not funny to me.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765