UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN T. SAMMARTANO :
Plaintiff :
:
VS : C.A. NO. 06-535S
:
RAYTHEON :
Defendant :

**AFFIDAVIT OF ROBERT FRONCILLO**

I, Robert Froncillo, hereby depose and say that:

1. I have personal knowledge of the facts stated herein and am competent to testify to such facts.

2. I have been employed at Raytheon since May 15, 2000. From May 7, 2005 until January 13, 2007, I was a Manager III in the Integrated Defense Systems Engineering Department located at Raytheon's Maritime Mission Center in Portsmouth, Rhode Island. Since January 13, 2007, I have been a Senior Manager in Program Management.

3. On January 13, 2006, Raytheon placed Sammartano on a Performance Improvement Plan ("PIP").

4. In January of 2006, I replaced Sandra Vanier as Stephen Sammartano's ("Sammartano") section manager and remained in this role until Raytheon terminated his employment.

5. Commencing on January 19, 2006, I was scheduled to meet weekly with Sammartano to discuss his progress in addressing the issues set forth in the PIP.

6. I did not raise Sammartano's stutter as an issue in the PIP status meetings, and no one else raised as an issue his stutter, including Sammartano himself.

7. Sammartano never raised with me the issue that he needed an accommodation for his stutter.

8. At our first meeting on January 19, 2006, I believed that Sammartano was starting to cooperate and accept responsibility for the issues set forth in the PIP.

9. On January 23, 2006, I met with Sammartano for our second PIP status meeting. Sammartano's attitude regarding the PIP completely changed from our first meeting. He asserted to me that he wanted to continue working at Raytheon, but would not acknowledge the PIP. For example, he told me that he did not believe that the PIP addressed any issues regarding his ability to work on a team, even after I addressed with him the comments in the PIP that specifically raised the issue of teamwork. Moreover, he refused to sign the PIP.

10. On January 30, 2006, I met with Sammartano and Heather Lemmon, who at that time was a Cognizant Human Resource Generalist ("Lemmon"), for the third weekly PIP status meeting. At the meeting, Sammartano again insisted that the PIP was not correct and he refused to acknowledge that he needed improvement in any of the areas identified in the PIP.

11. I perceived that Sammartano was visibly tense and agitated at each of the three weekly PIP status meetings.

12. On February 6, 2006 at 8:18 a.m., I sent an electronic mail message to Sammartano and Lemmon asking whether they were available that afternoon at 2:30 p.m. for the next weekly PIP status meeting.

13. On February 6, 2006 at 9:08 a.m., I received an electronic mail response from Sammartano, copying Lemmon, (the "E-mail"), in which he wrote:

> Sorry, I guess I don't really feel comfortable meeting with either of you anymore. You continue to make allegations which you refuse to offer support for. … Your acts are irrational. Who is to say what your motives are. Certainly not I. Fortunately, there is in

> general no expectation that I nor anyone else determine the extent of, the implication of, or the reason for irrationality which potentially puts them at risk. ...
>
> I will summarize by explicitly saying that I believe that these meetings are potentially unsafe for me and having been in the area of three incidents involving physical violence (the last incident occurring last week in New Bedford as reported in the local newspapers – the killing spree which led to numerous deaths), I believe I am eminently qualified to make such a determination.

A true and correct copy of the electronic mail message from Sammartano to me dated February 6, 2006 is attached hereto as Exhibit A.

14. I was incredibly alarmed by Sammartano's references to "physical violence" and a "killing spree," and thought that the specific language "potentially puts them at risk" was a direct threat to me. I immediately discussed my concerns regarding the E-mail with Lemmon and Deborah Belsinger, Manager II of Security. We decided to forward the E-mail to Raytheon's Workplace Violence Committee for further action.

Robert Froncillo

STATE OF RHODE ISLAND
COUNTY OF Newport

In Portsmouth, on this 16 day of October 2007, before me personally appeared Robert Froncillo to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said instrument, by her executed, to be her free act and deed.

Mary Louise Sullivan
Notary Public
Printed Name: MARY LOUISE SULLIVAN
My Commission Expires: 6/14/2010

# Exhibit A

Stephen T Sammartano/US/Raytheon
02/06/2006 09:08 AM

To Robert E Froncillo/US/Raytheon@MAIL
cc Heather Lemmon/US/Raytheon@MAIL
bcc
Subject Re: PIP Meeting

History: This message has been forwarded.

Hello Rob, Heather,

Sorry, I guess I don't really feel comfortable meeting with either of you anymore. You continue to make allegations which you refuse to offer support for. As an example, you said last week that my emails to you represented an issue. I printed them out, forwarded them to Heather, etc. There were only nine emails. I received no explanation from either of you. I have come to believe that I am the only one who is taking the PIP seriously. You and Heather continue to act as if you feel your actions are beyond judgement. The PIP has become nothing more than a DSO for you both to charge to at best perhaps to further suggest that I am costing the company this money ??? I have explained why your actions are arbitrary and capricious. Since they are only directed at me, they constitute a lack of equal employment opportunity for me. Your acts are irrational. Who is to say what your motives are. Certainly not I. Fortunately, there is in general no expectation that I nor anyone else determine the extent of, the implication of, or the reason for irrationality which potentially puts them at risk. While I agree that there is an expectation to document and or report the irrationality to higher authorities in order that they may deal with it, I have done that. . I will add that as an author of numerous technical documents for industry that my written communication skills stood the test of time long before anyone at Raytheon had anything to say about it. I am forty years old with experience, not twenty two years old. I don't think any resemblance of my emails to Bill Swanson's or Dan Smith's make me any more at fault.

I will summarize by explicitly saying that I believe that these meetings are potentially unsafe for me and having been in the area of three incidents involving physical violence ( the last incident occurring last week in New Bedford as reported in the local newspapers - the killing spree which led to numerous deaths ), I believe I am eminently qualified to make such a determination.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Robert E Froncillo/US/Raytheon



Robert E Froncillo/US/Raytheon
02/06/2006 08:18 AM

To stephen_t_sammartano@raytheon.com, Heather Lemmon/US/Raytheon@MAIL
cc
Subject PIP Meeting

Steve, Heather,

Sorry for the change of plans... I am here at the MMC today and will be going to Tewksbury tomorrow. I'll be in phone conferences throughout the morning. Are you avaiulable for a 2:30 meeting?

thanks, Rob