**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

**Motion For Exhibit Support For Continuance Due To Objection To Due Process**

## I. Introduction

Plaintiff submits Motion For Exhibit Support for Continuance Due To Objection To Due Process in connection with action brought by the Defendant as Motion For Summary Judgement.

Exhibits Enclosed

1. Plaintiff submits exhibit support for Continuance Due To Objection To Due Process.

Dated: Novemeber 7, 2007

Stephen Sammartano 11/7/2007 [signature] 11/7/2007

Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412
Pro Se

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

**Exhibit Support For Continuance Due To Objection To Due Process**

**I. Introduction**

Plaintiff provides exhibits in connection with Motion For Exhibit Support For Continuance Due To Objection To Due Process.

Exhibits Enclosed

Dated: November 7, 2007

Stephen Sammartano 11/7/2007 Stephen Sammartano 11/7/2007

Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412
Pro Se

## CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 7th day of November, 2007, a copy of the foregoing document was served by mail on the above-named party.

Stephen Sammartano 11/7/2007

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com