Exhibit 1C-1

# I will be in as of and after 2:30pm.

From: **Stephen Sammartano** (stevesammartano@hotmail.com)
Sent: Tue 10/16/07 1:09 PM
To: Whelan, Joseph D. (jwhelan@haslaw.com)

Attorney Whelan,

Try me earlier if you want, but I am sure I will be in as of and after 2:30pm.

I have cancelled both depositions for tomorrow. I am planning to cancel the deposition scheduled for Friday.

Regards,
Stephen Sammartano
401.335.3412

Subject: RE: I received your message of postponement to what sounds like the 16th
FW: Speech Evaluation
Date: Mon, 1 Oct 2007 11:40:01 -0400
From: jwhelan@haslaw.com
To: stevesammartano@hotmail.com

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 10/1/2007 at 10:55 AM EDT and filed on 10/1/2007

**Case Name:** Sammartano v. Raytheon Company
**Case Number:**
**Filer:**
**Document Number:** No document attached
**Docket Text:**
NOTICE of Hearing:Settlement Conference reset for 10/16/2007 09:30 AM in Magistrate Judge Lovegreen Chambers - Room 521 before Magistrate Judge Robert W Lovegreen. (Price, Rhonda)

**1:06-cv-535 Notice has been electronically mailed to:**

Exhibit 1C-2

Joseph D. Whelan jwhelan@haslaw.com, clomas@haslaw.com

**1:06-cv-535 Notice has been delivered by other means to:**

Stephen T Sammartano
75 Arthur Street #4
Pawtucket, RI 02860

**From:** Stephen Sammartano [mailto:stevesammartano@hotmail.com]
**Sent:** Monday, October 01, 2007 11:22 AM
**To:** Whelan, Joseph D.
**Subject:** I received your message of postponement to what sounds like the 16th FW: Speech Evaluation

Hello Attorney Whelan.

I received your message regarding the postponement of the settlement conference to what sounds like October 16th, 2007.
Correct me if I am wrong. Please also indicate what time the new meeting is to commence.

Regards,
Stephen Sammartano

From: stevesammartano@hotmail.com
To: jwhelan@haslaw.com
Subject: Speech Evaluation
Date: Thu, 20 Sep 2007 12:30:41 -0400

Hello Attorney Whelan,

I would like to submit to you a copy of a speech evaluation which was performed 8/28/2007. A fews days have passed since it was conducted since I was not sure if I was going to do more with the speech therapist and the speech therapist found time to go away in connection with the holiday weekend for a few days. I also was not sure if I had any additional relevant documents which I should send you at the same time. I could have just sent the information and followed up with any subsequent information, however, some get upset by the extra email. To that end, having taken due diligence to reduce the amount of email which I send you, I would like to provide the attached speech evaluation with your understanding of my attempts to communicate with you in a non-abrasive way.

Respectfully,
Stephen Sammartano
75 Arthur St #4
Pawtucket, RI 02860
401.335.3412

Exhibit 1C-3

------------------------------------

per request for documents

------------------------------------

Joseph D. Whelan
HinckleyAllenSnyderLLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000 ext. 5666
(401) 277-9600 (fax)

**I hereby certify that on the 20th day of September 2007, a copy of the foregoing document was served by email on the above named party.**

Stephen Sammartano, Pro Se
75 Arthur St #4
Pawtucket, RI 02860
401.335.3412

More photos; more messages; more whatever – Get MORE with Windows Live™ Hotmail®. NOW with 5GB storage.

Connect to the next generation of MSN Messenger

Help yourself to FREE treats served up daily at the Messenger Café.