Exhibit 1D-1

# Any Information Regarding Acceptability Of Other Depositions

From: **Stephen Sammartano** (stevesammartano@hotmail.com)
Sent: Wed 10/17/07 10:25 AM
To: Whelan, Joseph D. (jwhelan@haslaw.com)

Attorney Whelan,

I would like to know your final answer for Friday's deposition regarding whether it must be reformatted and/or rescheduled. It has been set up such that Mike Smiegal who is in Fort Wayne, Indiana will be sworn in by a stenographer in Fort Wayne. I will call in on 260.424.1435 and they will call out to you at whatever number you provide. The time scheduled for commencement is 1:00pm ( expected 1:00pm-4:00pm ). I am aware that you expressed a problem with the procedure, however I saw no mention of such details requiring leave of court in my research of the federal rules of civil procedure.

While I have your attention, the deposition schedule has noted depositions for this coming Monday, two depositions in fact. One deposition from 9:00am-12:00am and the other from 1:00pm-4:00pm. Are you going to accept those as scheduled?

Furthermore, you might be ready to indicate your acceptance or need to reschedule the depositions scheduled for Friday, October 26th. If so, please provide any such information.

As a matter of fact, if you are in a position to express your acceptance or need to reschedule any other depositions now, kindly inform me.

Regards,
Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412

> Subject: RE: I received your message of postponement to what sounds like the 16th
> FW: Speech Evaluation
> Date: Mon, 1 Oct 2007 11:40:01 -0400
> From: jwhelan@haslaw.com
> To: stevesammartano@hotmail.com
>
> *****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**
>
> **U.S. District Court**
>
> **District of Rhode Island**

Exhibit 1D-2

**Notice of Electronic Filing**

The following transaction was entered on 10/1/2007 at 10:55 AM EDT and filed on 10/1/2007

**Case Name:** Sammartano v. Raytheon Company

**Case Number:**

**Filer:**

**Document Number:** No document attached

**Docket Text:**

NOTICE of Hearing:Settlement Conference reset for 10/16/2007 09:30 AM in Magistrate Judge Lovegreen Chambers - Room 521 before Magistrate Judge Robert W Lovegreen. (Price, Rhonda)

**1:06-cv-535 Notice has been electronically mailed to:**

Joseph D. Whelan jwhelan@haslaw.com, clomas@haslaw.com

**1:06-cv-535 Notice has been delivered by other means to:**

Stephen T Sammartano
75 Arthur Street #4
Pawtucket, RI 02860

**From:** Stephen Sammartano [mailto:stevesammartano@hotmail.com]
**Sent:** Monday, October 01, 2007 11:22 AM
**To:** Whelan, Joseph D.
**Subject:** I received your message of postponement to what sounds like the 16th FW: Speech Evaluation

Hello Attorney Whelan.

I received your message regarding the postponement of the settlement conference to what sounds like October 16th, 2007.
Correct me if I am wrong. Please also indicate what time the new meeting is to commence.

Regards,
Stephen Sammartano

From: stevesammartano@hotmail.com
To: jwhelan@haslaw.com
Subject: Speech Evaluation
Date: Thu, 20 Sep 2007 12:30:41 -0400

Hello Attorney Whelan,

I would like to submit to you a copy of a speech evaluation which was performed 8/28/2007. A fews days have passed since it was conducted since I was not sure if I was going to do more with the speech therapist

Exhibit 1D-3

and the speech therapist found time to go away in connection with the holiday weekend for a few days. I also was not sure if I had any additional relevant documents which I should send you at the same time. I could have just sent the information and followed up with any subsequent information, however, some get upset by the extra email. To that end, having taken due diligence to reduce the amount of email which I send you, I would like to provide the attached speech evaluation with your understanding of my attempts to communicate with you in a non-abrasive way.

Respectfully,
Stephen Sammartano
75 Arthur St #4
Pawtucket, RI 02860
401.335.3412

------------------------------------

per request for documents

------------------------------------

Joseph D. Whelan
[illegible]
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000 ext. 5666
(401) 277-9600 (fax)

**I hereby certify that on the 20th day of September 2007, a copy of the foregoing document was served by email on the above named party.**

Stephen Sammartano, Pro Se
75 Arthur St #4
Pawtucket, RI 02860
401.335.3412

More photos; more messages; more whatever – Get MORE with Windows Live™ Hotmail®. NOW with 5GB storage.

Connect to the next generation of MSN Messenger

Help yourself to FREE treats served up daily at the Messenger Café.