Exhibit 4-1

# RE: correction - I called your office Tuesday FW: I have cancelled the deposition set for tomorrow. FW:

From: **Whelan, Joseph D.** (jwhelan@haslaw.com)
Sent: Thu 10/18/07 3:31 PM
To: Stephen Sammartano (stevesammartano@hotmail.com)

Stephen: I am out of the office. I will try to call you later today or tomorrow.

Sent from my GoodLink Wireless Handheld (www.good.com)

-----Original Message-----
From: Stephen Sammartano [mailto:stevesammartano@hotmail.com]
Sent: Thursday, October 18, 2007 02:08 PM Eastern Standard Time
To: Whelan, Joseph D.
Subject: correction - I called your office Tuesday FW: I have cancelled the d

below should say I called your office, Tuesday*

From: stevesammartano@hotmail.comTo: jwhelan@haslaw.comSubject: I have cancelled the

Hello Attorney Whelan, You have not provided any feedback on tomorrow's deposition.

From: stevesammartano@hotmail.comTo: jwhelan@haslaw.comSubject: Any Information Rega

Attorney Whelan, I would like to know your final answer for Friday's deposition reg

Subject: RE: I received your message of postponement to what sounds like the 16th FW

Here is the actual notice...

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RE
U.S. District Court
District of Rhode IslandNotice of Electronic Filing
The following transaction was entered on 10/1/2007 at 10:55 AM EDT and filed on 10/1

Case Name:
Sammartano v. Raytheon Company

Case Number:
1:06-cv-535

Filer:

Document Number:
No document attached Docket Text: NOTICE of Hearing:Settlement Conference reset for

Exhibit 4-2

From: Stephen Sammartano [mailto:stevesammartano@hotmail.com] Sent: Monday, October
Hello Attorney Whelan. I received your message regarding the postponement of the se

From: stevesammartano@hotmail.comTo: jwhelan@haslaw.comSubject: Speech EvaluationDat

Hello Attorney Whelan, I would like to submit to you a copy of a speech evaluatio
I hereby certify that on the 20th day of September 2007, a copy of the foregoing do
Stephen Sammartano, Pro Se75 Arthur St #4Pawtucket, RI 02860401.335.3412 stevesamma

More photos; more messages; more whatever - Get MORE with Windows Live(tm) Hotmail®.

Connect to the next generation of MSN Messenger Get it now!

Help yourself to FREE treats served up daily at the Messenger Café. Stop by today!

Windows Live Hotmail and Microsoft Office Outlook - together at last. Get it now!

---

Boo! Scare away worms, viruses and so much more! Try Windows Live OneCare!