Exhibit 5

# the depositions scheduled for Monday are cancelled subject to reschedule.

From: **Stephen Sammartano** (stevesammartano@hotmail.com)
Sent: Thu 10/18/07 6:11 PM
To: jwhelan@haslaw.com

Attorney Whelan,

As agreed over the phone, the depositions scheduled for Monday are cancelled subject to reschedule.

Regards,
Stephen Sammartano

> Subject: RE: correction - I called your office Tuesday FW: I have cancelled the deposition set for tomorrow. FW:
> Date: Thu, 18 Oct 2007 15:31:34 -0400
> From: jwhelan@haslaw.com
> To: stevesammartano@hotmail.com
>
> Stephen: I am out of the office. I will try to call you later today or tomorrow. Joe w
>
> Sent from my GoodLink Wireless Handheld (www.good.com)
>
> -----Original Message-----
> From: Stephen Sammartano [mailto:stevesammartano@hotmail.com]
> Sent: Thursday, October 18, 2007 02:08 PM Eastern Standard Time
> To: Whelan, Joseph D.
> Subject: correction - I called your office Tuesday FW: I have cancelled the deposition set for tomorrow. FW:
>
> below should say I called your office, Tuesday*
>
>
> From: stevesammartano@hotmail.comTo: jwhelan@haslaw.comSubject: I have cancelled the deposition set for tomorrow. FW: Any Information Regarding Acceptability Of OthDate: Thu, 18 Oct 2007 13:52:15 -0400
>
>
> Hello Attorney Whelan, You have not provided any feedback on tomorrow's deposition. After mentioning the depositions scheduled for Wednesday were not going to happen when we spoke at court on Tuesday, you left Friday open as possibly either way. I made myself available Wednesday afternoon in light of your interest in speaking with me, but I received no call from you. I did call your office, Wednesday, but you were not available to speak with me. I sent you an email yesterday regarding Friday's ( tomorrow's ) deposition and you have not responded. I have cancelled the deposition for tomorrow. We will have to reschedule. Are the depositions scheduled for Monday going to happen? Regards,Stephen Sammartano75 Arthur Street #4Pawtucket, RI

Exhibit 5-2

02860401.335.3412
>
>
> From: stevesammartano@hotmail.comTo: jwhelan@haslaw.comSubject: Any Information Regarding Acceptability Of Other DepositionsDate: Wed, 17 Oct 2007 10:25:33 -0400
>
> Attorney Whelan, I would like to know your final answer for Friday's deposition regarding whether it must be reformatted and/or rescheduled. It has been set up such that Mike Smiegal who is in Fort Wayne, Indiana will be sworn in by a stenographer in Fort Wayne. I will call in on 260.424.1435 and they will call out to you at whatever number you provide. The time scheduled for commencement is 1:00pm ( expected 1:00pm-4:00pm ). I am aware that you expressed a problem with the procedure, however I saw no mention of such details requiring leave of court in my research of the federal rules of civil procedure. While I have your attention, the deposition schedule has noted depositions for this coming Monday, two depositions in fact. One deposition from 9:00am-12:00am and the other from 1:00pm-4:00pm. Are you going to accept those as scheduled? Furthermore, you might be ready to indicate your acceptance or need to reschedule the depositions scheduled for Friday, October 26th. If so, please provide any such information. As a matter of fact, if you are in a position to express your acceptance or need to reschedule any other depositions now, kindly inform me. Regards,Stephen Sammartano75 Arthur Street #4Pawtucket, RI 02860401.335.3412
>
>
> Subject: RE: I received your message of postponement to what sounds like the 16th FW: Speech EvaluationDate: Mon, 1 Oct 2007 11:40:01 -0400From: jwhelan@haslaw.comTo: stevesammartano@hotmail.com
>
>
> Here is the actual notice...
>
> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
> U.S. District Court
> District of Rhode IslandNotice of Electronic Filing
> The following transaction was entered on 10/1/2007 at 10:55 AM EDT and filed on 10/1/2007
>
>
>
> Case Name:
> Sammartano v. Raytheon Company
>
> Case Number:
> 1:06-cv-535
>
> Filer:
>
>
> Document Number:
> No document attached Docket Text: NOTICE of Hearing:Settlement Conference reset for 10/16/2007 09:30 AM in Magistrate Judge Lovegreen Chambers - Room 521 before Magistrate Judge Robert W Lovegreen. (Price, Rhonda) 1:06-cv-535 Notice has been electronically mailed to: Joseph D. Whelan jwhelan@haslaw.com, clomas@haslaw.com 1:06-cv-535 Notice has been delivered by other means to: Stephen T Sammartano75 Arthur Street #4Pawtucket, RI 02860
>
>

Exhibit 5-3

>
>
>
> From: Stephen Sammartano [mailto:stevesammartano@hotmail.com] Sent: Monday, October 01, 2007 11:22 AMTo: Whelan, Joseph D.Subject: I received your message of postponement to what sounds like the 16th FW: Speech Evaluation
> Hello Attorney Whelan. I received your message regarding the postponement of the settlement conference to what sounds like October 16th, 2007.Correct me if I am wrong. Please also indicate what time the new meeting is to commence. Regards,Stephen Sammartano
>
>
> From: stevesammartano@hotmail.comTo: jwhelan@haslaw.comSubject: Speech EvaluationDate: Thu, 20 Sep 2007 12:30:41 -0400
>
> Hello Attorney Whelan, I would like to submit to you a copy of a speech evaluation which was performed 8/28/2007. A fews days have passed since it was conducted since I was not sure if I was going to do more with the speech therapist and the speech therapist found time to go away in connection with the holiday weekend for a few days. I also was not sure if I had any additional relevant documents which I should send you at the same time. I could have just sent the information and followed up with any subsequent information, however, some get upset by the extra email. To that end, having taken due diligence to reduce the amount of email which I send you, I would like to provide the attached speech evaluation with your understanding of my attempts to communicate with you in a non-abrasive way. Respectfully, Stephen Sammartano75 Arthur St #4Pawtucket, RI 02860401.335.3412 -----------------------------------per request for documents-----------------------------------Joseph D. Whelan HinckleyAllenSnyderLLP 50 Kennedy Plaza, Suite 1500 Providence, RI 02903 (401) 274-2000 ext. 5666 (401) 277-9600 (fax) jwhelan@haslaw.com
> I hereby certify that on the 20th day of September 2007, a copy of the foregoing document was served by email on the above named party.
> Stephen Sammartano, Pro Se75 Arthur St #4Pawtucket, RI 02860401.335.3412 stevesammartano@hotmail.com
>
> More photos; more messages; more whatever - Get MORE with Windows Live(tm) Hotmail®. NOW with 5GB storage. Get more!
>
> Connect to the next generation of MSN Messenger Get it now!
>
> Help yourself to FREE treats served up daily at the Messenger Café. Stop by today!
>
> Windows Live Hotmail and Microsoft Office Outlook - together at last. Get it now!
> ______________________________________________________________________
> Boo! Scare away worms, viruses and so much more! Try Windows Live OneCare!
> http://onecare.live.com/standard/en-us/purchase/trial.aspx?s_cid=wl_hotmailnews

Windows Live Hotmail and Microsoft Office Outlook – together at last.