Exhibit 6

# depositions for Friday October 26th, Wednesday October 31 cancelled to reschedule

From: **Stephen Sammartano** (stevesammartano@hotmail.com)
Sent: Thu 10/25/07 11:04 AM
To: jwhelan@haslaw.com
Cc: clomas@haslaw.com

Attorney Whelan,

In light or your inability to make the past depositions and my wish to depose people in the order closer to that originally planned, I have cancelled the depositions for Friday, October 26th and Wednesday
October 31 to be rescheduled.

I have been able to get more time for discovery ( 90 days ) and would like to reschedule all depositions in the order
closer to originally planned subject to what is reasonably possible.

Do you want to suggest dates or shall I suggest dates for you? I did want to depose two people per day
as originally planned.

Cindy Lomas
Secretary to Gerald J. Petros, Joseph D. Whelan and Meghan E. Siket

Please assist me in notifiying Attorney Whelan with the information enclosed in this message.

Regards,
Stephen Sammartano
401.335.3412

Climb to the top of the charts! Play Star Shuffle: the word scramble challenge with star power.