**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

**NOTICE TO TAKE DEPOSITIONS**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Court Rules of Civil Procedure, Plaintiff, Stephen Sammartano will take depositions of the named persons below at the listed dates and times. Each deposition will be taken at the offices of Allied Court Reporters, 115 Phenix Avenue, Cranston, RI 02920. Each deposition shall be conducted before a person a duly authorized by law to administer oaths, shall be recorded stenographically, and shall continue for two and one-half to four hours.

You are invited to attend and cross examine.

| | | |
|---|---|---|
| Bob Pulley | Wednesday, December 5, 2007 | 9:00am-12:00pm. |
| Manny Goncal | Wednesday, December 5, 2007 | 1:00pm-4:00pm. |

Suggested alternate days – Nov 30 – Dec 4 subject to conference room availability

| | | |
|---|---|---|
| Thom Jones | Monday December 10, 2007 | 9:00am-12:00pm. |
| Al Gaines | Monday December 10, 2007 | 1:00pm-4:00pm. |

Suggested alternate days – Dec 11 subject to conference room availability

Robert Dayson Friday December 14, 2007 9:00am-12:00pm.

Heather Lemmon Friday December 14, 2007 1:00pm – 4:00pm.

Suggested alternate days – Dec 13, Dec 17 subject to conference room availability

Rob Froncillo Wednesday December 19, 2007 9:00am-12:00pm

Suggested alternate days – Dec 20, Dec 21 subject to conference room availability

Both parties scheduled for a particular day have to attend on the same day whether it be the scheduled day or an alternate day.

Stephen Sammartano 11/7/2007

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com

Dated: November 6, 2007

CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 6th day of November, 2007, a copy of the foregoing document was served by mail on the above-named party.

Stephen Sammartano 11/6/2007

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com