**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

## Assented To Motion To Reset Summary Judgement Schedule

## I. Introduction

Plaintiff submits Assented To Motion To Reset Summary Judgement Schedule as effective initiation date reset to January 15, 2008 with reponse time from Plaintiff reset to February 4th, 2008.

## Reasons/Observations

1. Defendant was unable to meet initial deposition schedule served upon Defendant September 25th, 2008. Depositions have been rescheduled and served upon Defendant November 6, 2007.
2. Holiday season is approaching
3. In light of the holiday season and Defendant's obligations, Defendant may offer legitimate reasons for requiring new deposition schedule to be adjusted.
4. Plaintiff has obligations and has had them during discovery. Plaintiff did have a contract software engineering position from February 12, 2007 to July 20, 2007 for a company at which Plaintiff worked in Cambridge, MA. The associated round trip commute time was regulary 3-4 hours per day due to traffic and with

one exception, Plaintiff always worked 40 hours per week. Plaintiff must work to fund this action.

## Requested Time

In light of the above observations, Plaintiff proposes a time translation of the schedule to so shift Motion For Summary Judgement and response time by 75 days from the date of service of Motion For Summary Judgement.

Dated: November 13, 2007

Stephen Sammartano 11/13/2007

Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412
**PRO SE**

CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 13th day of November, 2007, a copy of the foregoing

document was served by mail on the above-named party.

Stephen Sammartano 11/13/2007

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com