**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

**Motion For Exhibit Support For Assented MotionTo Adjust Summary Judgement Schedule**

## I. Introduction

Plaintiff submits Motion Exhibit Support seq. ("ADA") as follows.

## Exhibits Enclosed

1. Plaintiff submits letter from Defendant.

Dated: November 13, 2007

Stephen Sammartano 11/13/2007

Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412
Pro Se

CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 13th day of November, 2007, a copy of the foregoing document was served by mail on the above-named party.

Stephen Sammartano 11/13/2007

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com

HinckleyAllenSnyder LLP
ATTORNEYS AT LAW

50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
TEL: 401.274.2000
FAX: 401.277.9600
www.haslaw.com

***Joseph D. Whelan***
jwhelan@haslaw.com

November 1, 2007

Stephen Sammartano, pro se
75 Arthur Street #4
Pawtucket, RI 02860

**Re: Stephen Sammartano**
**Vs: Raytheon**

Dear Stephen:

Enclosed is Raytheon's Motion for Summary Judgment with supporting Memorandum of Law, Statement of Undisputed Material Facts, and Affidavits of Robert Froncillo, Heather Lemmon and Sandra W. Vanier. If you wish to file an opposition to this motion, the deadline set by the court is November 19, 2007. We are more than willing to give you an extension of that time. If you feel such an extension is necessary, you should file an assented to motion with the court to request such an extension.

Very truly yours,

Joseph D. Whelan

Joseph D. Whelan

JDW:cl

Enclosures

839654v1 (21342/13666)