**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** **Plaintiff** | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| **RAYTHEON** **Defendant** | : | |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Court Rules of Civil Procedure, Plaintiff, Stephen Sammartano will take depositions of the named persons below at the listed dates and times. Each deposition will be taken at the offices of Allied Court Reporters, 115 Phenix Avenue, Cranston, RI 02920. Each deposition shall be conducted before a person a duly authorized by law to administer oaths, shall be recorded stenographically, and shall continue for two and one-half to four hours.

You are invited to attend and cross examine.

| | | |
|---|---|---|
| Sandra Vanier | Wednesday, January 23, 2008 | 9:00am - noon |
| Dan Courville | Wednesday, January 23, 2008 | 1:00pm - 4:00pm. |

Stephen Sammartano 1/2/2008

Stephen Sammartano
75 Arthur St #4
Pawtucket, RI 02860
401.335.3412
stevesammartano@hotmail.com

Dated: January 2, 2008

## CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 2nd day of January, 2008, a copy of the foregoing document was served by mail on the above-named party.

Stephen Sammartano 1/2/2008

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com