**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

**Motion To Submit Exhibit Support In Support Of Motion To Compel**

**I. Introduction**

Plaintiff submits Motion to submit Exhibit Support in support of Motion To Compelin connection with action brought by the Plaintiff, Stephen T. Sammartano, seeking declaratory and injunctive relief, litigation expenses and other equitable relief, including back pay, as well as compensatory and punitive damages to redress unlawful discrimination in employment the Plaintiff suffered on account of his perceived stutter disability in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101 et seq. ("ADA") as follows.

**Exhibits Supporting Motion To Compel**

1. Defendant's Responses to Plaintiff's First Set Of Requests For Documents
2. Defendant's Responses to Plaintiff's First Set Of Interrogatories
3. Plaintiff's Third Set Of Interrogatories
4. Plaintiff's Third Set Of Requests For Documents
5. Raytheon Six Sigma 2003
6. Raytheon Six Sigma 2004

Dated: January 2, 2008

1/2/2008

Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412
Pro Se

## CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 2nd day of January, 2008, a copy of the foregoing document was served by mail on the above-named party.

1/2/2008

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com