**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

**<u>Motion To Submit Exhibit Support To Plaintiff's Motion To Compel</u>**

## I. Introduction

Plaintiff submits Motion To Submit Additional Exhibits To Plaintiff's Motion To Compel.

## Exhibits Enclosed

1. Defendant's Responses to Plaintiff's Third Set Of Interrogatories.
2. Defendant's Responses to Plaintiff's Third Set Of Requests For Documents.
3. Defendant's 25 Interrogatories Which Include Subparts.

Dated: January 25, 2008

Stephen Sammartano 1/25/2008

Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412
Pro Se

CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 25th day of January, 2008, a copy of the foregoing document was served by mail on the above-named party.

Stephen Sammartano 1/25/2008

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com