**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

**PLAINTIFF'S MOTION TO OPPOSE SUMMARY JUDGEMENT BY OPPOSING DEFENDANT, RAYTHEON'S, MOTION FOR SUMMARY JUDGEMENT**

Plaintiff moves to oppose Summary Judgement by opposing Defendant, Raytheon's motion for summary judgment pursuant to Rule 56(c) of the Federal Court Rules of Civil Procedure. In support of its Motion, Plaintiff relies on the accompanying Memorandum of Law, i.e. Plaintiff, Stephen Sammartano's Opposition To Defendant's Motion For Summary Judgement, and Plaintiffs Statement of Disputed Facts In Response To Defendant's Undisputed Facts.

CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 4th day of February, 2008, a copy of the foregoing document was served by mail on the above-named party.

2/4/2008

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com