Plaintiff's Disputed Facts Exhibit 2 page 1-3

I am out of work because the opportunity to work as a software engineer at Raytheon no longer exists for me and I am a software engineer. What I am saying is there is a lack of that opportunity and in that way a lack of work. I have a right to be a software engineer. In fact, I have worked for this company, that is Raytheon, as a software engineer since November 10th of 2003 following an interview and job offer.

Now to be complete, I am aware that the company did want me to see a psychiatrist to obtain a clean bill of health and return to work. However saying that alone or mentioning that alone is not being complete as there were events which lead up to the company making that request. They revolve about the idea of intentionally misrepresenting me and holding me accountable for such misrepresentations. As I have said, I have been working at Raytheon as a software engineer since November 10th of 2003. I was a relocation from thirty miles north of Boston. They interviewed me for over an hour for a software engineer position and made me an offer for the position and later said that the job which was offered to me was not the job which was described to me at the interview. They never gave me the job I was interviewed for for even a second. There was no way for me to know until after I had started because they interviewed me for a software engineering position and made me an offer for a software engineering position. Why would I or anyone else conclude that the software engineering position which I was being offered was some other job other than that which I was interviewed for? Well, I didn't. And I expressed this to them a few times. I had to because I was originally placed in a position which failed to match my skillset and I had explained my skillset during the interview and discussed a position which fit my skillset in the interview. Well, they changed the position to a position which was closer to my skillset, but still not the job I was interviewed for. I mentioned this as well. As all of this was happening, I was performing the work being assigned to me. After the first year I had even obtained six sigma credit for doing a six sigma project. Note that they were originally not even willing to pay for me to attend six sigma training. I signed up for six sigma training and informed my superior a week ahead of time that I was in the class which started the following Tuesday. The Monday before the course began he showed up expressing the idea that he did not want to pay for the six sigma training and that if I was going to attend that I would be doing so on my vacation time, not company time. I received an award from security – "Caught doing something right" regarding an incident which occurred. By August of the first year, I finished a project and managed to be accepted into another group. Again the event was associated with marked resistance for since I had began people of the original group had been accusing me of just learning the technology and when I was leaving I was being accused of leaving the group without an expert. The group I moved into was composed of three people who were in a position to not only see my work, but also to use it. These people were helpful to me. They used my deliverables while they offered me helpful information of other kinds. The company encourages this sort of association for all. Yet in my case the company officials made a radical effort to decompose the group which I moved into which consisted of people who were able to work with me and they recomposed it with new members – they made a new group within the group and two of the original members were off doing other things, in fact one actually left the company. Well, I had many more successes which came to pass in this new group, but I was not working with the people who I had moved into the group to work with – it was all different members. For example, I recall one of the first meetings of the new group in which a newly installed acting lead delegated work to three of us. He said to the other two attendees to the meeting, also new to the group, that they were to go off and write the serialization code and I was to work on the checksum code and when they were done they were to return and help me write the checksum code. This was a Thursday. By the following Monday I had a deliverable and the other two gentlemen had not even started – so by definition I was performing beyond expectation. Then one of the other two men went out on jury duty and I wound up doing the serialization code. Note that my deliverables were in public view and accessible by all members of the project in Portsmouth, Tewksbury, and Fort Wayne including non-project members and for a long while I was the only group member who had work available accessible to everyone. I went on to write a pre-spec deliverable which I produced by January 14th of 2005 and again this code was placed in public view. Now I had all these contributions and yet at the end of my first year I was in the lowest raise group. I complained and at the time I was first given the reason that I had only been at the company a short time and later was provided the reason that others had better accomplishments. Still if such was true why did I later also have the department head asking why I was getting all the good work??? Does this mean that others had better accomplishments in the bad work??? Well, I listened to what was said and wanted to avoid having the second year be a repeat of the first year. The department head invited me to what is called a skip level meeting in which he explained to people what were reasonable expectations such as what you would have to do or see happen to reasonably expect a good raise

Plaintiff's Disputed Facts Exhibit 2 page 2-3

and the types of situations you should want to see yourself in such as working with more than one person that way there would be more than one person's input to say if you had done bad or good the previous year. Well, in addition to my concerns about my raise I was in a position where I was pretty much working with only one person so I mentioned my concerns to the department head as a follow up to this meeting. All the while in my actions I was attempting not to go over people's heads because that is one of the CEO's directives. Well, I quickly discovered that the department head was quick to mis-characterize events in a way which was slanted against me as well. Finally, toward the end of last year, he sent an email to human resources saying that I had requested a meeting with human resources – something I had never done. I refused the meeting and was forced to go at a later date. The over all tone of the meeting was positive with the human resources rep noting that a lot of people think meeting with human resources is like going to the principal's office, but that it is not. In fact, I could not understand why I was there since to this day I had a print out of my mid-year review delivered to me August 24th which also had a positive tone. I explained my view of issues which came up during the meeting and the meeting concluded. The year drew to a close, and as the ever diligent employee that I am, I had saved much of my vacation time until the end of the year all the while making contributions to the project during other people's vacation. For me 2005 ended about 12/15 due to my vacation time. Well, work resumed about January 2nd of 2006, and January 13, Friday afternoon I was presented with a three page performance improvement plan for which I provided sixteen pages of responses to illustrating how it was untrue and or true but beside the point and or a mis-characterization. The performance improvement plan included depictions of me which were called out as being unordinary when in fact they were the norm. The performance improvement plan recounted occurrences of excellence as times of offenses by me. For instance, it claimed that I would refuse to make my work available until I was directed to check it into source control, something which is entirely untrue. As I explained previously in this letter, I was for a long while the only person on the later project who had code in view of everyone in all locations. The situation continued and I was informed that the performance improvement plan was to include weekly meetings. Along the way my explanations resulted in me being assigned a new section manager. I attended the meetings and began to recognize that they served only as a podium from which my new section manager would make allegations which he failed to support. They had a recurring theme which amounted to him raising issuings which described allegations which he failed to support, I would focus on and address the issue and explain how the issue as presented was one-sided and required further support and the manager would refuse to offer support but change the subject. For instance, the peformance improvement plan was presented to me, which by the way recounted the first meeting with human resources previously explained herein as having had a positive tone as being my first notification. I addressed the entire document in a timely manner by providing sixteen pages of responses to the document delivered to me on Friday, January 13th by Monday January 16th 9:34am. During the first performance improvement plan meeting the new section manager recounted my responses as refusing to look forward.* A week later during the next meeting he characterized my emails as being rambling and non-understandable. I questioned him and said that he had only known me for a few weeks and that I could not have sent him anymore than five emails ( in fact there were nine ) however most were only a subject line noting attachments which I was required to send him. Knowing full well that the longest email of them all was only about five lines, I suggested that we print out the emails and go over them and in that way he could explain how they were rambling and how I could have written them differently. He refused. In fact, he changed the subject slightly saying that he had seen emails from my past, but as I have noted here he had previously expressed the idea that we should be moving forward. After the meeting I forwarded all nine emails to human resources and a superior asking for explanation of how they were flawed. The meetings were all like this meeting had been. Let me be clear, I had forwarded the nine emails to human resources and to a superior noting the allegations and requesting explanation. A week later I had received no response. A week later I had received no response or explanation regarding my alleged rambling emails and it was time for the next meeting – time for more allegations to be made without support or explanation. I finally realized that nothing at best was happening. At the minimum I was being interrupted from working so that allegations could being made about me which were not being supported by these meetings. It did seem like the involved people were getting in my face and stopping me from going about my business in the guise of these meetings – technically that is legally assault. I could no longer see any positive side to me attending and began to question if maybe I was failing to recognize the tell-tale signs of some greater threat to myself. I reasoned that maybe I did not understand perhaps the cause and potential fact that these meetings represented some greater desperation shared by the involved parties. Indeed, making allegations without support, assaulting someone, suggests some desperation. Why do it? Who was

*All of my effort creating a timely sixteen page response was ignored. The manager came across as if he had not even read any of it.

Plaintiff's Disputed Facts Exhibit 2 page 3-3

I to say where such desperation could lead? On that basis I refused to attend the next meeting on the day of the meeting explaining as I have explained here. That afternoon I was placed upon paid administrative leave which was switched to unpaid administrative leave two weeks later. I was informed that I would have to see a forensic psychiatrist and receive a clean bill of health to return to work. Well, to me this had all gone very far off the point. The point is that I am a software engineer and if anything this company has repeatedly attempted to mischaracterize my work. Potentially I have been assaulted. Why would I or anyone in his right mind voluntarily see a forensic psychiatrist? Why would any victim of assault voluntary see a psychiatrist at the request of the assaulter? Such a course of action is not required of software engineers in general and I have done nothing which has made any authority of psychiatry feel that I require a psychiatrist. I am innocent until proven guilty. I am a software engineer. I have a right to be. I am not in danger to myself or anyone else – time has served to prove that. I choose to no longer subject myself to assaults which now include the assault of claims that I need psychiatric help by those not only not authorized to make such claims but those who have put in writing numerous previous assaults. Such claims are arbitrary and capricious assaults. I do not have to subject myself to being assaulted to be a software engineer. Assault is illegal. I continue to exercise my right to be a software engineer as that is what I am and for me there is now a lack of work at Raytheon.