Stephen T Sammartano/US/Raytheon
07/23/2004 12:02 PM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject comment

To offer you another example of why I attempted to move into generic services, I can tell you that when I came here I had not used vi for a while. I had used different flavors of unix, namely qnx.
In fact, qnx is practically the same as unix except it is hard-core real-time ( Canadian competitor of the American VXWorks ), and it lacks tidbits - like vi. As a result even though I own linux servers, I got into the habit of using something other than vi even when I was on systems that supported vi, I would tend not to use it. Part of the reason was that the manuals I had on vi were very poor in hindsight. Now here in evs when I mentioned the fact that I have not used vi in a while and that it seemed rather cryptic, they would just agree with me - and that's the difference between the generic services people and the evs people. Wai is so qualified he can do it faster than he can explain it to you and that's what he does - and he has stayed with me working late at nights. I have no question in my mind that he wants to help. In the case of vi, he actually admitted that he was embarrassed at me using dtpad. Well, the day finally came when I * had * to use vi and although the generic service people were not there for me this time, I was here to help myself and now I can explain vi to anyone and I can't understand why anyone would say it's complex. You put your right hand on the keyboard and a reasonably natural location is to put your fingers on h,j,k and l. h is left, j is down, k is up and l is right. Enter esc to enter command mode, enter i to enter input mode. Forward search by typing a ' / ' and then what you wish to search for reverse search by holding shift and typing ' / ', a combination which is the question mark, and what you want to reverse search for. Colon set number shows lines numbers. Colon q! quits without save and colon wq quits with save. And so today if someone were to approach me and say vi is cryptic, I would disagree and I would explain it in about thirty seconds - that's how the generic services people are. It's not that they are better, it's that what they know is simple to them and they can explain it that way. That's how I am. It's not how the evs people are. If I don't know something, they want to send me on a three day course, give me five hundred page manual to read, or insinuate that I am unqualified. Incidentally, the parts that would have helped me personally in reference to vi were to your right hand on the keyboard and a reasonably natural location is to put your fingers on h,j,k and l. h is left, j is down, k is up and l is right. I already knew how to use the command mode, input mode, how to quit with save and without save. And at that point it becomes a cinch to learn about search, reverse search, and set number. But I have been here for eight months and no one could figure that out.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

| | | |
|---|---|---|
| **Stephen T Sammartano/US/Raytheon** | **To** | **Robert_P_Pulley@raytheon.com** |
| **08/10/2004 11:45 AM** | **cc** | **Sandra W Vanier/RES/Raytheon/US@MAIL** |
| | **bcc** | |
| | **Subject** | **Hello Bob** |

Hello Bob,

I had a chance to speak to Ken Franks and Al Gaines this morning on separate occasions. I made them realize that what were once jokes, entertaining thoughts, and considerations of me joining their group ( your group ) were becoming a reality and that if they were just putting me on some how that now was the time to say something. I also made them realize that I write software. We all seem to feel we are on the right track in believing that we will work well together and that our words are not just words, but ideas and directions which we have obtained literally over months of our association. On that basis, I sent Sandra Vanier an email a few minutes ago stating again that it seems like moving to generic services ( your group ) and working with Al Gaines, Ken Franks, and J Ko in form of writing software would be a good thing and something I would like to pursue. I look forward to contributing to the further development of Generic Services.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

| | | | |
|---|---|---|---|
| Stephen T Sammartano/US/Raytheon | | To | Sandra W Vanier/RES/Raytheon/US@MAIL |
| 08/10/2004 01:48 PM | | cc | |
| | | bcc | |
| | | Subject | Re: Hello Sandra |

Well, if you recall what I've complained about, I kinda ride in the back seat here in evs. That's one of the contributing factors of me looking elsewhere. Dick Amundson said recently that evs was up for phase 4 funding for another 4 years of work, but when I asked him if I could look at what was coming, he only stated that the phase 4 funding was not assured yet. I've written three pages which document similar dodging activity. I am beginning to think that evs is the greatest show on earth. When I was in the midst of earlier work, they would insinuate I was just learning C++ and that a new hire would be just as good as I - funny how now things change. There isn't going to be all that much impact to evs, Sandra. I am not leaving the company. You are being fooled. Remember I sat doing nothing for three weeks and Dick Amundson was still adding to the group. He has since added two people, one of whom, David Chu works on pub sub already. Time is just being wasted to allow someone the chance to figure out how to torture me more.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765

Sandra W Vanier



| | | |
|---|---|---|
| Sandra W Vanier | To: | Stephen T Sammartano/US/Raytheon@MAIL |
| 08/10/2004 01:34 PM | cc: | |
| | Subject: | Hello Sandra |

Hi Steve

I am working it, and will keep you updated.
I need to speak to Dennis again ( but from when I talked to him last he indicated that before he would release you from your position that you would need to complete your release 2 work )
You may need need to sit down with Dennis ( and/or Christine Lowrie and arrive at a mutual decision of when you should leave the group ).

What I need from you is a clear understanding of what you need to complete for Dennis and the date that you will have this done by. I want to make sure that we do not leave Dennis without a C++ expert on his project.

Sandi

Stephen T Sammartano/US/Raytheon
08/24/2004 09:48 AM

To Sandra W Vanier/RES/Raytheon/US@MAIL
cc
bcc
Subject comments

As I said previously, one of the things I've always liked about Dennis is that he always tries to go by the book.
That's how I do things, however for me my experience has shown that when Dennis says he's going by the book
and following company policy, it simple words to shield something else - to shield for instance me failing to get the same opportunity as everyone else or the same desk as everyone else or to shield as a delay tactic to just waste time. I have tried to consider any hardship upon EVS and Dennis, however, if I am correct between about April and now my assigned modifications to evs have only been the addition of two small modification classes - TopicFactoryImpl_T and TopicImpl_T. The rest of the time was used correcting for Dick Amundson's tactics ( incorrect IDL, incorrect SDD's, etc ) and rebuilding to idl which had been slightly tweaked. Even now I am being held up from producing drivers because RMG is having problems on the EVS side. I am not all that busy. I know I could find a way to free up a C++ guy from such a circumstance and even still have him do all the C++, there really is not that much and there are already people like Dave Amoral and Jeff Groguen who have to rebuild the world, it seems like not so hard a task to figure out how I could help out someone and add my code with theirs - but that is not my job. In fact, they added some of Brian Hawkin's code to mine for the large dto case - it won't even be the first time it was done, but I envision a better way one in which the idl world can be worked in without being rebuilt yet another time. Someone else must figure this out. Be that as it may.

Beyond that, Dennis has really made an issue of the fact that I am not supposed to talk with him, and he is supposed to talk with my section anager, and Bob Pulley, and I am not supposed to talk with any of these people. Well, I hate to burst bubbles, but one of the reasons I like Bob Pulley's group is that I even get along with Bob Pulley !!! I can sit down and talk with him at lunch. I'm not saying I do it everytime and I don't try to make it happen - he's just a likeable guy. You know it didn't start out this way. I learned about Bob Pulley's group from his people first, and I met him last. Honestly, I am suprised that he is just as likeable as his people are. You know what I think even he is surprised that I seem to fit in so well with his people as he was the last person to be informed that we all think we have a good fit. So I think Dennis is going against the grain here. It is sad. However, beyond sad, it concerns me. It concerns me from the point of view that I know Dennis likes to say that he is going by the book - he may actually believe it. What is really knawing at him, I think sometimes, is that he wants to make sure that management is setup as my handlers who are distant from me and have no connection to me at all. It removes me from the picture. I can only wonder what changes will come upon Bob Pulley's group to mess up the good thing they have there in an effort to continue to mess up my life from my point of view.

Sandra, if I was actually leaving with code to be done, I would see Dennis's point. I have been waiting since April for things to pick up. Now some might say, "Oh lucky you easy money for five months". I don't see it that way. I see that I came to the company being able to produce at a greater capacity and in a broader range than I am being aloud to contribute and that it is due to me being tasked improperly ( given things to do which I can't )

and that I am in the wrong group. I am trying moving to a group where I can be with people who have admitted that they came to the company learning C++ ( which I already know ) and they are also using Java and Corba to a greater extent than I have the opportunity to. I do know Java and have had experience with Corba ( corba is a broad topic ) . I see that opportunity I worked very hard for is slipping away and I cannot see the point in allowing the opportunity with Bob Pulley to pass by in light of the fact that I have so little to do and that I fit into Bob Pulley's group so much better. I also see that I am of the same type as the people in Bob Pulley's group. It is becoming annoying that I come to Raytheon to perform tasks and work for Raytheon, while other people are here to use Raytheon's resources against me.

Regards,

Stephen T Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401-842-3765