Sandra W Vanier

Plaintiff's Disputed Facts Exhibit 4

Sandra W Vanier
03/11/2005 12:56 PM

To: Stephen T Sammartano/US/Raytheon@MAIL
cc:
Subject: Hello Sandra

Steve

I also discussed this incident with Christina( 2 months ago) and informed her that she must be careful of thinking that she has power to tell other people
when to speak. I explained this to her and that she has to be careful of other person's feelings. She agreed and said
that she would remember that in the future.....and she said that until I had mentioned that to her that she had not really looked at it from that point of view.

The Christina Erwin incident is only one several instances where people were upset by either words or e-mails that were said to them.
This was Christine Lowrie, Frank Monte, Karen Vandermyde, Bob Dayson. Again, I don't think any of these issues are that big
of a deal. Probably miscommunications , misreading what people are saying,etc. The only message I wanted to get across to you is to be more careful of how you write or say things. That's it ( i don't believe we have to discuss this anymore for now )

And you are right, this is really no big deal, and many others in the department have needs on their performance reviews similar
to yours.....
Everyone had needs, things they need to pay attention to and when I hear from enough of people that this person needs to pay attention to a certain area, then I should not have to spend days figuring out who is right, that is
why I put it on the review and this is why their is an employee comment section. ( Just to give you an example - these were taken off of others reviews- Needs to communicate better, needs to be more understanding of team members, needs to work on diplomacy and tack when working with others who do not know as much, needs to pay more attention to deadlines, needs to learn how to prioritize tasks, needs to control anger in stressful situations, etc )