Plaintiff's Disputed Facts Exhibit 5. page 1-8

**Under item 2.**

**The garbled sentence should read.**

**The company plans a course of action which does** [illegible] **me in the capacity of an E4 and then afterwards gives me a** [illegible]

**Regards,**

**Stephen T. Sammartano**
**Senior Software Engineer**
**Raytheon Integrated Defense Systems**
**1847 West Main Road**
**Portsmouth, Rhode Island**
**02871-1087 USA**
**Ph 401.842.3765**

----- Forwarded by Stephen T [illegible] on 08/29/2005 07:36 AM -----

Stephen T Sammartano/US/Raytheon
08/29/2005 07:35 AM

**Sandra W** [illegible]**eon/US**

**Re: Fw: Re: Fw:** [illegible] **Mid Year Perform**[illegible]
**link: S. T. S**[illegible]

Well my side would consist of the following ideas

1.) In regards to any and all negative issues, do you have any documentation to support these allegations or are they just hearsay, by what mechanism is my guilt proven?

2.) What I don't understand, is that based upon historical fact, I don't

Plaintiff's Disputed Facts Exhibit 5

see any evidence that if I had just done nothing and followed along that I would have been in a position to fulfill the status of an E4. The planned a course of actiion which does not include me in the capacity of an E4 and then afterwards give me a bac review. Again I am being held responsible due to the inaction of some party. The first time that I was ever told that I was an E4 and informed of the associated responsibilities was at my first year end review.

3.) On the basis of historical fact, it does seem like I have performed in the capacity of an E4 by rolling myself off of EVS into Bob Pulley's group after I had been sitting and essentially just compiling idl from about April 15th-August 25th. For the following seven months - August 25 - April of this year I was producing out of my own background checksum code which was done way ahead of schedule, serialization code ahead of schedule, event distribution with a contribution from me pre-spec. After that we went into testing I have not been provided with the overview of testing at the level of an E4 which I would be required to have to conduct testing at the level of an E4 so since I know things can't always be perfect, I followed Dan's advice and I have been testing from April until now. None of what has transpired through my efforts as explained above falls into the characterization of someone who lacks an understanding of * the big picture *.

4.) With respect to teamwork and strengths, my strengths have always been beyond C++. The company has expected me to produce with incomplete information. Company officials with any influence over me have held both the company's products and other people's work very close, while insisting that my work be placed for the review of others either in the vobs or on the M drive for periods of time in the absence of contribution from other team members. I propose that during these times when I was working alone that others had ample opportunity to improve the understanding of * the big picture *. I have noted these claims to the company on various occasions in various ways. Note that company officials not only hold their own and other people's work close, but also the deliverables of Raytheon from the point of view of allowing the opportunity for one to be a contributor. These are not even things owned by other employees, yet they have sought to make things which I own public property.

| Whether the item in question is a technology | Whether the item in question is a course |
|---|---|
| Corba | NDDI |
| Java | Six Sigma |
| UML | Corba |
| | None for me. |

Sandra, you have mentioned this yourself - that is that Dennis Sagamang encourages his people to hold their work close.

5.) In regards having to be told exactly what to do. Everyone requires

information to do their job. I am not provided the information that an E4 would need to approach my tasks without which I am not responsible for the lack of production at the level of an E4. The exhibited failure is not my failure. It is failure for the information required of anyone to reach the E4. In place of the information required of an E4 - someone tells me what to work on when

6.) I have never been informed that a task took longer than expected. There have been many times when I have delivered a task earlier than expected.

As always, I will let you know if I think of anything else.

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

Sandra W Vanier/RES/Raytheon/US
08/26/2005 03:41 PM

To Stephen T Sammartano/US/Raytheon@MAIL
cc
Subject Fw: Re: Fw: thank you Re: Mid Year Performance 2005

Steve

You can send me an e-mail to present your side or we can get together and discuss. Which ever you prefer.

Plaintiff's Disputed Facts Exhibit 5 page 4-8



Sandi

----Forwarded by Sandra W Vanier/RES/Raytheon/[illegible]/26/2005 03:39PM
----

To: Sandra W Vanier/RES/Raytheon/US@MAIL[illegible]
From: Stephen T Sammartano/US/Raytheon
Date: 08/26/2005 04:25AM
Subject: Re: Fw: thank you Re: Mid Year Per[illegible]

Ok. Is there a place where I should be [illegible] there any aspect of this where I present my side? D[illegible] review or was this an official review?

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Sy[illegible]
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

(Embedded image moved to [illegible])Inactive hide details for Sandra W Vanier/RES/Ray[illegible] W Vanier/RES/Raytheon/US

Sandra W Vanier/RES/Raytheon/US
(Embedded image moved to file: pic29702.gif)
08/25/2005 09:23 AM

To
(Embedded image moved to file: pic14003.gif)
Stephen T Sammartano/US/Raytheon@MAIL
(Embedded image moved to file: pic27350.gif)

cc
(Embedded image moved to file: pic27782.gif)
(Embedded image moved to file: pic13001.gif)

Subject
(Embedded image moved to file: pic28797.gif)

Fw: thank you Re: Mid
Year Performance 2005

(Embedded image moved to file:
pic10152.gif)
(Embedded image moved to
file: pic00595.gif)

Steve

I really don't expect much feedback

Sandi

(Embedded image moved to file: pic28144.gif)Raytheon

(Embed Sandi W Vanier
ded Manager
image Tactical Interfaces Systems Development
moved
to
file: 401.842.4693
pic200 sandra_w_vanier@raytheon.com
30.gif
)

----- Forwarded by Sandra W Vanier/RES/Raytheon/US on 08/25/2005 09:22 AM
-----

Stephen T
Sammartano/U
S/Raytheon
(Embedded image moved to file:
pic20190.gif)
08/24/2005 To
04:27 PM (Embedded image moved
to file: pic06422.gif)
Sandra W
Vanier/RES/Raytheon/US@
MAIL
(Embedded image moved to file:
pic04833.gif)
cc

(Embedded image moved
to file: pic26281.gif)
(Embedded image moved to file:
pic16549.gif)
Subject
(Embedded image moved
to file: pic12290.gif)
thank you Re: Mid Year
Performance 2005
(Embedded image moved
to file: pic23986.gif)
Sandra W Vanier

(Embedded image moved to file:
pic03926.gif)
(Embedded image moved to
file: pic16981.gif)

Thank you. Should I accept them without feedback? Do you expect feedback? I am going to think about them more before I will have any feedback,. but do you
expect not to have feedback?

Regards,

Stephen T. Sammartano
Senior Software Engineer
Raytheon Integrated Defense Systems
1847 West Main Road
Portsmouth, Rhode Island
02871-1087 USA
Ph 401.842.3765

(Embedded image moved to file: pic31957.gif)Inactive hide details for Sandra W Vanier/RES/Raytheon/USSandra W Vanier/RES/Raytheon/US

Sandra W
Vanier/RES/R
aytheon/US
(Embedded image moved to file:
pic30032.gif)
08/24/2005
04:13 PM
To
(Embedded image moved
to file: pic17285.gif)
Stephen T
Sammartano/US/Raytheon@

MAIL
(Embedded image moved to file:
pic01151.gif)
cc
(Embedded image moved
to file: pic09980.gif)
Sandra W
Vanier/RES/Raytheon/US@
MAIL
(Embedded image moved to file:
pic07795.gif)
Subject
(Embedded image moved
to file: pic14994.gif)
Mid Year Performance
2005

(Embedded image moved to file:
pic32185.gif)
(Embedded image moved to
file: pic06245.gif)

Steve

I wanted to give you some feedback on your performance thus far for the year of 2005 ( as you asked )
Overall, I think you are doing well and there are just a few areas that you need to work on ( and remember
we all have areas that we need to work on )

---

Overall Performance

Overall performance has been o.k., Has completed his assignments on time.

Strengths
1) Strong C/C++ programming skills and he certainly puts whatever time is necessary to complete a task.
2) Often stays late (on his own time) to complete a task.
3) Dedicated and hard worker.
4) Conscientious and eager to deliver quality product

Teamwork

With respect to Teamwork, Steve has improved and is easier to work with and sometimes offers help to others if asked for it. But, also still holds his work very close. Needs to interact more with the team and realize that the team is working towards the same goal. His experiences and sharing of knowledge can help the entire team.

Areas that need Improvement
1) Needs improvement on comprehension of the bigger picture. An EO4 should understand the bigger picture (in this case TSCEI Common Design Patterns) of the project verses just coding little pieces.
2) Has some trouble prioritizing tasks and sometimes needs to be told exactly what to work on when. ( ie. An E04 should be able to work with minimal direction and should be able to be given a list of tasks to get done in some timeframe, instead of being told that you need to do task A in X days, task B in the next Y days and finally task C in Z days ).
3) Sometimes tasks take longer than expected to complete.

Regards
Sandi

(Embedded image moved to file: pic12610.gif)Inactive hide details for Sandra W Vanier/RES/Raytheon/USSandra W Vanier/RES/Raytheon/US