Ex 3
p. 4

**Raytheon**
**Integrated Defense Systems**

# Technical Performance Input – SED 2004

**Company Most Private**
**(when completed)**

Employee Name: Steve Sammartano    Grade: ____    Title: ____    Dept: ____    Assessor: Bob Pulley

**Leader's Summary Assessment including achievement highlights, performance trend, and any key areas requiring additional attention.**

(Consider initiative, attitude, quality, quantity/timeliness, demonstrated job knowledge/expertise relative to employee's current job grade and title.)

Steve just recently joined the Design Pattern group over the past 3 months. He has come up to speed very quickly and made his first couple of deliveries ahead of schedule. He is very conscientious and eager to please. When assigned the CRC work, he took the initiative to do the research and propose the correct strategy to accomplish his tasks.

Tasks included:
Develop C++ CRC calculations
Assist Generic Services group in supporting new APIs and functionality.

| Key Strengths | Key Development Needs |
|---|---|
| Energy and eagerness to deliver what is requested<br>Hardworking | |

**Numerical Rating (0-9, See Guideline for Direction) = __7__**

This Form is HR Sensitive and Should Only Be Shared with the Manager Soliciting this Feedback
DO NOT PROVIDE A COPY OF THIS FORM TO THE EMPLOYEE BEING EVALUATED

RC 00210