**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

**<u>Motion To Extend Discovery To Resubmit Motion To Compel</u>**

## I. Introduction

Plaintiff submits motion to extend discovery to allow Plaintiff to resubmit motion to compel. The court has denied Plaintiff's motion to compel without prejudice. Plaintiff is resubmitting Motion To Compel and would ask the court for adequate extension of discovery to allow for response.

Plaintiff begs forgiveness as to the time of issuance of this motion in recognition that such motion is being issued in close proximity to the end of discovery and as it represents an overly burdensome request upon this court and on that of billion dollar companies like the Defendant, yet Plaintiff's motion to compel was only denied a few weeks ago and Plaintiff has attempted to respond in as timely a manner as is humanly possible to protect his human rights as can be accomplished through proper use of discovery.

Dated: February 7, 2008

Stephen Sammartano 2/7/2008

Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412
**PRO SE**

CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 7th day of February, 2008, a copy of the foregoing document was served by mail on the above-named party.

Stephen Sammartano 2/7/2008

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com