**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN T. SAMMARTANO** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-535S** |
| | : | |
| **RAYTHEON** | : | |
| **Defendant** | : | |

## Motion To Exceed 25 Interrogatories

## I. Introduction

Plaintiff submits motion to exceed twenty five interrogatories as Defendant finds Plaintiff's third set of interrogatories in excess of 25 even though Plaintiff only lists 25 questions with no subparts. Plaintiff's notes the Defendant's issued 25 Interrogatories, entered at the court on January 25, 2008 as Exhibit 3 of in support of Plaintiff's original Motion To Compel, did have subparts in addition to being twenty five questions and so Defendant's objection is not in keeping with how Defendant uses the court system. Plaintiff submits in conjunction with reissuance of Plaintiff's Motion To Compel.

Dated: February 7, 2008

[signature] 2/7/2008

Stephen Sammartano
75 Arthur Street #4
Pawtucket, RI 02860
401.335.3412
**PRO SE**

CERTIFICATION OF SERVICE

To:

Joseph D Whelan

Hinckley, Allen & Snyder LLP

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

(401) 274-2000

(401) 277-9600 ( fax )

I hereby certify that on the 7th day of February, 2008, a copy of the foregoing document was served by mail on the above-named party.

2/7/2008

Stephen Sammartano

75 Arthur St #4

Pawtucket, RI 02860

401.335.3412

stevesammartano@hotmail.com