UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Stephen T. Sammartano
Plaintiff

V. Case Number: C.A. NO. 06-535S

Raytheon Company
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, Raytheon Company against the Plaintiff, Stephen T. Sammartano pursuant to the Text Order dated February 28, 2008 granting Defendant's Motion for Summary Judgment.**

**February 28, 2008**
**Date**

Wendy Seile
**Deputy Clerk**